IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

MAELLA BLALOCK,                        )
                                       )
                Plaintiff,             )
vs.                                    )        Case No.  21-cv-2552-DDC
                                       )
SRKBS HOTEL, LLC, NINAD SHARMA,        )
PARESH BHAKTA, SURENDRAKUMAR           )
BHAKTA, GEETA V. REDDY, RSD, LLC,      )
AND SEVJAYMAN, LLC                     )
                                       )
                Defendants.            )
_____)

**EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT**

COMES NOW, the Plaintiff, by and through counsel of record, and, pursuant to § IV(C)(2) of the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in The United States District Court for the District of Kansas, submits the following exhibits in support of her motion for Partial Summary Judgment:

1. Exhibits 11-1 through Exhibits 11-34 (Individual segments of the surveillance footage from the Super 8 hotel);

2. Exhibit 25 (cell phone video of the shooting incident);

3. Exhibits 64-66 (Body camera footage from Officer Abasolo's body camera)

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Jeffrey A. Wilson
Jeffrey A. Wilson, #26527
3241 N Toben
Wichita, KS 67226
Tel: (316) 977-9999

Fax: (316) 425-0414
E-mail: jeffwilson@devaughnjames.com
E-mail: rjames@devaughnjames.com
*Attorneys for Plaintiff Maella Blalock*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2023, the above and foregoing, along with the index of exhibits and the exhibits themselves on a USB thumb drive, was sent to the following via U.S. Mail, postage prepaid:

Kerry Banahan
James Godfrey
211 N. Broadway, Suite 2500
St. Louis, MO 63102

By: /s/ Jeffrey A. Wilson
Jeffrey A. Wilson, #26527