IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

MAELLA BLALOCK,                )
                               )
           Plaintiff,          )
vs.                            )   Case No.  21-cv-2552-DDC
                               )
SRKBS HOTEL, LLC, NINAD SHARMA, )
PARESH BHAKTA, SURENDRAKUMAR   )
BHAKTA, GEETA V. REDDY, RSD, LLC,)
AND SEVJAYMAN, LLC             )
                               )
           Defendants.         )
                               )

## EXHIBIT INDEX

COMES NOW, the Plaintiff, by and through counsel of record, and, pursuant to § IV(C)(1) of the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in The United States District Court for the District of Kansas, submits the following index of exhibits:

1. The exhibits included in this index are being filed conventionally with the permission of Judge Crabtree.

## INDEX

| Exhibit Number | Description |
| --- | --- |
| 11-1 | Clip from hotel surveillance footage |
| 11-2 | Clip from hotel surveillance footage |
| 11-3 | Clip from hotel surveillance footage |
| 11-4 | Clip from hotel surveillance footage |
| 11-5 | Clip from hotel surveillance footage |

| | |
|---|---|
| 11-6 | Clip from hotel surveillance footage |
| 11-7 | Clip from hotel surveillance footage |
| 11-8 | Clip from hotel surveillance footage |
| 11-9 | Clip from hotel surveillance footage |
| 11-10 | Clip from hotel surveillance footage |
| 11-11 | Clip from hotel surveillance footage |
| 11-12 | Clip from hotel surveillance footage |
| 11-13 | Clip from hotel surveillance footage |
| 11-14 | Clip from hotel surveillance footage |
| 11-15 | Clip from hotel surveillance footage |
| 11-16 | Clip from hotel surveillance footage |
| 11-17 | Clip from hotel surveillance footage |
| 11-18 | Clip from hotel surveillance footage |
| 11-19 | Clip from hotel surveillance footage |
| 11-20 | Clip from hotel surveillance footage |
| 11-21 | Clip from hotel surveillance footage |
| 11-22 | Clip from hotel surveillance footage |
| 11-23 | Clip from hotel surveillance footage |
| 11-24 | Clip from hotel surveillance footage |
| 11-25 | Clip from hotel surveillance footage |
| 11-26 | Clip from hotel surveillance footage |
| 11-27 | Clip from hotel surveillance footage |
| 11-28 | Clip from hotel surveillance footage |

| | |
|---|---|
| 11-29 | Clip from hotel surveillance footage |
| 11-30 | Clip from hotel surveillance footage |
| 11-31 | Clip from hotel surveillance footage |
| 11-32 | Clip from hotel surveillance footage |
| 11-33 | Clip from hotel surveillance footage |
| 11-34 | Clip from hotel surveillance footage |
| 25 | Cell phone footage of the shooting |
| 64 | Clip from Officer Abasolo's body camera footage |
| 65 | Clip from Officer Abasolo's body camera footage |
| 66 | Clip from Officer Abasolo's body camera footage |

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Jeffrey A. Wilson
Jeffrey A. Wilson, #26527
3241 N Toben
Wichita, KS 67226
Tel: (316) 977-9999
Fax: (316) 425-0414
E-mail: jeffwilson@devaughnjames.com
E-mail: rjames@devaughnjames.com
*Attorneys for Plaintiff Maella Blalock*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 25, 2023, the above and foregoing, along with the index of exhibits and the exhibits themselves on a USB thumb drive, was sent to the following via U.S. Mail, postage prepaid:

Kerry Banahan
James Godfrey
211 N. Broadway, Suite 2500
St. Louis, MO 63102

                                    By: /s/ Jeffrey A. Wilson
                                    Jeffrey A. Wilson, #26527