# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MAELLA BLALOCK, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SRKBS HOTEL, LLC, NINAD SHARMA, ) <br> PARESH BHAKTA, SURENDRAKUMAR ) <br> BHAKTA, GEETA V. REDDY, RSD, LLC, ) <br> AND SEVJAYMAN, LLC ) <br> ) <br> Defendants. ) <br> ) | Case No.  21-cv-2552-DDC-GEB |