**Teresa A. Malone - May 19, 2021**

```
                                                              1

 1           IN THE EIGHTEENTH JUDICIAL DISTRICT
          DISTRICT COURT, SEDGWICK COUNTY, KANSAS
 2                    CIVIL DEPARTMENT

 3

 4
     MAELLA BLALOCK,                  )
 5                                    )
                 Plaintiff,           )
 6                                    )
          vs.                         )   Case Number
 7                                    )   2020-CV-001430
     SRKBS HOTEL, LLC.,               )
 8                                    )
                 Defendant.           )
 9

10

11

12                 D E P O S I T I O N

13

14           The deposition of TERESA A. MALONE,

15   taken on behalf of the Plaintiff pursuant to the

16   Kansas Code of Civil Procedure before Rachelle

17   Smith, a Certified Shorthand Reporter of Kansas,

18   at 3241 North Toben, Wichita, Sedgwick County,

19   Kansas, on May 19, 2021, at 4:54 p.m.

20

21

22

23

24

25
```

**Court Reporting Service, Inc. (316) 267-1201**

**EXHIBIT 1**

**Teresa A. Malone - May 19, 2021**

                                                                    2

1                    A P P E A R A N C E S
2
3              The Plaintiff appeared by its
4     attorney, Mr. Jeffrey A. Wilson of DeVaughn
5     James, Attorneys at Law, 3241 North Toben
6     Street, Wichita, Kansas, 67226.
7
8              The Defendant appeared by their
9     attorney, Ms. Kelly Ricke of Evans & Dixon,
10    LLC., Attorneys at Law, 61 Corporate Woods, 9393
11    West 110th Street, Suite 120, Overland Park,
12    Kansas 66210.
13
14
15
16
17
18
19
20
21
22
23
24
25

**Court Reporting Service, Inc. (316) 267-1201**

| | | |
|---|---|---|
|1| INDEX | |
|2| | |
|3| TERESA A. MALONE | PAGE |
|4| | |
|5| DIRECT EXAMINATION BY MR. WILSON | 4 |
|6| | |
|7| | |
|8| | |
|9| | |
|10| | |
|11| CERTIFICATE PAGES | |
|12| | |
|13| SIGNATURE PAGE | 28 |
|14| | |
|15| CERTIFICATE | 31 |

**Teresa A. Malone - May 19, 2021**

4

```
 1                    TERESA A. MALONE,
 2       was thereupon called as a witness herein, and
 3       after having first been duly sworn to testify to
 4       the truth, the whole truth and nothing but the
 5       truth, was examined and testified as follows:
 6                      DIRECT EXAMINATION
 7       BY MR. WILSON:
 8   Q.  Good afternoon.  Would you please state your
 9       name for the record.
10   A.  Teresa A. Malone.
11   Q.  Would you prefer I call you Miss Malone or
12       Teresa?
13   A.  Teresa.
14   Q.  Thank you, Teresa.  My name is Jeff Wilson and I
15       represent Maella Blalock that we filed against
16       SRKBS, I believe is the name, the owners and
17       operators of the Super 8 Motel that I believe
18       you work at.
19   A.  Correct.
20   Q.  How long have you worked there?
21   A.  Since SRKBS bought it in February of '17.
22   Q.  Did you work at it when it was the Wichita Inn?
23   A.  No.  It was still called the Wichita Inn until
24       they got it over, but it was under SRKBS for
25       about a week or so.
```

```
 1   Q.   So they bought it and then they a took some time
 2        to transfer it and change it in to a Super 8?
 3   A.   Yes.
 4   Q.   What is your job title there?
 5   A.   Assistant at the front desk clerk, assistant
 6        manager, front desk clerk.
 7   Q.   Is this the first hotel that you worked at?
 8   A.   No.
 9   Q.   What other ones have you worked at?
10   A.   Super 8 in El Dorado, Kansas.
11   Q.   Any others?
12   A.   No.
13   Q.   How long did you work at Super 8 in El Dorado?
14   A.   About five years.
15   Q.   Was that immediately before this one?
16   A.   Yes, as well as during.  I worked part time out
17        there as well.
18   Q.   Why did you make the switch?
19   A.   The one in El Dorado was sold and I didn't like
20        the new owner, and when they bought it in
21        February of '17 the owner of the one in
22        El Dorado was the uncle and father of two of the
23        owners of SRKBS and marched me over there and
24        said I was the best one with the new software
25        coming in.
```

Teresa A. Malone - May 19, 2021

20

| | | |
|---|---|---|
| 1 | Q. | Would these be high school teams? |
| 2 | A. | Yes.  A lot of them were high school teams coming in for state meets and some of them were younger kids for the basketball tournaments. |
| 5 | Q. | Do you know about how young? |
| 6 | A. | Pre teens like 12, 12 to 15-year olds and teenagers would be the 16 to 20s. |
| 8 | Q. | Was that pretty common in the summertime to have a bunch of athletic teams stay at the hotel? |
| 10 | A. | Yes. |
| 11 | Q. | So the incident with the car being broken in to you guys were able to determine it was someone on one of the football teams? |
| 14 | A. | Correct. |
| 15 | Q. | You also mentioned that you have speculations or you had speculations about the criminal activity.  What sort of speculations did you have? |
| 19 | A. | Due to the amount of traffic in certain rooms with certain guests I would, and then rumors I heard one guy was dealing drugs and one, a couple of females were making their money hooking, and a detective was even undercover there for awhile trying to catch, do stuff, I heard it was, I heard there was a detective |

1         there to try to get a drop on a pimp with his
2         girls.
3    Q.   Okay.  What did you hear about potentially
4         somebody dealing drugs?
5    A.   My son knew one of the ladies that would come
6         in, visit the room and leave again.  She was a
7         mother of a friend from Andover and he knew her
8         to be buying drugs.
9    Q.   Okay.  So in the months before the shooting your
10        son Jordan, Malone, is it?
11   A.   Correct.
12   Q.   He simply saw the mother of someone he knew he
13        believed to be a drug user coming and going
14        frequently from the same room?
15   A.   Correct.
16   Q.   Did he tell that to you at some point?
17   A.   He mentioned it to me.  He also called a
18        detective that would come in and ask for a room
19        list to see if he knew any other names on the
20        list as being somebody he was looking at.  And
21        the officer brought it to our attention that
22        this is somebody that he was looking at.
23   Q.   When did the officer tell you that?
24   A.   After the guests had been in for a week or so.
25   Q.   Would that have been after the shooting or

1      before?
2 A.   Before.
3 Q.   Did you communicate any of that to Mark Stark?
4 A.   Yes, we did.  Mark was aware he was working with
5      the police.
6 Q.   This is all before the shooting happened?
7 A.   Yes.
8 Q.   Do you know if Mark communicated that to the
9      members of SRKBS?
10 A.   I have no idea.
11 Q.   You also mentioned that you had some speculation
12      that there was prostitution going on.  Tell me a
13      little bit more about that.
14 A.   Girls, nice looking girls, would come in and
15      rent the rooms, not too old, but not under 21,
16      because we always checked IDs, but then there
17      would be a lot of men coming in and out of the
18      rooms during their stay.  And they always had
19      cash to pay for the rooms.
20 Q.   Was all of that communicated to Mark Stark?
21 A.   Yes.
22 Q.   Same kind of question, and you may not know, but
23      do you know if Mark Stark communicated that to
24      the owners?
25 A.   I am not aware of it.  I am sure he did but

```
 1         there is a legal aspect of things, you can't
 2         profile and unless you have hard proof that they
 3         are doing something against the other guests we
 4         really have no reason to throw them out.  These
 5         people kept under the radar.
 6    Q.   Fair enough.  So the same kind of thing with
 7         this time period where you are seeing these
 8         ladies rent rooms with cash and men coming and
 9         going in to their rooms quite a bit, was that
10         before the shooting?
11    A.   Yes.
12    Q.   Did you ever have any discussions with Mark
13         Stark about hiring some sort of security for the
14         property?
15    A.   Yes.
16    Q.   When did those discussions take place?
17    A.   About a year after I started there that Mark
18         came on board and my son was working there and
19         he was bringing it up quite a bit.  So I talked
20         to Mark about it.  And his response was that we
21         are a low budget motel, we had to watch our
22         expenses and the owners would not pay for
23         somebody to be on security.
24    Q.   You said your son was bringing it up quite a
25         bit, bringing up the idea of hiring security?
```

| | | |
|---|---|---|
| 1 | A. | Yeah, he was wanting to be a security guard. |
| 2 | Q. | Was he trying to get hired himself? |
| 3 | A. | Yes.  Some after hours duty because he had a gun |
| 4 | | and he had a permit to carry, so, yeah. |
| 5 | Q. | Was there anything going on like back then the |
| 6 | | year after you started or so, things like |
| 7 | | speculations about criminal activity or drug |
| 8 | | dealing or prostitution, were those sorts of |
| 9 | | things happening then? |
| 10 | | MS. RICKE:  Hold on.  I let it go on |
| 11 | | before.  I want to object to the questions about |
| 12 | | speculation, obviously that calls for |
| 13 | | speculation.  But go ahead. |
| 14 | A. | I was hired in February and we went to Super 8 |
| 15 | | in March and we started the refurbishing the |
| 16 | | hotel.  That took a little longer so by the end |
| 17 | | of '17 we started picking up a lot of business, |
| 18 | | better than the northeast Wichita because we had |
| 19 | | a whole refurbished hotel, and we were keeping |
| 20 | | our prices low to get people to come in. |
| 21 | Q. | Sure. |
| 22 | A. | It brought in a lot of locals, and not the best |
| 23 | | clientele that you would want in a hotel. |
| 24 | Q. | So I guess what I am getting at, is anything |
| 25 | | that, well, strike that. |

*Court Reporting Service, Inc.*

BUS: 316-267-1201
800-794-8798

1999 N. Amidon, Suite 224
Wichita, KS 67203

FAX: 316-267-1203
crsreporter@msn.com

# AFFIDAVIT

July 13, 2021

Venue: In the Eighteenth Judicial District
District Court, Sedgwick County, Kansas
Civil Department

In re: Maella Blalock v. SRKBS Hotel, LLC
Case No. 2020 CV 001430
Deposition of Teresa A. Malone, May 19, 2021

A copy of the above referenced transcript was submitted to the witness for signature on June 1, 2021. The signature page and/or correction sheet have not been returned; therefore, I am filing the original Transcript without the witness' signature and without corrections in compliance with:

__X__ K.S.A. 60-230 (E) – Code of Civil Procedure
_____ Rule 30 (e) – Federal Rules of Civil Procedure
_____ Other

The original transcript is forwarded to the taking counsel:

Mr. Jeffrey A. Wilson
DeVaughn James Injury Lawyers
3241 N. Toben
Wichita, KS 67226

_(signature)_
Michael J. Zarich
For Rachelle Smith, CSR

CC: Ms. Kelly Ricke