**EXHIBIT 25: Cell Phone Footage of the Shooting Incident**

**(Being filed conventionally)**