# KANSAS STANDARD OFFENSE REPORT
## FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 1

- ☒ INITIAL
- ☐ MODIFY
- ☐ DELETE
- ☐ ADD
- ☐ ON VIEW
- ☒ DISPATCHED
- ☐ CITIZEN
- ☐ DICTATED

**NAME OF AGENCY:** WICHITA POLICE DEPARTMENT
**KS AGENCY ORI NUMBER:** KS0870300
**CASE NUMBER:** 17C055083

| DATE OF REPORT | TIME REPORTED | DATE OFFENSE STARTED | TIME | DATE OFFENSE ENDED | TIME |
|---|---|---|---|---|---|
| 8/11/2017 | 1231 HRS | 8/11/2017 | 1210 HRS | 8/11/2017 | 1210 HRS |

**EXCEPTIONAL CLEARANCE DATE:** 
**EXCEPTIONAL CLEARANCE:**
- A ☐ DEATH OF OFFENDER
- B ☐ PROSECUTION DENIED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSES TO TESTIFY
- E ☐ JUVENILE-NO CUSTODY
- N ☒ NOT APPLICABLE

**LOCATION OF OFFENSE:** 3741 N ROCK ROAD
**REPORT AREA:** 46
**ADDITIONAL OFFICER:**
**CONNECTING CASES:**

## OFFENSE #1

| CHAPTER | SECTION | SUB1 | SUB2 |
|---|---|---|---|
| 21 | 5415 | | |

- ☐ ATTEMPTED
- ☒ COMPLETED
- ☐ AID/ABET
- ☐ CONSPIRACY
- ☐ SOLICITATION

**DESCRIPTION:** INTIMIDATION

| PREMISE | # OF PREM | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| 44 | 1 | 88 | NA | F ☐ FORCE / N ☒ NO FORCE |

**TYPE OF THEFT:**
- M ☐ COIN MACHINE
- B ☐ FROM BUILDING
- A ☐ M V PARTS & ACC.
- L ☐ SHOPLIFTING
- P ☐ POCKET-PICKING
- S ☐ PURSE SNATCHING
- E ☐ EMBEZZLEMENT
- T ☐ POSS. STOLEN PROP
- V ☐ MOTOR VEHICLE
- F ☐ THEFT FROM M V
- O ☐ ALL OTHER
- N ☒ NOT APPLICABLE

**TYPE OF FORCE / WEAPON:**
- 11. ☐ FIREARM ☐ AUTO
- 12. ☐ HANDGUN ☐ AUTO
- 13. ☐ RIFLE ☐ AUTO
- 14. ☐ SHOTGUN ☐ AUTO
- 15. ☐ OTHER FIREARM ☐ AUTO
- 20. ☐ KNIFE / CUT INSTR.
- 30. ☐ BLUNT OBJECT
- 35. ☐ MOTOR VEHICLE
- 40. ☐ PERSONAL WEAPON
- 50. ☐ POISON
- 60. ☐ EXPLOSIVE
- 65. ☐ FIRE / INCID / DEVICE
- 70. ☐ DRUGS / NARCOTICS
- 85. ☐ ASPHYXIATION
- 90. ☐ OTHER
- 95. ☐ UNKNOWN
- 99. ☒ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3):**
- A ☐ ALCOHOL
- C ☐ COMPUTER EQUIP.
- D ☐ DRUGS / NARC.
- N ☒ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3):**
- B ☐ BUYING / RECEIVING
- C ☐ CULT / MANU / PUBL
- D ☐ DIST / SELLING
- E ☐ EXPLOIT. CHILDREN
- O ☐ OPER / PROMOTE / ASSIST
- P ☐ POSSESS / CONCEAL
- T ☐ TRANS / TRANSMIT / IMPORT
- U ☐ USING / CONSUMING
- J ☐ JUVENILE GANG
- G ☐ OTHER GANG
- N ☒ NO GANG INVOLVEMENT

**LOCAL CODE (CLASSIFICATION):** 0850

## VICTIM #1

**TYPE OF VICTIM:**
- I ☒ INDIVIDUAL
- B ☐ BUSINESS
- S ☐ SOCIETY/PUBLIC
- F ☐ FINANCIAL INSTITUTION
- R ☐ RELIGIOUS ORGANIZATION
- G ☐ GOVERNMENT
- O ☐ OTHER
- U ☐ UNKNOWN

**VICTIM OF OFFENSE NUMBER (CIRCLE):** 1.☒ 2.☐ 3.☐ 4.☐ 5.☐ 6.☐ 7.☐ 8.☐ 9.☐ 10.☐

**NAME:** V1 BHAKTA KRUNAL
**ADDRESS:** [illegible] S BROADWAY WICHITA KS 67211

| TELEPHONE (HOME) | RACE | SEX | ETHNICITY | RES./N-RES | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ( ) ...3 | A | M | N | R | 23 | [illegible] | | | | |

**DRIVERS LICENSE NUMBER:**
**DL STATE:**
**E-MAIL ADDRESS:**
**EMPLOYER/SCHOOL:** SUPER 8
**TELEPHONE (WORK/SCHOOL):**
**ADDRESS:** 3741 N ROCK ROAD

**CIRCUM. AGG ASLT/BATTERY (MAX 2):**
**VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER:** 1. ST 2. 3. 4. 5. 6. 7. 8. 9. 10.
**TYPE OF INJURY (MAX 5):** 1. 2. 3. 4. 5.

## RP / W / O

**NAME:** O1 REED DARONTE D
**ADDRESS:** [illegible]

| TELEPHONE (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | M | N | R | 25 | [illegible] | | | | |

**EMPLOYER/SCHOOL:**

## PROP. DESCRIPTION

TYPE PROPERTY LOSS 1=NONE 2=BURNED 3=COUNTERFEIT/FORGERY 4=DESTROYED/DAMAGED/VANDALIZED 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN

| TYPE LOSS | PROPERTY/DRUG CODE | DESCRIPTION/SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | RECOVERY DATE |
|---|---|---|---|---|---|---|---|
| 01 | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

**REPORTING OFFICER:** T. R. BAIRD
**BADGE/ID:** 2317
**DATE OF REPORT:** 8/11/2017
**COPIES TO:** HOM
**PROPERTY:** $0

**EXHIBIT 26**

Revised 03/2015

# CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD

| AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | PAGE 1 OF 1 |
|---|---|---|---|
| KS0870300 | 17C055083 | 8/11/2017 | |

**METHOD OF OPERATION**

INSTRUMENT USED FOR ENTRY:
1. ☐ KEY   5. ☐ BOLT CUTTER   9. ☐ THROWN OBJECT
2. ☐ PRY TOOL   6. ☐ CHOPPING TOOL   10. ☐ OTHER
3. ☐ SAW/DRILL   7. ☐ VISE GRIPS   11. ☒ NOT APPLICABLE
4. ☐ HAMMER   8. ☐ PHYSICAL FORCE

POINT OF ENTRY: 9. ☒ NOT APPLICABLE   1. ☐ FRONT   2. ☐ REAR   3. ☐ SIDE   4. ☐ ROOF

POINT OF EXIT: 9. ☒ NOT APPLICABLE   1. ☐ FRONT   2. ☐ REAR   3. ☐ SIDE   4. ☐ ROOF

PREMISE NEIGHBORHOOD:
R. ☐ RURAL / FARM / AGRICULTURE
S. ☐ SUBURBAN / RESIDENCE
B. ☒ URBAN / BUSINESS / COMMERCIAL
U. ☐ UNINHABITED

SAFE ENTERED:
1. ☐ YES   3. ☐ ATTEMPTED   5. ☐ PEELED   7. ☐ COMBINATION KNOWN
2. ☐ NO    4. ☐ REMOVED     6. ☐ EXPLODED  9. ☒ NOT APPLICABLE

INCIDENT ACTIVITY:
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT   J. ☐ CAR JACKING
D. ☐ DOMESTIC VIOLENCE                    N. ☒ NOT APPLICABLE

---

**SUSPECT #1**

NAME  LAST: S1 UNKNOWN   FIRST:   MIDDLE:

ADDRESS  STREET:   CITY:   STATE:   ZIP:

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | M | N | | 25 | | 600 | | BLK | BRO |

SOCIAL SECURITY NUMBER:   EMPLOYER / SCHOOL:   ADDRESS:   TELEPHONE NUMBER (WORK/SCHOOL):

MONIKERS / ALIAS:

ADDITIONAL SUSPECT DESCRIPTORS:
TATOOS ON AT LEAST 1 OF HIS ARMS, WHITE TANK TOP, SHORTS

VEHICLE: ☐ IMPOUNDED   ☐ TARGET   ☐ STOLEN   ☐ EMBEZZLED   ☐ RECOVERED   ☒ SUSPECT   ☐ ASSOCIATED   ☐ OTHER   ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| CHEVROLET | 2007 | MALIBY | GOLD | 4DR |

| LICENSE NUMBER | MO / YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| 739JZH | 09 / 2017 | KS | 1G1ZT58F37F262907 | |

---

**SUSPECT #**

NAME  LAST: O2 FRIERSON   FIRST: TAJA   MIDDLE: SEVILLE LEBRISE

ADDRESS  STREET: ____   CITY: WICHITA   STATE: KS   ZIP: 67___

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | F | N | R | 29 | | | | | |

SOCIAL SECURITY NUMBER:   EMPLOYER / SCHOOL:   ADDRESS:   TELEPHONE NUMBER (WORK/SCHOOL):

MONIKERS / ALIAS:

ADDITIONAL SUSPECT DESCRIPTORS:

VEHICLE: ☐ IMPOUNDED   ☐ TARGET   ☐ STOLEN   ☐ EMBEZZLED   ☐ RECOVERED   ☐ SUSPECT   ☐ ASSOCIATED   ☐ OTHER   ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | MO / YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | / | | | |

---

EVIDENCE INFORMATION: ☒ NONE   ☐ SUBMITTED   ☐ RETAINED BY VICTIM   ☐ RETAINED BY OFFICER   ☐ RETAINED BY INVESTIGATIVE AGENCY

EVIDENCE OBTAINED: ☐ LATENT PRINTS   ☐ WEAPONS / TOOLS   ☐ SEXUAL ASSAULT KIT   ☐ STAINS   ☐ SEMEN   ☐ DRUGS   ☐ OTHER PRINTS   ☐ PHOTOS   ☐ HAIR   ☐ BLOOD   ☐ DOCUMENTS   ☐ ALCOHOL   ☐ OTHER

SSN OF VICTIM:   SSN OF RP/W/O:

**SYNOPSIS:** V1 reports S1 getting angry at him and threatening to harm him on above date, time, location. S1 & O2 not contacted. No witnesses. V1 does not wish to prosecute.

**NARRATIVE:**
On 8/11/17 at 1217 hrs, while patrolling 46 beat as a 1 officer unit, I was dispatched to Super *8 at 3741 N Rock Road. Upon arrival, I contacted V1 Krunal Bhakta, the employee at the front desk. Krunal reported that O2 Taja Frierson was checking out of room #308. Krunal went to check the room before giving back her $100 deposit and found cigarette ashes on a table and in the trash can. Krunal returned to the desk and informed Taja, and S1, an unknown male that was with her and is described as a mid-20's black male with short black hair, tattoos on at least one of his arms, wearing a white tank-top and unknown color shorts, that they could not have their deposit. Taja was upset but walkwed out while S1 stayed in the lobby and told Krunal that he was going to come back and "shoot up the place" and "cause damage." He then left and got into a gold Chevy Malibu with KS 739JZH that was last seen southbound on Rock Road. Krunal did not see where Taja went.
    Taja and S1 were not located. Krunal said he did not wish to prosecute.

| SIGNATURE: | CASE NUMBER: 17C055083 | DATE: 8/11/2017 |
|---|---|---|

Revised 07/2015