# KANSAS STANDARD OFFENSE REPORT
## FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 1

- ☒ INITIAL
- ☐ DELETE
- ☐ MODIFY
- ☐ ADD
- ☐ ON VIEW
- ☐ CITIZEN
- ☒ DISPATCHED
- ☐ DICTATED

**NAME OF AGENCY:** WICHITA POLICE DEPARTMENT
**KS AGENCY ORI NUMBER:** KS0870300
**CASE NUMBER:** 18C002468

## INCIDENT

| DATE OF REPORT (MMDDCCYY) | TIME REPORTED | DATE OFFENSE STARTED (MMDDCCYY) | TIME | DATE OFFENSE ENDED (MMDDCCYY) | TIME |
|---|---|---|---|---|---|
| 1/11/2018 | 1651 HRS | 1/11/2018 | 1651 HRS | 1/11/2018 | 1651 HRS |

**EXCEPTIONAL CLEARANCE DATE (MMDDCCYY):**
**EXCEPTIONAL CLEARANCE:**
- A ☐ DEATH OF OFFENDER
- B ☐ PROSECUTION DENIED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSES TO TESTIFY
- E ☐ JUVENILE-NO CUSTODY
- N ☒ NOT APPLICABLE

**LOCATION OF OFFENSE:** 3741 N ROCK ROd
**REPORT AREA:** 46
**ADDITIONAL OFFICER:**
**CONNECTING CASES:**

## OFFENSE #1

| CHAPTER | SECTION | SUB1 | SUB2 |
|---|---|---|---|
| 21 | 5808 | A | |

- ☐ ATTEMPTED
- ☒ COMPLETED
- ☐ AID / ABET
- ☐ CONSPIRACY
- ☐ SOLICITATION

**DESCRIPTION:** TRESPASS

| PREMISE | # OF PREM | HATE / BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| 33 | 1 | 88 | NA | F ☐ FORCE / N ☒ NO FORCE |

**TYPE OF THEFT:**
- M ☐ COIN MACHINE
- B ☐ FROM BUILDING
- A ☐ M V PARTS & ACC.
- L ☐ SHOPLIFTING
- P ☐ POCKET-PICKING
- S ☐ PURSE SNATCHING
- E ☐ EMBEZZLEMENT
- T ☐ POSS. STOLEN PROP
- V ☐ MOTOR VEHICLE
- F ☐ THEFT FROM M V
- O ☐ ALL OTHER
- N ☒ NOT APPLICABLE

**TYPE OF FORCE / WEAPON:**
- 11. ☐ FIREARM ☐ AUTO
- 12. ☐ HANDGUN ☐ AUTO
- 13. ☐ RIFLE ☐ AUTO
- 14. ☐ SHOTGUN ☐ AUTO
- 15. ☐ OTHER FIREARM ☐ AUTO
- 20. ☐ KNIFE / CUT INSTR.
- 30. ☐ BLUNT OBJECT
- 35. ☐ MOTOR VEHICLE
- 40. ☐ PERSONAL WEAPON
- 50. ☐ POISON
- 60. ☐ EXPLOSIVE
- 65. ☐ FIRE / INCID / DEVICE
- 70. ☐ DRUGS/ NARCOTICS
- 85. ☐ ASPHYXIATION
- 90. ☐ OTHER
- 95. ☐ UNKNOWN
- 99. ☒ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3):**
- A ☐ ALCOHOL
- C ☐ COMPUTER EQUIP.
- D ☐ DRUGS / NARC.
- N ☒ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3):**
- B ☐ BUYING / RECEIVING
- C ☐ CULT / MANU / PUBL
- D ☐ DIST / SELLING
- E ☐ EXPLOIT. CHILDREN
- O ☐ OPER / PROMOTE / ASSIST
- P ☐ POSSESS / CONCEAL.
- T ☐ TRANS / TRANSMIT / IMPORT
- U ☐ USING / CONSUMING
- J ☐ JUVENILE GANG
- G ☐ OTHER GANG
- N ☒ NO GANG INVOLVEMENT

**LOCAL CODE (CLASSIFICATION):** 2697

## OFFENSE #2
(blank)

## VICTIM #1

**TYPE OF VICTIM:**
- I ☐ INDIVIDUAL
- B ☒ BUSINESS
- S ☐ SOCIETY/PUBLIC
- F ☐ FINANCIAL INSTITUTION
- R ☐ RELIGIOUS ORGANIZATION
- G ☐ GOVERNMENT
- O ☐ OTHER
- U ☐ UNKNOWN

**VICTIM OF OFFENSE NUMBER (CIRCLE):** 1.☒ 2.☐ 3.☐ 4.☐ 5.☐ 6.☐ 7.☐ 8.☐ 9.☐ 10.☐

**NAME:** V1 SUPER 8
**ADDRESS:** 3741 N ROCK ROAD WICHIT KS 67226

(telephone, race, sex, ethnicity, res/n-res, age, DOB, height, weight, hair, eyes — all blank)
(drivers license, DL state, email, employer/school — all blank)
(work telephone, address — all blank)

**CIRCUM. AGG ASLT/BATTERY (MAX 2):**
**VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER:** 1. 2. 3. 4. 5. 6. 7. 8. 9. 10.
**TYPE OF INJURY (MAX 5):** 1. 2. 3. 4. 5.

## RP / W/O

**NAME:** R1 PEARSON AARON W
**ADDRESS:** (blank)

| RACE | SEX | ETHNICITY | RES/N-RES | AGE |
|---|---|---|---|---|
| W | M | N | R | 33 |

**EMPLOYER/SCHOOL:** SUPER 8

## PROP. DESCRIPTION

**TYPE PROPERTY LOSS:** 1=NONE 2=BURNED 8 3=COUNTERFEIT/FORGERY 4=DESTROYED/DAMAGED/VANDALIZED 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN

| TYPE LOSS | PROPERTY/ DRUG CODE | DESCRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | RECOVERY DATE |
|---|---|---|---|---|---|---|---|
| 01 | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

**REPORTING OFFICER:** T. R. BAIRD
**BADGE / ID:** 2317
**DATE OF REPORT (MMDDCCYY):** 1/11/2018
**COPIES TO:** BURG
**PROPERTY T:** $0

**EXHIBIT 27**

Revised 03/2015

# CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD

| AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | PAGE 1 OF 1 |
|---|---|---|---|
| KS0870300 | 18C002468 | 1/11/2018 | |

**METHOD OF OPERATION**

INSTRUMENT USED FOR ENTRY:
1. ☐ KEY   5. ☐ BOLT CUTTER   9. ☐ THROWN OBJECT
2. ☐ PRY TOOL   6. ☐ CHOPPING TOOL   10. ☐ OTHER
3. ☐ SAW / DRILL   7. ☐ VISE GRIPS   11. ☒ NOT APPLICABLE
4. ☐ HAMMER   8. ☐ PHYSICAL FORCE

POINT OF ENTRY:
9. ☒ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE   4. ☐ ROOF

POINT OF EXIT:
9. ☒ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE   4. ☐ ROOF

PREMISE NEIGHBORHOOD:
R. ☐ RURAL / FARM / AGRICULTURE
S. ☐ SUBURBAN / RESIDENCE
B. ☒ URBAN / BUSINESS / COMMERCIAL
U. ☐ UNINHABITED

SAFE ENTERED:
1. ☐ YES   3. ☐ ATTEMPTED   5. ☐ PEELED   7. ☐ COMBINATION KNOWN
2. ☐ NO   4. ☐ REMOVED   6. ☐ EXPLODED   9. ☒ NOT APPLICABLE

INCIDENT ACTIVITY:
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT   J. ☐ CAR JACKING
D. ☐ DOMESTIC VIOLENCE   N. ☒ NOT APPLICABLE

## SUSPECT #1

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| S1 JACKSON | GEORGE | W |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| | USA | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | M | N | R | 35 | | 511 | 210 | BLK | BRO |

| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| | SELF EMPLOYED | | |

MONIKERS / ALIAS:

ADDITIONAL SUSPECT DESCRIPTORS:

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | MO / YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | / | | | |

## SUSPECT #2

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| S2 JOHNSON | NACEEA | S |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| | USA | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | F | N | R | 36 | | | | BLK | BRO |

| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| | U/E | | |

MONIKERS / ALIAS:

ADDITIONAL SUSPECT DESCRIPTORS:

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | MO / YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | / | | | |

EVIDENCE INFORMATION: ☒ NONE ☐ SUBMITTED ☐ RETAINED BY VICTIM ☐ RETAINED BY OFFICER ☐ RETAINED BY INVESTIGATIVE AGENCY

EVIDENCE OBTAINED: ☐ LATENT PRINTS ☐ WEAPONS / TOOLS ☐ SEXUAL ASSAULT KIT ☐ STAINS ☐ SEMEN ☐ DRUGS ☐ OTHER PRINTS ☐ PHOTOS ☐ HAIR ☐ BLOOD ☐ DOCUMENTS ☐ ALCOHOL ☐ OTHER

SSN OF VICTIM:

SSN OF RP/W/O:

**SYNOPSIS:** R1 reports requesting S1 & S2 to be trespassed from V1 by this officer after a disturbance on above date, time and location. S1 & S2 were verbally trespassed and left the property.

**NARRATIVE:**
On 1/11/18 at 1641 hrs, while patrolling 46 beat as a 1 officer unit, I was dispatched to V1 Super 8 Hotel, at 3741 N Rock Road for a disturbance. Upon arrival, I contacted R1 Aaron Pearson, an employee of the hotel. Aaron stated that the hotel next door is owned by the same people and is being remodeled. The owners have allowed the contracted construction workers to stay at the Super 8 while they work. S1 George Jackson and his fiance S2 Naceea Johnson are staying in room #117. There is currently a civil dispute going on between the workers and the owner of the contract company over lack of payment. All employees have been reasonable but Aaron said that George got very angry tonight and threatened to use a sledge hammer to smash holes in the walls of the hotel if he wasn't paid. Aaron asked that we remove and trespass George and Naceea from the hotel.

I did contact Naceea in her room where she had already packed their belongings. George had left prior to my arrival. Naceea was informed that she and George were trespassed from the hotel and I later contacted George and notified him of the same. Naceea and all of their belongings were removed from the property prior to me leaving.

Revised 03/2015     #2317     18C002468     1/11/18