# KANSAS STANDARD OFFENSE REPORT
## FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 1

- [x] INITIAL
- [ ] DELETE
- [ ] MODIFY
- [ ] ADD
- [ ] ON VIEW
- [ ] DISPATCHED
- [x] CITIZEN
- [ ] DICTATED

**NAME OF AGENCY:** WICHITA POLICE DEPARTMENT
**KS AGENCY ORI NUMBER:** KS0870300
**CASE NUMBER:** 18C054217

| DATE OF REPORT | TIME REPORTED | DATE OFFENSE STARTED | TIME | DATE OFFENSE ENDED | TIME |
|---|---|---|---|---|---|
| 8/20/2018 | 1217 HRS | 8/19/2018 | 1900 HRS | 8/20/2018 | 0800 HRS |

**EXCEPTIONAL CLEARANCE DATE:** 
**EXCEPTIONAL CLEARANCE:** 
- A ☐ DEATH OF OFFENDER
- B ☐ PROSECUTION DENIED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSES TO TESTIFY
- E ☐ JUVENILE-NO CUSTODY
- N ☒ NOT APPLICABLE

**LOCATION OF OFFENSE:** 3741 N. Rock Rd.
**REPORT AREA:** 46
**ADDITIONAL OFFICER:** 
**CONNECTING CASES:** 

## OFFENSE #1

**CHAPTER:** 21 **SECTION:** 5801 **SUB1:** **SUB2:**
- [ ] ATTEMPTED
- [x] COMPLETED
- [ ] AID / ABET
- [ ] CONSPIRACY
- [ ] SOLICITATION

**DESCRIPTION:** Embezzlement - auto
**PREMISE:** 33 **# OF PREM:** 1 **HATE/BIAS:** **CAMPUS CODE:** 
**METHOD OF ENTRY:** F ☐ FORCE   N ☐ NO FORCE

**TYPE OF THEFT:**
- M ☐ COIN MACHINE
- E ☒ EMBEZZLEMENT
- B ☐ FROM BUILDING
- T ☐ POSS. STOLEN PROP
- A ☐ M V PARTS & ACC.
- V ☐ MOTOR VEHICLE
- L ☐ SHOPLIFTING
- F ☐ THEFT FROM M V
- P ☐ POCKET-PICKING
- O ☐ ALL OTHER
- S ☐ PURSE SNATCHING
- N ☐ NOT APPLICABLE

**TYPE OF FORCE/WEAPON:**
- 11 ☐ FIREARM ☐ AUTO
- 12 ☐ HANDGUN ☐ AUTO
- 13 ☐ RIFLE ☐ AUTO
- 14 ☐ SHOTGUN ☐ AUTO
- 15 ☐ OTHER FIREARM ☐ AUTO
- 20 ☐ KNIFE / CUT INSTR.
- 30 ☐ BLUNT OBJECT
- 35 ☐ MOTOR VEHICLE
- 40 ☐ PERSONAL WEAPON
- 50 ☐ POISON
- 60 ☐ EXPLOSIVE
- 65 ☐ FIRE / INCID / DEVICE
- 70 ☐ DRUGS / NARCOTICS
- 85 ☐ ASPHYXIATION
- 90 ☐ OTHER
- 95 ☐ UNKNOWN
- 99 ☒ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3):**
- A ☐ ALCOHOL
- D ☐ DRUGS / NARC.
- C ☐ COMPUTER EQUIP.
- N ☒ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3):**
- B ☐ BUYING / RECEIVING
- T ☐ TRANS / TRANSMIT / IMPORT
- C ☐ CULT / MANU / PUBL
- D ☐ DIST / SELLING
- U ☐ USING / CONSUMING
- E ☐ EXPLOIT. CHILDREN
- J ☐ JUVENILE GANG
- O ☐ OPER / PROMOTE / ASSIST
- G ☐ OTHER GANG
- N ☒ NO GANG INVOLVEMENT
- P ☐ POSSESS / CONCEAL

**LOCAL CODE (CLASSIFICATION):** 1010

## OFFENSE #2
(blank/not applicable)

## VICTIM #1

**TYPE OF VICTIM:**
- I ☒ INDIVIDUAL
- S ☐ SOCIETY/PUBLIC
- R ☐ RELIGIOUS ORGANIZATION
- O ☐ OTHER
- B ☐ BUSINESS
- F ☐ FINANCIAL INSTITUTION
- G ☐ GOVERNMENT
- U ☐ UNKNOWN

**VICTIM OF OFFENSE NUMBER (CIRCLE):** 1 ☒

**NAME:** Gale, Linda L.
**ADDRESS:** 
**RACE:** W **SEX:** F **ETHNICITY:** N **RES./N-RES:** R **AGE:** 75
**DATE OF BIRTH:** **HEIGHT:** **WEIGHT:** **HAIR:** **EYES:**

**CIRCUM. AGG ASLT/BATTERY:** 
**VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER:** 1. AQ
**TYPE OF INJURY:** 

## RP / W/O

**NAME:** R1: Gale, Cori L.
**RACE:** W **SEX:** F **ETHNICITY:** N **RES/N-RES:** R **AGE:** 46

## PROPERTY DESCRIPTION

TYPE PROPERTY LOSS: 1=NONE 2=BURNED 3=COUNTERFEIT/FORGERY 4=DESTROYED/DAMAGED/VANDALIZED 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN

| TYPE LOSS | PROPERTY/DRUG CODE | DESCRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | RECOVERY DATE |
|---|---|---|---|---|---|---|---|
| 7 | 065 | 2004 tan Nissan Maxima | 1 | | | $6000 | |
| | | VIN: 1N4BA41E34C906497 | | | | $ | |
| | | TAG: 689EZZ | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

**REPORTING OFFICER:** J. Gould
**BADGE / ID:** 2319
**DATE OF REPORT:** 8/20/2018
**COPIES TO:** AUTO
**PROPERTY:** $6000

**EXHIBIT 30**

Revised 03/2015

# CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD

| AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | PAGE |
|---|---|---|---|
| KS0870300 | 18C054217 | 8/20/2018 | 1 of 1 |

**METHOD OF OPERATION**

INSTRUMENT USED FOR ENTRY:
- 1. ☐ KEY
- 2. ☐ PRY TOOL
- 3. ☐ SAW/DRILL
- 4. ☐ HAMMER
- 5. ☐ BOLT CUTTER
- 6. ☐ CHOPPING TOOL
- 7. ☐ VISE GRIPS
- 8. ☐ PHYSICAL FORCE
- 9. ☐ THROWN OBJECT
- 10. ☐ OTHER
- 11. ☒ NOT APPLICABLE

POINT OF ENTRY:
- 9. ☒ NOT APPLICABLE
- 1. ☐ FRONT   2. ☐ REAR
- 3. ☐ SIDE   4. ☐ ROOF

POINT OF EXIT:
- 9. ☒ NOT APPLICABLE
- 1. ☐ FRONT   2. ☐ REAR
- 3. ☐ SIDE   4. ☐ ROOF

PREMISE NEIGHBORHOOD:
- R. ☐ RURAL / FARM / AGRICULTURE
- S. ☒ SUBURBAN / RESIDENCE
- B. ☐ URBAN / BUSINESS / COMMERCIAL
- U. ☐ UNINHABITED

SAFE ENTERED:
- 1. ☐ YES   3. ☐ ATTEMPTED   5. ☐ PEELED   7. ☐ COMBINATION KNOWN
- 2. ☐ NO   4. ☐ REMOVED   6. ☐ EXPLODED   9. ☒ NOT APPLICABLE

INCIDENT ACTIVITY:
- C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT   J. ☐ CAR JACKING
- D. ☒ DOMESTIC VIOLENCE   N. ☐ NOT APPLICABLE

**SUSPECT # 1**

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| York | Steven | Terry |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | W | M | N | R | 39 | | | | | |

| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| | | | |

MONIKERS / ALIAS:

ADDITIONAL SUSPECT DESCRIPTORS:

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | MO/YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | / | | | |

**SUSPECT #**

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| | | |

(Suspect #2 section blank, crossed out with diagonal line)

| EVIDENCE INFORMATION: | ☒ NONE | ☐ SUBMITTED | ☐ RETAINED BY VICTIM | ☐ RETAINED BY OFFICER | ☐ RETAINED BY INVESTIGATIVE AGENCY |
|---|---|---|---|---|---|

EVIDENCE OBTAINED: ☐ LATENT PRINTS ☐ WEAPONS/TOOLS ☐ SEXUAL ASSAULT KIT ☐ STAINS ☐ SEMEN ☐ DRUGS ☐ OTHER PRINTS ☐ PHOTOS ☐ HAIR ☐ BLOOD ☐ DOCUMENTS ☐ ALCOHOL ☐ OTHER

SSN OF VICTIM:                    SSN OF RP/W/O:

**SYNOPSIS:** R1 reports S1 failing to return a borrowed vehicle belonging to V1.

**NARRATIVE:**

On 8/20/2018 at 1217 hrs., I was working as the Badge on Floor (BOF) at Patrol North, 3015 E. 21st St. N., when Linda Gale (V1) and Cori Gale (V2) came into the station to report a stolen vehicle. Linda is the registered owner of the vehicle but Cori, her daughter, was the primary driver. Cori said that she had been staying with her boyfriend, Steven York (S1) in the Super 8 motel at 3741 N. Rock Rd. She said that Steven borrowed her car last night to go try to pick up his child from his ex-wife and he never returned with it. Cori said that she last saw the car at around 1900 hrs. last night. When she woke up this morning, Steven's things were gone from the motel room and her car was still missing. Steven had not answered any of Cori's calls or messages about the missing car. Cori said that Steven should have the key to the car with him, but there were no other keys with it.

Cori and Linda said the car is tan in color with nothing distinguishing. Linda said that it has a few dings from parking lot incidents and the paint is somewhat faded, but otherwise it is in good condition. There are no aftermarket features such as tinted glass or different wheels. Linda said "it depends" when I asked her whether she wanted to prosecute. What she seemed to mean is that if the car was returned in good condition then she might pass on prosecution, and if it was damaged then she might want

Revised 03/2015

to prosecute. Cori and Linda said that they had already checked with the motel about video coverage. The hotel staff told Linda and Cori that they do have video, but no one there could access it until management arrived sometime after 1500 hrs.

I have nothing further at this time.

| SIGNATURE: (#2319) | CASE NUMBER 18C054217 | DATE 8/20/2018 |
|---|---|---|

# Wichita Police Department

## Incident: 18C054217

### Incident details:

| | |
|---|---|
| **Incident Type:** | 0720 MOTOR VEHICLE THEFT |
| **Incident time:** | 08/19/2018 19:00 - 08/20/2018 08:00 |
| **Reported time:** | 08/20/2018 12:17 |
| **Incident location:** | 3741 N ROCK Road, WICHITA, Kansas USA 67226 (Beat: 46, SubBeat: 188) 67226 |
| **Incident status:** | 17-Clear LOP/no pros./referred to other agency |
| **Summary:** | R1 REPORTS S1 FAILING TO RETURN BORROWED VEHICLE BELONGING TO V1. *OFC PHN* |

### Offenses:

- 0720 MOTOR VEHICLE THEFT

### Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | YORK, STEPHEN T | **Gender:** | Male |
| **Classification:** | Suspect | **DOB:** | [39] |
| **DL:** | | **SSN:** | |
| **Address:** | | [Residence] | |
| **Telephone:** | (Cell phone) [Residence]<br>(Cell phone) [Other] | | |
| **Height:** | | **Weight:** | | **Build:** | |
| **Race:** | White | **Hair Color:** | | **Eye Color:** | |

| | | | |
|---|---|---|---|
| **Name:** | GALE, LINDA L | **Gender:** | Female |
| **Classification:** | Victim | **DOB:** | [75] |
| **DL:** | | **SSN:** | |
| **Address:** | | (Beat: 39, SubBeat: 191) [Residence] | |
| **Telephone:** | (Cell phone) [Other]<br>(Cell phone) ( [Residence] | | |

| | | | |
|---|---|---|---|
| **Name:** | , NICKIE | **Gender:** | Female |
| **Classification:** | Other | **DOB:** | [] |
| **DL:** | | | |
| **Address:** | | [Residence] | |

| | | | |
|---|---|---|---|
| **Telephone:** | | | |
| **Name:** | GALE, CORI L | **Gender:** | Female |
| **Classification:** | Complainant/reporting party | **DOB:** | [46] |
| **DL:** | | **SSN:** | |
| **Address:** | | [Residence] | |
| **Telephone:** | (Cell phone)<br>(Landline) ( | [Other]<br>Residence] | |
| **Name:** | , NICKI | **Gender:** | Female |
| **Classification:** | Other | **DOB:** | [] |
| **DL:** | | | |
| **Address:** | | USA [Residence] | |
| **Telephone:** | | | |

## Involved Property:

- Miscellaneous / Stolen

## Involved Vehicles:

- Recovered; Stolen / Nissan Altima 2004 VIN:1N4BA41E34C906497 / [Automobile, SUV: Sedan, 4-door] [Automobile] KS Reg #689EZZ Value:6,000.00 (Damage:V500523916 DRE) Colors: Tan / Tan

## Involved Officers:

- Supervisor; Supplemental reporting / 9 / ESPINOZA, D. / #V0643 / Wichita / Non sworn / SPIDER
- Supplemental reporting / 9 / MCAULIFFE, C. / #C1383 / Wichita / Sworn
- Supervisor; Supplemental reporting / 9 / GORDON, M. / #C1457 / Wichita / Sworn
- Supervisor; Supplemental reporting / 9 / BICKHAM, N. / #V0926 / Wichita / Non sworn / SPIDER
- Supervisor; Supplemental reporting / 9 / SNODGRASS, E. / #V0988 / Wichita / Non sworn / SPIDER
- Supervisor; Supplemental reporting / 9 / STEARNS, L. / #V1132 / Wichita / Non sworn / PATROL NORTH BUREAU
- Other / 9 / GOULD, J. / #C2319 / Wichita / Sworn / EXPLOITED AND MISSING CHILDREN'S UNIT
- Records; Supervisor / 9 / TURNER, H. / #V1291 / Wichita / Non sworn / SPIDER
- Supervisor; Supplemental reporting / 9 / AYALA, B. / #V1308 / Wichita / Non sworn / CASE DESK
- Reporting officer; Records / 9 / MUDLOFF, S. / #V1334 / Wichita / Inactive employee; Non sworn
- Supervisor; Supplemental reporting / 9 / COMPTON, J. / #V1340 / Wichita / Inactive employee; Non sworn

## Reports:

### General report:

| | | | |
|---|---|---|---|
| **Author:** | #V1334 MUDLOFF, S. | **Report time:** | 08/20/2018 16:18 |
| **Entered by:** | | **Entered time:** | |
| **Narrative:** | | | |

R1/C.GALE REPORTS S1/S.YORK FAILING TO RETURN BORROWED VEHICLE BELONGING TO V1/L.GALE.

\*OFC PHN\*

S1 HAS THE KEYS, REPO/IMPOUND CHECKED AND 2ND CHECKED BY BEN
---------------------
Received Time: 16:21:49 08-20-18   Source ORI: KSKDRWS00
Summary: FREE: ZQPC.689EZZ

View Message Details

Destination(s): WCHPD106A
MKE: KVQ   Source: KDOR
Reference: QUICK   Msg ID: 2756
Station: WCHPD106A   Control: MRI0683087


KANSAS MOTOR VEHICLE REGISTRATION RESPONSE
INQUIRY ON: LIC/689EZZ

LICENSE:689EZZ       STATE:KS           TYPE:STANDARD
\*\*STATUS
REGISTRATION:ACTIVE   INSURANCE:ACTIVE      TITLE:APPROVED
PLATE STATUS:ACTIVE
\*\*VEHICLE
MAKE:NISSAN          MODEL:MAXIMA          STYLE:4D
COLOR:UNKNOWN        YEAR:2004
EMPTY WGT:3366                      GROSS WGT:3366
VIN:1N4BA41E34C906497
\*\*OWNER
PRIMARY:GALE,LINDA LEE          OLN:K01400792
ADDRESS:                                PHONE:
CITY:WICHITA               STATE:KS      ZIP: 672261506
OWNER2:GALE,RICHARD D           OLN:
\*\*REGISTRATION
EXPIRATION:2019-05-31 DECAL:689EZZ051901     LIC MO:5
COUNTY:SEDGWICK
\*\*TITLE
TITLE:R1851310     TYPE:REGULAR        TITLE DATE:2010-06-02
\*\*INSURANCE
COMPANY: ALLSTATE FIRE AND CASUALTY INSURANCE COM
POLICY NO
EFFECTIVE: 2018-07-27 END: 2018-10-01
\*\*LIENHOLDERS

MRI 683099 IN: KDORWS 16855 AT 16:21 20AUG18
OUT: WCHPD106A 29 AT 16:21 20AUG18


Received Time: 16:21:48 08-20-18   Source ORI: KS0870300
Summary: FREE: ZQPC.689EZZ

View Message Details

MKE: ACK   Source: SWITCH
Reference: QUICK   Msg ID: 2756
Station: WCHPD106A   Control: MRI0683087

MESSAGE ACCEPTED - WCHPD106A 00033 AT 16:21  08/20/2018
KDORWS
MRI-683087


**Victim report:**

**Subject:**         GALE, LINDA L / Victim / DOB:            (79) Gender: Female (                       ,
                              (Beat: 39, SubBeat: 191) (Cell phone)                         )

| | | | |
|---|---|---|---|
| **Author:** | | **Report time:** | |
| **Entered by:** | | **Entered time:** | |
| **Event time:** | | **Sexual assault kit:** No | **Time:** |
| **Violation against victim:** | | | |
| **Attempted/completed:** | | | |
| **Weapon causing injury:** | | **Level of injury:** | |
| **Accused is:** | | | |
| **Occupancy:** | | **Living together:** | |
| **Officer status:** | | | |
| **Victim services notified:** | | **Victim services accepted:** | |
| **Victim services notified by:** | | | |
| **Victim notified:** | | | |
| **Narrative:** | | | |

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V1340 COMPTON, J. | **Report time:** | 08/20/2018 16:40 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

2ND PARTY CHECK

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V1132 STEARNS, L. | **Report time:** | 08/21/2018 12:58 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

V1//Linda called and wanted to add s1/YORK, STEVEN exwife o1/Nicki as he has ived in her basement at when he first came to Wichita  He an his ex have a son together..  lsV1132

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V1308 AYALA, B. | **Report time:** | 08/21/2018 13:03 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

SUPPED TO ADD O1/NICKIE TO REPORT PER RV1/L.GALE. O1 IS S1'S/S.YORK MOM AND S1 COULD POSSIBLY BE LIVING WITH O1. --V1308BA

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V1132 STEARNS, L. | **Report time:** | 08/22/2018 13:03 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

drawn in error

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C1383 MCAULIFFE, C. | **Report time:** | 08/23/2018 10:39 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

THIS OFFICER SUPP TO RECLASS. SPIDER AND DISPATCH NOTIFIED.   ---PHN

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V0643 ESPINOZA, D. | **Report time:** | 08/23/2018 11:13 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

NO IMPOUND/REPO CHECKED BY ME

1L0100MG,MRI1422471
KS0870300
NIC/V500523916 VIN/1N4BA41E34C906497
OCA/18C054217

MRI 1422473 IN: NCIC 18535 AT 11:19 23AUG18
OUT: WCHPD001D 267 AT 11:19 23AUG18

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V0988 SNODGRASS, E. | **Report time:** | 08/23/2018 11:35 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |

**Narrative:**

2ND PARTY CHECK

Received Time: 11:35:51 08-23-18   Source ORI: KSNCIC000
Summary: QV: VIN=1N4BA41E34C906497

View Message Details

Destination(s): SGXSO001D
MKE: QV   Source: NCIC
Reference: QV   Msg ID: 19068
Station: SGXSO001D

1L0100G8,MRI1425904
KS0870000

YQ

MKE/STOLEN VEHICLE
ORI/KS0870300 LIC/689EZZ LIS/KS LIY/2019 LIT/PC
VIN/1N4BA41E34C906497 VYR/2004
VMA/NISS VMO/MAX VST/4D VCO/TAN DOT/20180819
OCA/18C054217
MIS/Y0RK, STEVEN - 10/12/1978 SUSPECT,
OPT/OUT
NIC/V500523916 DTE/20180823 1219 EDT DLU/20180823 1219 EDT
ORI IS WICHITA POLICE DEPARTMENT 316 268-4220
IMMED CONFIRM RECORD WITH ORI

MRI 1425906 IN: NCIC 19188 AT 11:35 23AUG18
OUT: SGXSO001D 1192 AT 11:35 23AUG18

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C1457 GORDON, M. | **Report time:** | 09/11/2018 10:58 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |

**Narrative:**

This date and time, det Gordon recieved several emails from Linda Gale, submitted them to L/F

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V0926 BICKHAM, N. | **Report time:** | 12/10/2018 01:18 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |

**Narrative:**

SUPP AUTH KILLEEN, TX PD TO CLR VEH

Received Time: 01:07:25 12-10-18   Source ORI: TX0140400

View Message Details

Destination(s): KS0870300
MKE: YQ   Source: NLET
Reference: UNKNOWN   Msg ID: UNKNOWN
Station: SGXSO001D   Control: MRI7923712


YR

YQ.TX0140400
00:07 12/10/2018 00186
00:07 12/10/2018 05966 KS0870300
*
TXT
****HIT CONFIRMATION REQUEST - FIRST NOTICE****
****RESPONSE PRIORITY:URGENT!-RESPOND WITHIN 10 MINUTES****

OCA/18C054217.NIC/V500523916

*** STOLEN VEHICLE ***
LIC/689EZZ.VIN/1N4BA41E34C906497.VYR/2004.VMA/NISS.

NAME OF REQUESTER: 3174 JIMMY PATTERSON
AGENCY NAME: PD KILLEEN
PHONE: 2549335570
FAX: 2549335521

MRI 7923712 IN: NLI1 1091 AT 01:07 10DEC18
OUT: SGXSO001D 266 AT 01:07 10DEC18
****** BEGIN EXCEPTIONS:
*** ALTERNATE -or- TROUBLE COPY OF STATION (WCHPD001D) MESSAGE
- DELIVERED HERE BECAUSE NODE WAS UNREACHABLE ***
****** END EXCEPTIONS ******


Received Time: 01:11:37 12-10-18   Source ORI: KS0870000
Summary: YR: RTY=SV LIC=689EZZ VIN=1N4BA41E34C906497

View Message Details

Destination(s): TX0140400
MKE: YR   Source: MESSENGER
Reference: YR   Msg ID: 27262
Sent Transaction
YR:  CON/Y OCA/18C054217 NIC/V500523916 RTY/SV LIC/689EZZ VIN/1N4BA41E34C906497
VYR/2004 VMA/NISS CNA/SPIDER UNIT  OPR NIKKI CAG/WICHITA POLICE DEPT
PHO/3162684220 REM/CONFIRMED STOLEN. PLEASE ADVISE WHERE VEHICLE WAS LOCATED,ANY
DAMAGE, ANY SUSPECTS, AND THE DISPOSITION OF THE VEHICLE. OWNER IS A LINDA GALE
(         )AND HER PHONE NUMBER IS              SUSPECT ON THE CASE IS A STEVEN
YORK          .PLEASE SEND LOCATE  0111HRS  121018
******************************************************************************
Received Time: 01:18:20 12-10-18

View Message Details

Destination(s): KS0870300
MKE: $L   Source: NCIC
Reference: UNKNOWN   Msg ID: UNKNOWN
Station: WCHPD001D
****** BEGIN EXCEPTIONS:

This message was forwarded to you from user:"WCHPDDFG" terminal:"WCHPD001D" at:"Mon Dec 10 01:18:36 CST 2018"
****** END EXCEPTIONS ******

$.L.
KS0870300
LOCATE NOTIFICATION AT 0218 EST 20181210
1N01006B,MR35549205.LV.TX0140400.NIC/V500523916.0CA/18C054217.20181210
LOCATING ORI IS KILLEEN PD

MKE/LOCATED STOLEN VEHICLE
ORI/KS0870300 LIC/689EZZ LIS/KS LIY/2019 LIT/PC
VIN/1N4BA41E34C906497 VYR/2004
VMA/NISS VMO/MAX VST/4D VCO/TAN DOT/20180819
OCA/18C054217 20181210 TX0140400
NOA/N
MIS/Y0RK, STEVEN -            SUSPECT,
OPT/OUT
NIC/V500523916 DTE/20180823 1219 EDT DLU/20180823 1219 EDT
20181210 TX0140400

MRI 7924740 IN: NCIC 2089 AT 01:18 10DEC18
OUT: WCHPD001D 25 AT 01:18 10DEC18


*********************************************************************************

Received Time: 02:20:37 12-10-18   Source ORI: KS0870000
Summary: AM: TX0140400 REF: 689EZZ

View Message Details

Destination(s): TX0140400
MKE: AM   Source: MESSENGER
Reference: AM   Msg ID: 27273
Sent Transaction
AM:
REF:  689EZZ

CAN YOU PLEASE ADVISE WHERE THE VEHICLE WAS LOCATED, ANY SUSPECTS FOUND WITH THE VEHICLE, THE DISPOSITION OF THE VEHICLE

THANK YOU

SPIDER UNIT OPR NIKKI
WICHITA POLICE DEPT
0220HRS  12/10/18


*********************************************************************************

Received Time: 03:23:35 12-10-18   Source ORI: TX0140400

View Message Details

Destination(s): KS0870000
MKE: AM   Source: NLET
Reference: UNKNOWN   Msg ID: UNKNOWN
Station: SGXSO001D   Control: MRI7934908
--ADMINISTRATIVE MESSAGE--
     FROM: TX0140400
      TO: KS0870000     ()
          SEDGWICK COUNTY SHERIFF'S OFFICE

```
AM.TX0140400
02:23 12/10/2018 02536
02:23 12/10/2018 08152 KS0870000
*
TXT
MSG #:   1812030974  ORI/TX0140400  20181210

KILLEEN PD

REFERENCE STOLEN VEHICLE LOCATED

KPD CASE NUMBER 18-013493

VEHICLE WAS STOPPED AT 2300 E RANCIER AVE KILLEEN, TEXAS AND THE VEHICLE'S
BACK BUMBER IS DAMAGED

VEHICLE WAS TOWED BY KILLEEN TOWING

VEHICLE WAS OCCUPIED BY 2 SUBJECTS, ONE HAD NO INVOLVEMENT SECOND WAS MALE BY
THE NAME OF LARRY MILLSAP WHO ADVISED HE HAD PURCHASED THE VEHICLE FROM
ANOTHER PERSON WHO PURCHASED THE VEHICLE FROM YOUR POSSIBLE SUSPECT.

KILLEEN PD                                    SSC178
323CST
--------------------ORIGINAL MESSAGE---------------------
************************************************************************

1L0100G8,MRI7935172
KS0870300
CLEAR NIC/V500523916

MRI 7935173 IN: NCIC 3872 AT 03:27 10DEC18
OUT: SGXSO001D 426 AT 03:27 10DEC18


Received Time: 03:27:39 12-10-18   Source ORI: KSNCIC000
Summary: QV: NIC=V500523916

View Message Details

Destination(s): SGXSO001D
MKE: QV   Source: NCIC
Reference: QV   Msg ID: 27296
Station: SGXSO001D

1L0100G8,MRI7935178
KS0870000
NO RECORD NIC/V500523916

MRI 7935179 IN: NCIC 3873 AT 03:27 10DEC18
OUT: SGXSO001D 427 AT 03:27 10DEC18
```