# Wichita Police Department

## Incident: 18C079285

### Incident details:

| | |
|---|---|
| **Incident Type:** | 1345 SALE OF SEXUAL RELATIONS |
| **Incident time:** | 12/06/2018 19:21 - 12/06/2018 19:21 |
| **Reported time:** | 12/06/2018 19:21 |
| **Incident location:** | 3741 N ROCK Road, WICHITA, Kansas USA 67226 (Beat: 46, SubBeat: 188) 67226 |
| **Incident status:** | 8-Clear/misd wrnt drawn susp. in custody |
| **Summary:** | THIS OFFICER REPORTS A1 ARR/BKD ON UCC#11D08512 AND A2 ARR/BKD ON HFSW. ARR/AUTH SGT. OBLINGER, A1 HAD PRIOR MUG. A2, NEW MUG. EVIDENCE SUBMITTED**WALKIN** |

### Offenses:

- 1345 SALE OF SEXUAL RELATIONS
- 1604 UNLAWFUL POSSESSION OF METH

### Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | CONSTABLE, JOSHUA G | **Gender:** | Male |
| **Classification:** | Arrested | **DOB:** | |
| **DL:** | | **SSN:** | |
| **Address:** | | | [Residence] |
| **Telephone:** | (Landline)    [Residence] | | |
| **Name:** | CASWELL, SHAYLYN J | **Gender:** | Female |
| **Classification:** | Arrested | **DOB:** | |
| **DL:** | | **SSN:** | |
| **Address:** | [Residence] | | (Beat: 14, SubBeat: 139) |
| **Telephone:** | (Cell phone)    [Other]<br>(Cell phone)    [Residence] | | |
| **Name:** | CITY OF WICHITA | **Gender:** | |
| **Classification:** | Victim | **DOB:** |  |
| **DL:** | | | |
| **Address:** | | | |
| **Telephone:** | | | |

EXHIBIT 31

## Involved Property:

- Miscellaneous: 1156-Paperwork (mail, photos, titles, etc.) / Evidence; Seized / [SEARCH WARRANT AND RETURN]
- Drug paraphernalia : 0915-Drug paraphernalia / Evidence; Seized / / GLASS METH PIPE; 2 EMPTY BAGGIES; 3 BANDS OF ELASTIC/RUBBER
- Drug paraphernalia : 0915-Drug paraphernalia / Evidence; Seized /
- Electronic equipment: 0611-Telephones/cell phones (incl. chargers) / Evidence; Seized / [LG PHONEL KS ID]
- Consumable goods: 0906-Health and beauty products / Evidence; Seized / [LIFESTYLE CONDOM AND ONE WYNDHAM ROOM KEY]
- Miscellaneous: 1199-Miscellaneous DO NOT OVERUSE (incl. lighters, garage door openers, tattoo equipment, bridges, curbs, roads) / Evidence; Seized / [HOTEL ROOM KEY FOR RM #337]
- Amphetamines/Methamphetamines : 0937-Methamphetamines solid / Evidence; Seized / 0.01 g

## Involved Officers:

- Supervisor / 9 / OBLINGER, D. / #C2110 / Wichita / Sworn / VICE SECTION / 12/13/2018 / 20181213 --:--:--:---
- Assisting officer; Investigator; Supervisor; Supplemental reporting / 9 / PURCELL, D. / #C2201 / Wichita / Sworn / ANIMAL CONTROL (                    ) / 12/13/2018 / 20181213 --:--:--:---
- Reporting officer; Supervisor; Supplemental reporting / 9 / BAKER, R. / #C1606 / Wichita / Sworn / VICE SECTION
- Supervisor; Supplemental reporting / 9 / SHEA, R. / #C1643 / Wichita / Sworn / VICE SECTION
- Supervisor; Supplemental reporting / 9 / BAZE, K. / #V1021 / Wichita / Inactive employee; Non sworn
- Arresting officer; Supplemental reporting / 9 / REEL, V. / #C2351 / Wichita / Sworn / GANG - FELONY ASSAULT
- Arresting officer; Supplemental reporting / 9 / DAEMEN, N. / #C2375 / Wichita / Sworn / EXPLOITED AND MISSING CHILDREN'S UNIT
- Supervisor; Supplemental reporting / 9 / PATTON, C. / #V1234 / Wichita / Non sworn / PATROL WEST BUREAU
- Records; Supervisor / 9 / NELSON, M. / #V1247 / Wichita / Non sworn / CASE DESK
- Supervisor; Supplemental reporting / 9 / PATTON, C. / #S0278 / Wichita / Inactive employee; Non sworn
- Records; Supervisor / 9 / EISENBISE, C. / #V1314 / Wichita / Inactive employee; Non sworn
- Records; Supervisor / 9 / AHMED, A. / Wichita / Inactive employee

## Reports:

### General report:

| | | | |
|---|---|---|---|
| **Author:** | #C1606 BAKER, R. | **Report time:** | 12/07/2018 01:04 |
| **Entered by:** | | **Entered time:** | |
| **Narrative:** | | | |

THIS OFFICER REPORTS A1/S.CASWELL ARR/BKD ON UCC#11D08512 SALE OF SEXUAL RELATIONS AND A2/J.CONSTABLE ARR/BKD ON HFSW/POSS OF METH AND DRUG PARA ARR/AUTH SGT. OBLINGER, A1 HAD PRIOR MUG. A2, NEW MUG. EVIDENCE SUBMITTED**WALKIN**

### Arrest report:

**Subject:** CONSTABLE, JOSHUA G [G] / Arrested / DOB:                    (29) Gender: Male (                    (Landline) (                    )

| | | | |
|---|---|---|---|
| **Author:** | #C2351 REEL, V. | **Report time:** | |
| **Entered by:** | | **Entered time:** | |
| **Charges:** | 18C079285 [1] POSSESSION OF DRUG PARAPHERNALIA Pending | | |
| | 18C079285 [1] UNLAWFUL POSS OF METH Pending | | |
| **Narrative:** | | | |

## Arrest report:

| | | | |
|---|---|---|---|
| **Subject:** | CASWELL, SHAYLYN J / Arrested / DOB: ) | (22) Gender: Female (Beat: 14, SubBeat: 139) (Cell phone) ( | |
| **Author:** | #C2375 DAEMEN, N. | **Report time:** | |
| **Entered by:** | | **Entered time:** | |
| **Charges:** | 18C079285 [1] SALE OF SEXUAL RELATIONS Pending | | |
| **Narrative:** | | | |

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C2351 REEL, V. | **Report time:** | 12/07/2018 04:23 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |

**Narrative:**

Supplemental Information Report
Case #: 18C079285
Location:  See Original Report
Classification: See Original Report
Case Heading: See Original Report
Synopsis: See Original Report
　　　　On 12/06/2018, I was working as a two officer SIB/CRT unit, D684, with Officer Daemen. At approximately 1845 hrs, I was briefed on a VICE operation that was going to occur at 3741 N. Rock Rd, Wichita, Sedgwick County, Kansas. Detectives advised Shayln J. Caswell walked out of room #321 and was arrested for sale of sexual relation. Sgt. Oblinger then took myself, Officer Kepley, and Officer Estrada up to room #321 where Officer Kepley knocked on the door. (A1) Joshua Constable answered the door and he was detained by Officer Kepley. Sgt Oblinger went into the hotel room and I followed him.
　　While in the room, I observed a glass meth pipe, two empty clear baggies, and three blue tourniquets laying in the top drawer of the middle brown night stand. The top drawer was pulled out on the night stand allowing me to see the drug paraphernalia in plain view.
　　I was then advised the room is registered to Joshua Constable. Joshua openly stated several times the only thing in the room is some "ice" in the top drawer of the night stand. A common name used for the drug methamphetamine is "ice", which is what Joshua was implying. I then asked Joshua for consent for police to search the room, which he was present with us. Joshua gave consent and he never revoked consent while we searched the room in his presence. I collected the drug paraphernalia in plain view and under the blue tourniquets, I located a small clear baggie containing approximately one gram of a crystalline substance, which I identified as methamphetamine from my training and experience. I took photographs and collected the drugs and evidence.
　　Joshua was then transported to the fourth floor of the city building to be interviewed by detectives. Joshua invoked and did not wish to speak with detectives. I then transported and booked Joshua into ADF authority Sgt.

Oblinger, HFSW.

The previous is a summary, for more details, see Axon available.
This is all the information I have to report on this case at this time.
Name & ID: Reel 2351
Bureau/Shift: SIB / CRT
Date: 12/6/18

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #S0278 PATTON, C. | **Report time:** | 12/07/2018 08:30 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

PROPERTY ENTERED/RECEIVED THIS DATE. // CHP SO278

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C1643 SHEA, R. | **Report time:** | 12/07/2018 15:32 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

SUPPLEMENTAL REPORT

CASE #18C079285

CASE HEADING:   Caswell, Shaylyn J., DOB:            , SSN:             ADDRESS:                    ,
, EMPLOYMENT:  None

On 12-6-18, while assigned to the Wichita Police Department's Vice section, I assisted other detectives in the unit with an operation involving a possible underage female working as an escort.  Det. Purcell #2201 made contact with a possible underage female advertising as an escort on an internet site.  Det. Purcell was directed to the Super 8 Hotel, 3741 N. Rock Rd. room #337.

I was assigned to go to the Super 8 and stand by on the third floor.  The purpose of this assignment was to see if the female came out of room #337.  I entered the hotel and noted room #337 was on the third floor.  The room was on the north side of the hotel and was the furthest west.  The hotel had an elevator that was located in the middle of the building.  On the third floor, just outside of the elevator was a soda machine, ice machine, and a small sitting area with two chairs.  I took a position in one of the chairs and made telephone contact with Det. Baker #1606, who was located outside of the hotel.  Det. Baker advised the female contacted Det. Purcell and informed him she would meet him outside.  A short time later, I observed a young looking white female, later identified as Shaylyn Caswell, exit room #321and walk to the elevator.  Caswell had a cellphone and charger with her.  Caswell appeared to be making a telephone call as she entered the elevator.  Det. Baker advised Det. Purcell was receiving a call from the female.  I gave a physical description and a clothing description of Caswell to Det. Baker, who put it out to all units on the radio.

A short time later Caswell was taken into custody outside of the hotel. I kept an eye on both room #321 and room #337. Nobody entered or left either room. Sgt. Oblinger and members of the CRT team exited the elevator and approached room #321. They knocked on the door and were allowed inside. A male was located inside. The male was identified as Joshua Constable. Det. Baker made contact with me and advised the individuals also rented room #337. A key was obtained for that room and it was cleared. Caswell and Constable were transported to the fourth floor of the City Building for interviews.

At the City Building, I properly labeled and packaged all the evidence related to this case.

This is all the information I have on this case at this time.

Det. Robert Shea #1643
SIB/Vice
2209 hrs/12-6-18

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C1606 BAKER, R. | **Report time:** | 12/07/2018 15:37 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

18C079285

CLASSIFICATION: 1345

A1: Shaylyn J. Caswell, W/F, DOB:

A2: Joshua G. Constable, A/M, DOB:

On 10/06/2018 I was assigned to the Wichita Police Department Special Investigations Bureau Vice Section. Detective Purcell #C2201 advised he had a person posting on SkipTheGames.com. This website is known to have advertisement of people selling sexual relations. Detective Purcell began texting the listed phone number on the advertisement.

I attended a briefing after Detective Purcell was advised, via text message, to come to 3741 N. Rock Road. After the briefing I drove to the Super 8 hotel, 3741 N. Rock Road. I began conducting surveillance on the south side of the building.

Detective Purcell arrived and parked on the south side of the building at 1919 hours. At 1920 hours he received a phone call. I then saw Detective Purcell exit his unmarked vehicle and walk towards the center entry door, on the south side of the building. Detective Purcell was in possession of a wireless voice transmitter. I was in possession of a wireless voice receiver and could monitor the conversations Detective Purcell would have. Detective Shea #C1643 was on the phone with me as Detective Purcell received the phone call. Detective Shea was on the third floor of the Super 8 since the person had texted Detective Purcell she was in room 337. Detective Shea advised she saw a female walk out of room 321 and began to place a call as I told him Detective Purcell was receiving a call. He described the female as wearing pink shoes, black pants and a sweatshirt. I later learned the suspect Detective Purcell would contact was wearing these matching clothes.

I heard Detective Purcell make contact with a female. I could visually see he had contact with someone but couldn't make out their gender or race. He asked her if they could talk briefly. I believe she said her name was Carla when Detective Purcell asked her what it was. I heard the female, later identified as Shaylyn J. Caswell, ask if Detective Purcell was affiliated with law enforcement. He replied no. I did heard Detective Purcell give the verbal arrest signal. I then heard Detective Purcell saw he was a police officer. I then heard Caswell screaming to get off her. I saw Detective Purcell walk outside carrying Caswell as he repeatedly told her he was the police. Once outside the door Caswell calmed down as uniformed officers arrived and took her into custody.

I went to the front desk of the Super 8 and contacted desk clerk Teresa Malone. Malone advised Joshua Constable (DOB:            , of                                    ) rented room 321 from 11/30/2018 to 12/05/2018. She advised the female he was staying with, Shaylyn Caswell, put the room in her name on 12/06/2018. I also

learned from Malone that Caswell also rented room 337 for a friend of hers. This friends name was learned to be Matthew Jarvis, per the room registration. Malone provided copies of the room registration for room 321 & 337.

I learned Joshua Constable was located inside room 321. Constable and Caswell were transported to the city building for questioning.

I contacted Constable in interview room #4. I completed a personal history form with Constable. I then read Miranda to Constable as he read along. Constable elected to no answer questions at this time. While Constable denied consent he kept stating the drugs were his and it was his room. I told him I wanted to ask him questions about the drugs and prostitution prior to his refusal to answer questions. I stated this because Constable asked what I wanted to talk to him about. Constable was polite during my encounter with him.

Constable was booked into the Sedgwick County Adult Detention Facility for possession of narcotics and possession of paraphernalia.

Caswell was booked into Sedgwick County Adult Detention Facility for sale of sexual relations.

I provided Detective Purcell copies of the room registration Malone gave me, my field notes, Miranda form and personal history form. I will place a copy of the audio wire into laserfische.

This is all of the information I have at this time.

Detective R. Baker #C1606
Special Investigations Bureau/Vice Section
10/06/2018  2148 hours

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C2375 DAEMEN, N. | **Report time:** | 12/18/2018 22:16 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

Supplemental Information Report
Case #: 18C079285
Location: 3741 N Rock Road #317
Case Heading:
On 12/6/18 while riding with Officer Reel #2351 we were at City Hall on the fourth floor for a debrief on a vice operation at approx.. 1640 hours. During that brief I learned that an undercover detective had made contact with a female and was going to meet her at 3741 N Rock Road #337. We were advised to sit close and wait to be told to move in.
We sat close and heard that a female was observed leaving room #321 wearing blue jeans, black jacket, and pink shoes. That female, later identified as Shaylyn Caswell, made contact with the undercover. Once Shaylyn was in custody I searched her person and took her cell phone out of her back pocket. I gave the cell phone to Officer Estrada. I then removed $200 and a Lifestyles condom out of her back left pocket. The $200 was given back to the undercover detective as that money was the Wichita Police Department's property.
Shaylyn made the voluntary statements not to tell her boyfriend, Joshua Cromwell, who was still in the room. Shaylyn advised that he does not know what she does. Shaylyn stated that she needed to make money so they would not get kicked out of the room.
I gave the condom to the detective who advised that the condom was Shaylyn's. I transported Shaylyn to the fourth floor of city hall to be interviewed by detectives.
Officer Reel and I then transported Joshua and Shaylyn to the jail.
Name & ID: Daemen 2375
Bureau/Shift: SIB
Date: 12/6/2018

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C2201 PURCELL, D. | **Report time:** | 02/19/2019 18:31 |

**Entered by:**                                                  **Entered time:**

**Remarks:**        Approved Report

**Narrative:**

SUPPLEMENTAL REPORT                                18C079285

D.M. Purcell 2201

Vice

Case Classification:  See Original Report

Case Heading:  Shaylyn Caswell

Synopsis:  See Original Report

Narrative:
   On December 6, 2018, while working as a detective with the Special Investigations Bureau Undercover Vice Unit, I located an ad posted on the website skipthegames.com.  That website is known to be commonly used for the unlawful sale of sexual relations.  The ad I responded to was titled, "I am a sight to be seen, a sexy young tight teen."  The body of the ad stated, "come play with my wet pussy I don't wanna play by myself anymore.. I promise to give you my undivided attention and I promise to be satisify all your needs. Definitely a sight to be seen, young tight teen."  The ad also listed a multitude of "Activities this service provider may enjoy."  The list included multiple different sex acts.
   I contacted the number listed on the ad and began a conversation through both text message and phone call.  (For the exact details, see the recorded text messages and phone calls.) During that conversation, I received the rates for varying amounts of time and differing activities.  I agreed to pay two-hundred dollars in exchange for a thirty minutes with the escort.  During that time I agreed to wear a condom during a "GFE" or a "girlfriend experience."  (A girlfriend experience is commonly known in the sale of sexual relations as a sexual encounter where the escort will provide acts similar to those that would be received by a girlfriend, including kissing, oral sex, and vaginal sex.)  The person I had contact with stated that a condom would be provided.  I was told that he was to go to 3741 N Rock Road, Wichita, Sedgwick County Kansas, where I would meet the escort.
   Later that day, at approximately 7:21 pm, I arrived at that location.  There, I met Shaylyn Caswell on the South side of the building at the side entrance.  I verified with Shaylyn that she was the person I had been speaking to before I removed my wallet and provided her with two-hundred dollars in US Currency.  She counted the money and put it in her pocket.  I indicated that a deal had been done.  As I was doing so, Shaylyn began to move deeper into the hallway and away from the door.  I was aware that it is common for exterior doors, apart from the main entrance, to lock.  I had, at that time, my foot in the doorway propping the door open so that responding officers could enter and take her into custody.  Shaylyn's facial expression and body language appeared to me that she had become suspicious of my body positioning and behavior.  I did not see nor hear responding officers near me so I informed her that I was a police officer as I reached for her right arm in an effort to prevent her from running through the hotel and risking an escalation of the situation.  As I seized her right arm I repeatedly identified myself as an officer as she began dropping down and standing up in an apparent effort to defeat my grasp.  I left the door and positioned my body between her and the interior of the hotel so that I could keep her near the front door and so that I could open the door so that she may be arrested.  She again dropped to the floor as I pushed her towards the door.  I stooped down and wrapped both of my arms around her upper torso, pinning her arms to her sides.  I picked her up, stepped towards the door and pushed it open.  I observed Sergeant Crouch running towards me so I carried her outside the hotel and towards him.  Once we were together I placed Shaylyn on her feet and released her left arm so that Sergeant Crouch could take hold of it.  I maintained control of her right arm while he put handcuffs on her.  Once she was taken into custody I returned to my vehicle and moved to the front of the hotel where other officers were located.
   At the front of the hotel I became aware that Shaylyn had left room 321 prior to meeting me.  Officers were at that room and had taken Joshua Constable into custody.  I went to that location where I observed the interior of the room.  Inside I noted there was a distinctive piece of art hanging on the north wall of the interior of the room.  The art was distinct because during my text message conversation with Shaylyn, I had requested a photograph be taken of her holding four fingers up.  She and responded to that message with the requested picture.  In the background of that image was that specific piece of artwork, leading me to believe that that photograph had been taken inside that room.  Also suspicious of that photograph was the fact that I could see both of Shaylyn's hands meaning that it required another person to take the photograph.  I took overall photographs of that room documenting those things hanging on the wall.
   Also, during the messages I had exchanged with Shaylyn, I accused her of being in a room with another person because I could see both of her hands.  She responded by sending a video of the room, showing no other persons present.  (The video sent showed a room without many other belongings inside.  Inside room 321, there were far too many objects for it to have been the same room.)  Shaylyn had previously messaged me and told me to go to room

337.  I contacted Sgt. Oblinger and Det. Baker.  Sgt. Oblinger and I went to room 337 and received no answer when we knocked.  Detective Baker spoke to the front desk clerk and learned that the room had been rented to a man named Matthew Jarvis, but was now being used by Shaylyn.  We received a key to that room.  We cleared the room to ensure there was nobody present there.  While inside, I recorded a video of the room in the same manner in which Shaylyn had recorded it when she provided it to me.  We then exited the room.

After we were clear from the hotel, I returned to City Hall where I conducted a recorded interview with Shaylyn.  After completing the personal history sheet I advised her of her Miranda Rights at 9:21 pm.  She declined to speak to me and was asked no further questions about the case.  I did, however, as Shaylyn if there was any way in which I could assist her if she was in fact in a situation where she needed help.  She declined my assistance and I left the room.

I returned to my desk to begin completing the necessary paperwork and observed Shaylyn's phone was on my desk.  I learned that Officer Daemen had taken that phone off her person after she had been arrested.  I called the number from the ad and observed her phone ring with the number I had been using.

This is all the information I have at this time.

Det. D.M. Purcell 2201
Vice
12/06/2018 / 2210 hours

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V1234 PATTON, C. | **Report time:** | 04/05/2019 08:11 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

PROPERTY ENTERED/RECEIVED THIS DATE // CHP 278

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #V1021 BAZE, K. | **Report time:** | 12/11/2019 15:37 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |
| **Narrative:** | | | |

SUPP TO SHOW A1 S. CASWELL ARR/BKD ON BW 18CM002885/18C079285 FOR SALE OF SEXUAL RELATIONS BY SCSO GARETH ADAMS AT 1100 E 47TH WICHITA KS ON 12/07/2019 0320 HRS. V1021 KJB