## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

| | |
|---|---|
| MAELLA BLALOCK, ) | |
| ) | |
| Plaintiff, ) | Case No. 21-cv-2552-DDC-GEB |
| ) | |
| vs. ) | **ORAL HEARING REQUESTED** |
| ) | |
| SRKBS HOTEL, LLC, NINAD SHARMA, ) | |
| PARESH BHAKTA, SURENDRAKUMAR ) | |
| BHAKTA, GEETA V. REDDY, RSD, LLC, ) | |
| AND SEVJAYMAN, LLC. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT SRKBS HOTEL, LLC, NINAD SHARMA, PARESH BHAKTA, SURENDRAKUMAR BHAKTA, GEETA V. REDDY, RSD, LLC, AND SEVJAYMAN, LLC'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1 of this Court, Defendant SRKBS Hotel, LLC, and Defendants Ninad Sharm, Paresh Bhakta, Surendrakumar Bhakta, Geeta V. Reddy, RSD, LLC, and Sevjayman, LLC hereby move this Honorable Court for Summary Judgment on all of Plaintiff's claims or, alternatively, for Partial Summary Judgment on certain parts of Plaintiff's claims herein. Defendants hereby state as follows:

The above-captioned matter is an action for personal injury filed by Maella Blalock (hereinafter referred to as "Plaintiff" and/or "Plaintiff Blalock") as the result of personal injury she sustained while staying as a guest at the Super 8 Motel in Wichita, Kansas. (R. Doc INSERT 39.)("Amended Complaint"). Plaintiff brings her negligence claim in Count I of her Amended Complaint, against Defendant SRKBS Hotel, LLC (hereinafter referred to as "Defendant SRKBS"), predicated upon a theory of premise liability. *Id.* In Count II of her Amended Complaint, Plaintiff further alleges that the actions of Defendant SRKBS were so wanton as to

warrant the imposition of punitive damages. *Id.* Alleging that Defendant SRKBS has the inability to pay an award of punitive damages rendered against it, Plaintiff seeks to pierce the corporate veil, allowing for a personal judgment to be rendered against the members of SRKBS Hotel, LLC: Ninad Sharm, Paresh Bhakta, Surendrakumar Bhakta, Geeta V. Reddy, RSD, LLC, and Sevjayman, LLC (hereinafter collectively referred to as "Individual Defendants."). *Id.*

Defendants submit this Motion under the foregoing facts and legal authority, including: i) Plaintiff's inability to make a submissible case of negligence against Defendant SRKBS, Hotel, LLC based on the non-existence of a duty on part of the Motel; ii) Plaintiff's inability to establish, via clear and convincing standard, or otherwise, that Defendants' conduct was willful, wanton, fraudulent, or with malice; and iii) Plaintiff's inability to present evidence sufficient to justify piercing of the corporate veil under either both the alter-ego theory and/or the interests-of-justice theory.

The void in Plaintiff's evidence prevents Plaintiff from presenting to this Honorable Court a coherent, submissible case demonstrating that Defendants were negligent and caused the injuries of Maella Blalock. The deposition testimony rendered, affidavits produced, and discovery exchanged in this case demonstrate that there is no genuine issue as to any material fact: Maella Blalock was shot by an unknown individual *in the vicinity of* the Super 8 Motel; the individual was trespassing on the property of the Super 8 Motel after being *asked to leave the property*; Defendants had *no reason to know* that the incident of June 20, 2020 would occur, and acted *reasonably in their ownership and operation of the subject Motel,* including but not limited to *in line with the laws of the State of Kansas as it pertains to operation of a limited liability company* . As a result, Defendants are entitled to summary judgment as a matter of law.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court enter its Order granting Defendants' Motion for Summary Judgment in favor of Defendants on all claims by Plaintiff. In the event the Court does not dismiss the case in its entirety, Defendants pray that the Court enter summary judgment on the issue of injury/damages sought by Plaintiff in her negligence claim, grant judgment on Plaintiff's punitive damage claim and/or grant judgment on Plaintiff's declaratory judgment action regarding the piercing of the corporate veil.

Respectfully Submitted,

**EVANS & DIXON, L.L.C.**

/s/ James E. Godfrey, Jr.
James E. Godfrey, Jr., #79027 (Dist. of KS)
Kerry B. Banahan, # 79028 (Dist. of KS)
211 North Broadway, Suite 2500
St. Louis, Missouri 63102
314-552-4023 (Telephone)
314-884-4423 (Facsimile)
kbanahan@evans-dixon.com
jgodfrey@evans-dixon.com
*Attorneys for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of August, 2023, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and e-notification will be made to the following:

Jeffrey A. Wilson, #26527
Richard W. James, #19822
DeVaughn James Injury Lawyers
3241 North Toben
Wichita, KS  67226

Attorneys for Plaintiff Maella Blalock

/s/ James E. Godfrey, Jr.

3