Transcript of the Testimony of

# MAELLA BLALOCK

May 4, 2021

BLALOCK vs SRKBS HOTEL

2020-CV-001430-TP



Alpha Reporting & Video
1911 S. National Ave., Suite 405
Springfield, MO 65804
Phone:  417-887-4110
transcripts@alphareportingservice.com
www.alphareportingservice.com

**EXHIBIT 3**

Page 1

```
 1              IN THE 18TH JUDICIAL CIRCUIT
      DISTRICT COURT OF SEDGWICK COUNTY, KANSAS
 2                  CIVIL DEPARTMENT

 3
       MAELLA BLALOCK,
 4
             Plaintiff,
 5
        vs.                    Case No. 2020-CV-001430-TP
 6
       SRKBS HOTEL, LLC,
 7
             Defendant.
 8

 9

10

11

12
           VIDEOCONFERENCE DEPOSITION OF
13              MS. MAELLA BLALOCK,

14    produced, sworn, and examined on Tuesday, May 4,

15    2021, at 11:00 a.m. of that day, with all

16    participants appearing remotely via videoconference,

17    before me, VICKIE L. SALMONS, CCR, in the

18    above-captioned cause; taken on behalf of the

19    Defendant.

20

21

22

23           ALPHA REPORTING & VIDEO
          1911 South National, Suite 405
24         Springfield, Missouri  65804
                417/887-4110
25
```

Maella Blalock

BLALOCK vs SRKBS HOTEL                                                    5/4/2021

Page 2

```
1              A P P E A R A N C E S
2    For Plaintiff:   MR. JEFFREY A. WILSON
                      DeVAUGHN JAMES
3                     3241 North Toben Street
                      Wichita, KS  67226
4                     Off:  316/977-9999
                      Fax:  316/425-0414
5                     jeffwilson@devaughnjames.com
6    For Defendant:   MS. KELLY A. RICKE
                      EVANS & DIXON
7                     82 Corporate Woods, Suite 900
                      10851 Mastin Boulevard
8                     Overland Park, KS  66210
                      Off:  913/701-6810
9                     Fax:  913/341-2293
                      kricke@evans-dixon.com
10
                      MS. KERRY BANAHAN
11                    EVANS & DIXON
                      211 North Broadway, Suite 2500
12                    St. Louis, MO  63102
                      Off:  314/621-7755
13                    Fax:  314/884-4423
                      kbanahan@evans-dixon.com
14
     The Moderator:   Mr. Dylan Thomas
15                    Alpha Reporting & Video
16
17              I N D E X
18   TESTIMONY OF
     MS. MAELLA BLALOCK:
19                          EXAMINATION
20   By Ms. Ricke:                   3
21   REPORTER'S CERTIFICATE:        66
22
23
24   Phonetic spellings are signified by: (ph.)
25   Exactly as stated: (sic)
```

Page 3

```
1              THE MODERATOR:  Today is May 4th, 2021.  The
2    time is 11:00 a.m.  This is the remote deposition of
3    Maella Blalock in the case of Blalock vs. SRKBS
4    Hotel.  I'm Dylan Thomas with Alpha Reporting &
5    Video.  I'll be monitoring the proceedings and the
6    recording of the audio today.
7              Counsel, please state your name, who you
8    represent, and all persons present in the room with
9    you, starting with the taking attorney.
10             MS. RICKE:  Kelly Ricke, Evans & Dixon, for the
11   defendant.  And also present is Kerry Banahan, the
12   same firm.
13             MR. WILSON:  Jeffrey Wilson, on behalf of
14   Plaintiff Maella Blalock, who is also present here on
15   the same call.
16             THE MODERATOR:  Okay.  Thank you.  The court
17   reporter today is Vickie Salmons with Alpha Reporting
18   & Video.  Vickie, please swear in the witness.
19   Whereupon,
20                    MS. MAELLA BLALOCK,
21   being produced, sworn, and examined, testified as
22   follows:
23                    EXAMINATION
24   BY MS. RICKE:
25   Q.   Would you please state your name.
```

Page 4

```
1    A.   My name is Maella Blalock.
2    Q.   And where do you live?
3    A.   I live in Monett, Missouri.
4    Q.   What is your address in Monett?
5    A.   14 Atwell Acres Street.
6    Q.   And how long have you lived there, approximately?
7    A.   I'm trying to think.  Well, I lived here for four
8         years and then moved and now have lived here since
9         2016.
10   Q.   Okay.  And is there anyone that lives with you at
11        that address?
12   A.   No.
13   Q.   Have you ever given a deposition before?
14   A.   No.
15   Q.   All right.  Just a couple of ground rules.  And I'm
16        sure your counsel has already talked to you about
17        this a little bit.  If you need to take a break at
18        any time today, please let us know and we'll
19        accommodate that.  Okay?
20   A.   All right.
21   Q.   Since we're doing this by Zoom today, sometimes
22        there's a little bit of lag in the transmission,
23        depending on people's internet carriers.  And so if
24        you'll kind of pause for a second and make sure that
25        I get out my whole question to you before you answer,
```

Page 5

```
1         I'll try and do the same thing for you.  Okay?
2    A.   All right.
3    Q.   And if I for some reason cut you off and you're not
4         able to finish your answer, please let me know so
5         that I can let you do that.  Okay?
6    A.   All right.
7    Q.   All right.  We're not recording the video today.  The
8         court reporter is here by Zoom.  And she's taking
9         down everything that's being said during the course
10        of this deposition.  Do you understand that?
11   A.   I do.
12   Q.   Okay.  And the court reporter -- and, again, I'm sure
13        your counsel has told you this.  The court reporter
14        is really unable to effectively capture shakes of the
15        head or nods of the head.  In normal conversation,
16        especially when I'm looking at you by Zoom -- except
17        now I'm looking at Jeff.  When I'm looking at you by
18        Zoom, I can see that you're shaking your head up and
19        down or left and right.
20             What happens when the court reporter actually
21        transcribes that into the deposition transcript is it
22        simply says the witness is shaking their head.  So we
23        don't know if you were shaking your head yes or no.
24             So for that reason if I see you doing that, I'm
25        going to ask you to go ahead and answer the question
```

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                5/4/2021

Page 6

1   as opposed to nodding or shaking your head.  It's not
2   that I'm trying to be rude.  It's that we're trying
3   to get a good deposition transcript.  Okay?
4   A.  All right.
5   Q.  Okay.  It's important to me today that we don't talk
6   over each other.  We went over that a little bit.
7   Again, if you notice me talking over you, please let
8   me know.
9        It's also important for me to get a good record
10  of what your testimony's going to be in the case.  If
11  I ask you a question today that you don't understand,
12  will you let me know that?
13  A.  Yes, ma'am.
14  Q.  Okay.  I'll assume that if you go ahead and answer
15  the question without asking me to restate it or
16  rephrase it that you understood what was being asked
17  and that you answered it truthfully, fully, and
18  accurately.  Okay?
19  A.  All right.
20  Q.  All right.  You had talked a little bit about no one
21  living with you.  Who is the last person that you
22  have actually lived with?
23  A.  My daughter.
24  Q.  Okay.  And what would your daughter's name have been?
25  A.  Amy Chancellor.

Page 7

1   Q.  Okay.  And when did Amy last live with you?
2   A.  December of 2019 or 2018.
3   Q.  Okay.  And so that would have been before the
4   shooting that we're here for, correct?
5   A.  Yes.
6   Q.  Okay.  And I read through your interrogatory answers.
7   So I know quite a bit of background information about
8   you.  A couple things.  How old are you today?
9   A.  I'm 66.
10  Q.  Okay.  And I think there was mention in your
11  discovery responses that you are a Medicare
12  recipient.  Is that correct?
13  A.  Yes.
14  Q.  How long have you been a Medicare recipient?
15  A.  The month before I turned 65.  So --
16  Q.  That's fair enough.  Do you recall if you were on
17  Medicare at the time of the shooting?
18  A.  I was.
19  Q.  Okay.  And then I think I also saw that you probably
20  had some supplementary insurance through TRICARE.  Is
21  that correct?
22  A.  Yes.
23  Q.  Okay.  Did you have any health insurance through any
24  other company?
25  A.  No.

Page 8

1   Q.  Did you have prescription benefits through TRICARE?
2   A.  Yes.
3   Q.  Okay.  Did you have prescription benefits through
4   Medicare also?
5   A.  No.
6   Q.  Okay.  And is there a particular pharmacy that you go
7   to to fill your medications?
8   A.  Yes.
9   Q.  Where do you go?
10  A.  Express Scripts --
11  Q.  Okay.
12  A.  -- and Bruner's Pharmacy in Monett for local.
13  Q.  Okay.  And what medications do you get from Express
14  Scripts?  Is that your diabetes medications or
15  something else?
16  A.  Yes.
17  Q.  Just your diabetes medications?
18  A.  All the things I take that the doctor prescribes on a
19  regular basis.
20  Q.  Okay.  Is there anything that you're taking that a
21  doctor has prescribed you that is related to the
22  shooting?
23  A.  Not now.
24  Q.  Okay.  How long has it been since you've taken a
25  medication that you believe was related to the

Page 9

1   injuries you received in the shooting?
2   A.  I need clarification.  Do you mean only prescribed,
3   or over-the-counter as well?
4   Q.  That's a good point.  Let's start with prescribed.
5   A.  Probably since July of this -- July of -- 30 days,
6   60 days after the shooting.
7   Q.  Okay.  And did you get those medications filled at
8   Express Scripts or Bruner's?
9   A.  It would be Bruner's.
10  Q.  Okay.  And do you know what those prescriptions were
11  for?
12  A.  They were pain medications.
13  Q.  And who prescribed them?
14  A.  I believe it was Dr. Bravin.  It could have been the
15  hospital that saw me immediately after the shooting,
16  the emergency room.
17  Q.  Do you remember what pain medications they were?
18  A.  I do not.
19  Q.  Okay.  Did you take all of the medication that was
20  prescribed for you?
21  A.  I did not.
22  Q.  Okay.  How long of a period of time did you take the
23  pain medication that was prescribed for you?
24  A.  Six to eight weeks.
25  Q.  Okay.  And did you take that according to the

Page 10

1    prescription? In other words, if they prescribed one
2    pill every four hours, is that how you would have
3    taken it?
4  A. Yes.
5  Q. Okay. And so then I take it that there came a time
6    when you stopped using it, that you had not used all
7    of the pills that you had been prescribed. Is that
8    correct?
9  A. Yes.
10 Q. Okay.
11 A. I would take them if I needed them. But if I could
12   use over-the-counter instead, I took that instead.
13 Q. Okay. Do you have any estimation as to how often you
14   would take the pain meds versus the over-the-counter
15   meds?
16 A. It depended on time.
17 Q. Okay.
18 A. So within, I'd say, a month I was taking maybe one
19   prescription pain pill a day or every other day and
20   using Tylenol as needed.
21 Q. Okay. And when you were using the Tylenol, do you
22   recall how many Tylenol pills you were taking at a
23   time?
24 A. At one time would be no more than two.
25 Q. Okay. Did you get the Tylenol from Walmart or

Page 11

1    someplace like that? Do you recall where you got it?
2  A. At a Walmart or someplace like that.
3  Q. Okay. And the reason I'm asking you is, have you
4    kept any records on how much money that you think
5    that you've spent on nonprescription drugs as a
6    result of the shooting?
7  A. Some.
8  Q. Okay. Do you have any estimation?
9  A. No. I would have to refer to my lawyer.
10 Q. That's okay. Do you still take Tylenol for pain
11   related to the shooting?
12 A. Yes. On occasion.
13 Q. Okay. And when you say "on occasion," you know, I'm
14   not going to hold you to an exact time or anything
15   like that. But do you have any estimate, for
16   example, as to how often weekly you take Tylenol?
17 A. Once or twice a week.
18 Q. Okay. And would that be two pills once or twice a
19   week?
20 A. Yes. Or one Advil.
21 Q. Okay. And can you explain to us the pain that you're
22   feeling that is causing you to take the pain
23   medication -- or excuse me -- the Tylenol?
24 A. Sometimes it's a dull ache after I've been on my
25   feet. Other times it's a sharp pain when I'm -- even

Page 12

1    when I'm sitting.
2  Q. Okay. And is it in both feet or one?
3  A. The pain is in the left foot.
4  Q. Are you having any type of swelling in your feet at
5    all?
6  A. I don't believe so.
7  Q. Okay.
8            (Discussion off the record.)
9  Q. (By Ms. Ricke) When you have the dull ache, if you
10   had to give us an idea of the amount of pain that
11   you're having, on a scale of one to ten, one being
12   the least, ten being the most, how would you describe
13   it?
14 A. A five or six.
15 Q. And after you take the Tylenol, how long does that
16   continue to be the case?
17 A. For about an hour.
18 Q. And then does the pain go away?
19 A. Yes --
20 Q. Okay.
21 A. -- for the most part.
22 Q. Okay. And then what about the sharp pain, if you had
23   to describe it on a scale of one to ten?
24 A. Seven or eight.
25 Q. And how long does that normally last?

Page 13

1  A. Just a few seconds.
2  Q. Okay. Now, I think I saw somewhere in your medical
3    records that you have some numbness in one of your
4    feet or both of your feet.
5  A. Yes.
6  Q. Okay. Is it one or both?
7  A. The right foot.
8  Q. Okay. So the side that you don't get the pain in,
9    correct?
10 A. Correct.
11 Q. Okay. And describe that numbness for us. That was a
12   poor question. I apologize.
13       Where on your feet are you having the numbness?
14 A. It is the area of the shooting, around the big toe.
15 Q. How big of an area?
16 A. I would say the size of a 2-inch-diameter circle.
17 Q. And is it on the top part of your foot or the bottom
18   part or both?
19 A. It's really on the side and the pad --
20 Q. Okay.
21 A. -- underneath the big toe.
22 Q. Okay. Have you had any -- well, let me back up. Do
23   you attribute that to the shooting?
24 A. I do.
25 Q. Okay. Had you had any numbness in your feet before

Maella Blalock
BLALOCK vs SRKBS HOTEL                                              5/4/2021

Page 14

1    the shooting?
2  A.  I had not.
3  Q.  Okay.  And I saw in your medical records that you are
4      diabetic.  Is that correct?
5  A.  Yes.
6  Q.  Okay.  And would it also be correct that prior to the
7      shooting that you did not have any type of issues
8      with your feet relating -- that were related to the
9      diabetes?
10  A.  Correct.
11  Q.  Okay.  I did see somewhere that you had some -- and I
12      can't remember; I'm going by my memory here -- some
13      numbness or tingling in your -- one of your arms at
14      some point.  Does that sound familiar?
15  A.  No, ma'am.
16  Q.  Okay.  Fair enough.  All right.  Have you had any
17      conversations with any doctors on how long they
18      expect you to continue having pain in your left foot?
19  A.  No.
20  Q.  Okay.  And I guess I should be a little more broad
21      than that.  Have you had any conversations with any
22      health care providers where they told you how long
23      you might continue to have pain in your left foot?
24  A.  No.
25  Q.  Have you had any conversations with any health care

Page 15

1      providers about how long you might continue to have
2      numbness in your foot -- in your right foot?
3  A.  No.
4  Q.  When is the last time that you received any treatment
5      from a health care provider for any injuries that you
6      attribute to the shooting?
7  A.  I see the diabetic doctor regularly.
8  Q.  Okay.  And is the diabetic doctor treating you for
9      anything related to the shooting?
10  A.  They're the one that discovered the numbness.
11  Q.  Okay.  And have they given you medications for that?
12  A.  No.
13  Q.  Have they told you any type of treatment that you
14      might be able to have for it?
15  A.  No.
16  Q.  Has any doctor recommended any future treatment for
17      any injuries related to the shooting?
18  A.  No.
19  Q.  Do you have any plans to go see any doctors for any
20      injuries that you attribute to the shooting?
21  A.  Yes.
22  Q.  You're doing very good at this.  Jeff really gave you
23      some instructions there.
24  A.  YouTube videos.
25  Q.  Who do you plan to see?

Page 16

1  A.  Dr. Bravin.
2  Q.  Is that B-r-a-v-e-n?
3  A.  B-r-a-v-i-n.
4  Q.  Okay.  And who is Dr. Bravin?
5  A.  Orthopedic specialist with Cox.
6  Q.  Okay.  And have you already made an appointment with
7      Dr. Bravin?
8  A.  Yes.
9  Q.  When is that?
10  A.  June 5th, 8th.  Something the first part of June.
11  Q.  Okay.  And were you referred to Dr. Bravin by another
12      health care provider?
13  A.  Dr. Bravin is who I've been seeing locally
14      immediately after the time of the shooting.
15  Q.  Okay.  So was the -- or is the upcoming appointment
16      that you have with Dr. Bravin something that was a
17      routine follow-up, or is it something that's being
18      specially set to discuss what might be done?
19  A.  It's the one-year follow-up.
20  Q.  Okay.  All right.  Apart from the upcoming
21      appointment with Dr. Bravin, do you have any future
22      health care appointments set up for anything that you
23      believe is related to the shooting?
24  A.  No.
25  Q.  All right.  I'm going to go back.  We've gotten a

Page 17

1      little far astray there.  Let me go back, 'cause I
2      think I was asking you before all this started about
3      your address and who has lived with you at that
4      address.  My understanding is that you are divorced.
5      Is that correct?
6  A.  Correct.
7  Q.  Okay.  How long have you been divorced?
8  A.  It would have been 2010, 2011, 2009.  My daughter
9      graduated from high school in 2013.
10  Q.  Okay.
11  A.  And she was in high school.
12      MS. RICKE:  Okay.  Is anybody else having
13      problems with the internet connection being unstable?
14      (Discussion off the record.)
15  Q.  (By Ms. Ricke) Is that the only time that you've been
16      married?
17  A.  No.
18  Q.  Okay.  How many times have you been married?
19  A.  Twice.
20  Q.  Okay.  When was your first marriage?
21  A.  I was 21.
22  Q.  And who were you married to?
23  A.  Richard Eric Chancellor.
24  Q.  And do you have any idea where Mr. Chancellor lives
25      now?

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                5/4/2021

Page 18

1  A.  Falls Church, Virginia.
2  Q.  Okay.  And what does he do for an occupation, if
3      anything?
4  A.  He's retired.
5  Q.  Okay.  And did you have children with Mr. Chancellor?
6  A.  Yes.
7  Q.  Okay.  How many kids?
8  A.  One daughter with Mr. Chancellor.
9  Q.  Okay.  And that daughter's name is what?
10 A.  Amy Michelle Chancellor.
11 Q.  Okay.  And how old is she, approximately?
12 A.  She was born in 1980.
13 Q.  Okay.  And where does Amy live?
14 A.  Alexandria, Virginia.
15 Q.  All right.  And then your second husband was who?
16 A.  Kevin Allen Lohman.
17 Q.  Is that L-o-m-a-n?
18 A.  L-o-h-m-a-n.
19 Q.  Okay.  And so is Blalock your -- what's the word that
20     I'm looking for -- original name, your birth --
21 A.  Blalock is my maiden name.
22 Q.  Maiden name.  That's what I'm looking for.  All
23     right.  So you and Mr. Lohman also had children,
24     correct?
25 A.  Yes.

Page 19

1  Q.  And what are your children's names?
2  A.  Carol Elizabeth Lohman and Heidi Abigale Lohman.
3          (Zoom difficulties.  Discussion off the
4      record.)
5  Q.  (By Ms. Ricke) I'm back.  Did we get how old Heidi
6      is?
7          THE REPORTER:  No.
8  A.  Carol was born in 1989.  Heidi was born in 1995.
9  Q.  (By Ms. Ricke) All right.  And is Carol the daughter
10     that lives in Michigan?
11 A.  Yes.
12 Q.  Okay.  Where does she live in -- at in Michigan?
13 A.  She lives in Muskegon, Michigan.  I would need to
14     look up her address.
15 Q.  That's all right.  I don't need her address.
16     Muskegon's good enough for me.  And then is she
17     married, or is her last name still Lohman?
18 A.  She is not married.  Her last name is Lohman.
19 Q.  And then Heidi's last name is Lohman as well?
20 A.  Yes.
21 Q.  All right.  And where does Heidi live?
22 A.  She lives in Wentworth, Missouri.
23 Q.  And what county is Wentworth in?
24 A.  Either Barry or Lawrence.
25 Q.  Okay.  So around the Springfield area, or no?  Do I

Page 20

1      have my counties wrong?
2  A.  Very close to Pierce City, Missouri.  Not far from
3      Monett, Missouri.
4  Q.  Okay.  And then I think I saw somewhere in your
5      records that you have some grandchildren.
6  A.  Yes.
7  Q.  Okay.  And some are local.  So I'm assuming those are
8      Heidi's children.  Is that correct?
9  A.  Yes.
10 Q.  Okay.  I also think I saw that you actually watch
11     them or baby-sit for them.  Is that right?
12 A.  Yes.
13 Q.  Does Heidi pay you anything for your baby-sitting
14     services?
15 A.  No.
16 Q.  Okay.  At the time of the shooting, how often were
17     you baby-sitting for your grandchildren?
18 A.  She is in preschool.
19 Q.  Okay.
20 A.  After school every day, all day on Friday when there
21     is no school, and on Saturday when my daughter had to
22     work.
23 Q.  Okay.  And that -- is that still the schedule?
24 A.  No.  Because Heidi is on maternity leave.
25 Q.  Okay.  Was there a period of time after the shooting

Page 21

1      that you were unable to care for your grandchild?
2  A.  Yes.
3  Q.  Okay.  How long of a period of time?
4  A.  Approximately a month.
5  Q.  And who watched your grandchild at that point?
6  A.  Friends of Heidi.  And Heidi took off work.
7  Q.  Okay.  Did you have to pay any type of money for her
8      child care during that time?
9  A.  No.  I don't believe so.
10 Q.  All right.  And can you describe for us why you were
11     unable to care for her during that month?
12 A.  She's an active at that time four-year-old.  And I
13     could only -- I really couldn't walk.
14 Q.  Okay.  And that was one of the questions I was going
15     to ask you.  Were you using a wheelchair during that
16     time?
17 A.  I used crutches, and I used a walker.  And then I
18     tried to walk on my heels.
19 Q.  Okay.  For how long of a period of time did you use
20     the crutches?
21 A.  And I also used a cane.
22 Q.  Oh, okay.
23 A.  Sorry.
24 Q.  No.  That's fine.  Maybe I should ask you this first.
25     Are you still using crutches, a walker, a cane, or

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                                         5/4/2021

Page 22

1      walking on your heels?
2   A. No.
3   Q. Okay. How long of a period of time did you use the
4      crutches?
5   A. About a week.
6   Q. Okay. And then how long did you use the walker?
7   A. Three weeks.
8   Q. And how long did you use the cane?
9   A. Off and on, for another month.
10  Q. Okay. And then how often did you use your -- I'm
11     going to call it your heel walking technique.
12  A. That -- that was probably for the two months.
13  Q. Okay. And I'm assuming you were doing that so you
14     wouldn't put pressure on where the bullet holes had
15     been in your foot. Is that correct?
16  A. Correct.
17  Q. Okay. All right. Are you having any type of
18     problems with balance at all since the shooting?
19  A. No.
20  Q. Do you walk with a limp?
21  A. No.
22  Q. I saw some pictures of scarring. You do have
23     scarring; is that correct?
24  A. Yes.
25  Q. Where is that scarring located?

Page 23

1   A. On the top and the bottom of the left foot.
2   Q. And can you describe that scarring for us? Oh, I'm
3      sorry.
4   A. And on the side and bottom of the right foot.
5   Q. Okay. With respect to the left foot, can you
6      describe the scarring in terms of, like, how big it
7      is, how bad it is?
8   A. I would say the scar is an inch long. And on the
9      bottom there's quite a -- kind of a pad of tissue.
10  Q. Okay.
11  A. It's raised quite a bit.
12  Q. Okay. And does that cause you any difficulty?
13  A. Yes.
14  Q. What type of difficulty does it cause?
15  A. I wear inserts in my shoes and wear soft, soft-pad
16     shoes.
17  Q. Okay. And then let's go -- I'll go back to that in
18     just a second. But are you able to describe for us
19     the scarring on the other side, then?
20  A. Again, there's maybe an inch scar on the side of the
21     foot, maybe 3/4 of an inch. And there's a pad on the
22     bottom. So -- of skin, knot of skin.
23  Q. Okay. So are you using inserts for both feet?
24  A. Yes.
25  Q. Are you doing any type of massaging or

Page 24

1      physical therapy or occupational therapy to try and
2      address the knots that you're experiencing?
3   A. No.
4   Q. Okay. Have you ever been to physical therapy or
5      occupational therapy for any injuries that you
6      believe are related to the shooting?
7   A. No.
8   Q. Okay. Are they prescription inserts? I honestly
9      don't know if there's such a thing. But did a doctor
10     prescribe them?
11  A. No.
12  Q. Okay. Where did you get those at?
13  A. Walmart.
14  Q. Okay. Are they, like, Dr. Scholl's inserts or
15     something like that?
16  A. Yes.
17  Q. Okay. And then you said that you're wearing soft
18     padded shoes.
19  A. Yes.
20  Q. How has the type of shoes or how have the type of
21     shoes that you wear changed since the shooting?
22  A. I cannot wear any type of heel.
23  Q. Okay.
24  A. It puts pressure on the ball of my feet.
25  Q. Okay. How often prior to the shooting per week would

Page 25

1      would you wear heels?
2   A. Once a week, to church.
3   Q. Okay. And where is this that you go to church?
4   A. First United Methodist, in Monett.
5   Q. Okay. All right. We're going back to where we
6      started again here. I apologize. Did you grow up in
7      Monett, or where did you grow up at?
8   A. I was born in Springfield, Missouri.
9   Q. Okay. Where did you attend high school?
10  A. I attended Greenwood from kindergarten through tenth
11     grade and then transferred to Parkview High School
12     for the last two years.
13  Q. And did you graduate high school?
14  A. Yes.
15  Q. Okay. Did you go to college at all?
16  A. Yes.
17  Q. Where did you go to college?
18  A. I attended at the time Southwest Missouri State
19     University, now Missouri State University --
20  Q. Okay.
21  A. -- and Evangel College simultaneously.
22  Q. And did you graduate from both?
23  A. Graduated from Evangel College.
24  Q. And when approximately would that have been?
25  A. December of 1975.

Maella Blalock

BLALOCK vs SRKBS HOTEL                                                    5/4/2021

Page 26

1  Q.  Okay.  And what was your degree in?
2  A.  B.M.Ed., bachelor of music education.
3  Q.  Okay.  And then I know that you're retired.  When did
4      you retire?
5  A.  I retired from my final career in June of 2016.
6  Q.  Okay.  Let me go back real quick.  After -- have you
7      had any type of college courses or education since
8      you graduated from Evangel?
9  A.  Yes.
10 Q.  All right, then.  Tell us about that.
11 A.  I have two advanced degrees.
12 Q.  Okay.  And what is --
13 A.  A master of arts from the University of -- that would
14     be University of Indiana at Bloomington and a master
15     of science in business from University of La Verne,
16     California.
17 Q.  Okay.  And I don't need exacts by any way, shape, or
18     form.  But do you have any idea when you got the
19     master of arts degree?
20 A.  Carol -- '90 or '91.
21 Q.  Okay.  And was that in music?
22 A.  No.  International relations --
23 Q.  Okay.
24 A.  -- western European studies.
25 Q.  And why did you get that degree?

Page 27

1  A.  I was serving in the Army.  And I was selected for an
2      advanced degree program.
3  Q.  Okay.  And then when did you get the M.S. in
4      business?
5  A.  That would have been in '89.
6  Q.  All right.  And why did you get that particular
7      degree?
8  A.  I was serving as a finance officer in the military.
9      And they wanted me to have more business education
10     since I had a music degree.
11 Q.  Okay.  And so was that part of the Green to Gold
12     program?
13 A.  No.
14 Q.  Okay.  You were active-duty military for what years?
15 A.  I was active duty for 20 years after serving in the
16     Reserves for six years.
17 Q.  All right.  And where were you stationed at for the
18     Reserves?
19 A.  Started in Springfield, where I enlisted.  And then
20     served in Frankfurt, Germany; ended Munich, Germany.
21 Q.  And where was your post for active duty?
22 A.  Mons, Belgium, SHAPE Headquarters; Indianapolis, Fort
23     Ben Harrison; Fort Wainwright, Fairbanks, Alaska;
24     Berlin; Munich -- no, wait.  Munich was Reserve time.
25     Berlin; Heidelberg, Germany; Velnias, Lithuania;

Page 28

1      Fort Hood, Texas.  And I think that's about all.
2  Q.  All right.  And what was your rank in the Army?
3  A.  I retired as a lieutenant colonel.
4  Q.  Okay.  What did you start off as?
5  A.  A private first class.
6  Q.  And I'm assuming you received an honorable discharge.
7  A.  Yes, ma'am.
8  Q.  What year approximately would that have been?
9  A.  2003.
10 Q.  Okay.  And then you talked a little bit about your
11     final career.  Did you move on to your final career
12     after that point?
13 A.  Yes.
14 Q.  Okay.
15 A.  With one -- I think one job in between.
16 Q.  Okay.  What was that job?
17 A.  I worked full-time for the Girl Scouts --
18 Q.  Okay.
19 A.  -- in Michigan.
20 Q.  And what did you do for them?
21 A.  I was an M and M, marketing and membership
22     chairman --
23 Q.  Okay.
24 A.  -- personality.
25 Q.  All right.  And then why did you leave that position?

Page 29

1  A.  They downsized and combined districts.  And I was the
2      most recent hire and let go.
3  Q.  Okay.  And then you went to where?
4  A.  To Monett, to teach Junior ROTC.
5  Q.  Okay.  And then did that remain your job until you
6      ultimately retired?
7  A.  Yes.  But at a different location.
8  Q.  All right.  So nonetheless, you worked full-time
9      teaching ROTC from the time you left the job in
10     Michigan until you retired.  Would that be correct?
11 A.  That is correct.
12 Q.  All right.  And why did you decide to retire?
13 A.  I had just been a grandmother.  My daughter had had
14     the baby in December.  I was at the point where it
15     was financially -- didn't make any difference if I
16     kept teaching or not for my pensions.
17 Q.  Uh-huh.
18 A.  And the stress of the job I felt was affecting my
19     diabetes.
20 Q.  What was stressful about the job?
21 A.  Junior ROTC is -- has many hours associated with it.
22     We are teachers.  We are year-round coaches.  We run
23     summer camps.  We -- there's a lot to it.
24 Q.  Okay.  All right.  Have you ever lived in Wichita,
25     Kansas?

Maella Blalock

BLALOCK vs SRKBS HOTEL                                                    5/4/2021

Page 30

1    A.   No.
2    Q.   Okay.  Do you have any relatives that live in
3         Sedgwick, County, Kansas, to your knowledge?
4    A.   No.
5    Q.   Why was it that you were in Wichita, Kansas, on the
6         day of the shooting?
7    A.   My brother was turning 70, and I wanted to see him.
8         So I was -- I drove out to Denver, had a visit, and
9         was on my way back home.
10   Q.   Okay.  And did anyone go with you?
11   A.   No.
12   Q.   All right.  And so I'm assuming -- correct me if I'm
13        wrong here -- that on the way back from Denver then
14        you stopped in Wichita to spend the night.  Is that
15        correct?
16   A.   Yes.
17   Q.   Okay.  How did you decide to stay at Motel 6?
18   A.   I used an online program to make a reservation.
19   Q.   Was that, like, Expedia or Travelocity or something
20        like that?
21   A.   Yes.
22   Q.   Okay.  Had you ever stayed in Wichita before?
23   A.   Not that I remember.
24   Q.   Okay.  Did you have any knowledge about the area
25        where the Motel 6 was located?

Page 31

1    A.   No.
2    Q.   Was there anything in particular about the
3         description of the hotel that was on the website that
4         you looked at that led you to use that particular
5         hotel?
6    A.   Not that I recall.
7    Q.   All right.  Do you recall what time that you arrived
8         at the hotel?
9    A.   Around dinnertime.
10   Q.   Okay.  Was there any activity going on in the parking
11        lot that you thought seemed abnormal when you arrived
12        there?
13   A.   No.
14   Q.   Okay.  Did the Motel 6 appear to be well-kept?
15   A.   I would say average.
16   Q.   Okay.  Anything that as you drove up to it that
17        caused you any type of concern about staying there?
18   A.   No.  I felt the area looked nice.
19   Q.   Okay.  So you got there at around six.  And what did
20        you do after that point -- or excuse me -- around
21        dinnertime?
22   A.   I went to my room, set up or unpacked.  Went back to
23        my car.  Drove to a fast food place just a few doors
24        down.  Ate in my car because of COVID.  Went back to
25        the hotel and worked on my tablet, my laptop.

Page 32

1    Q.   Okay.  What time approximately did you go back to the
2         hotel?
3    A.   6:30, 7:00.
4    Q.   Was it still light out?
5    A.   Yes.
6    Q.   And when you went back to the hotel, did you notice
7         any type of unusual activity at all?
8    A.   No.
9    Q.   When you checked in at the hotel, do you recall the
10        name of the person who would have checked you in?
11   A.   No.
12   Q.   I wouldn't expect you to.  I was just curious as to
13        whether or not you did.  Was it a man or a woman?
14   A.   I honestly don't recall.
15   Q.   Okay.  Did you ask them any questions about the area
16        or the hotel?
17   A.   No.
18   Q.   Okay.  Did they give you or tell you anything about
19        safety or give you any type of materials that
20        discussed safety?
21   A.   No.
22   Q.   Okay.  When you went back into the hotel after you
23        ate, did you notice any people in the lobby?
24   A.   I did not go through the lobby.
25   Q.   Okay.

Page 33

1    A.   I went through the side entrance, straight to my
2         room.
3    Q.   Okay.  Fair enough.  When you were -- so then when
4         you went through the side entrance, was your room on
5         the bottom floor of the hotel, or where was it at?
6    A.   Yes.  On the bottom floor.
7    Q.   Okay.  And so how far would you have had to walk down
8         the hallway to get to your room, do you think?
9    A.   Ten feet.
10   Q.   Run into anybody in the hallway at all?
11   A.   Not that I remember.
12   Q.   Okay.  All right.  So you went back to the hotel.
13        You worked on your computer for a while.  What
14        happened after that?
15   A.   I went to bed.
16   Q.   Do you recall approximately what time?
17   A.   Nine-ish.
18   Q.   That's okay.  I don't expect you to remember
19        particulars, believe me.  What's the next thing you
20        recall happening?
21   A.   I heard loud noises as in bullets and yelling.
22   Q.   Could you tell where the loud noises and the bullets
23        were coming from?
24   A.   It sounded like they were right outside my room.
25   Q.   And when you say "right outside" your room, do you

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                    5/4/2021

Page 34

1   mean in the hallway or outside?
2   A.   Outside in the parking lot.
3   Q.   Okay.  And were they male voices or female voices?
4   A.   I think the first voice I heard was female.  But it
5        seemed to happen simultaneously.  So there was
6        yelling and bullets.
7   Q.   Okay.  And in the Army had you had weapons training?
8   A.   Yes.
9   Q.   Okay.  And that's why you were familiar with bullets?
10  A.   Yes.
11  Q.   Okay.  One thing I didn't ask you before is whether
12       or not you -- when you were in the Army, were you in
13       any combat situations at all?
14  A.   No.
15  Q.   Okay.  What type of weapons training had you had?
16  A.   M-16 qualification, M-45 qualification.  Have fired
17       .36, have seen Russian military weapons.
18  Q.   All right.  So you thought the first voice you heard
19       was female.  Does that mean that you heard a voice at
20       some point that was male as well?
21  A.   I believe so.
22  Q.   Were you able to tell how many people were yelling?
23  A.   No.
24  Q.   And I apologize.  I probably asked you this.  But I
25       don't remember if I did.  Do you recall what they

Page 35

1        were saying?
2   A.   No.
3   Q.   All right.  And then you said almost simultaneously
4        you started hearing the bullets; is that correct?
5   A.   Correct.
6   Q.   And where were you when you first heard that?
7   A.   Asleep in my bed.
8   Q.   Okay.  What did you do at that point?
9   A.   I knew to take cover.  So I tried to get out of the
10       bed.  But I was facing the wall and the window
11       outside that led to where the noise was.  So I kicked
12       the covers off and got on the floor on the other side
13       of the bed, next to the nightstand.
14  Q.   Okay.  And let me go back.  Prior to the disturbance
15       that you heard in the parking lot, you said you had
16       been asleep, correct?
17  A.   Correct.
18  Q.   Had you been woken up before that for any reason?
19  A.   No.
20  Q.   Okay.  All right.  So then what happened after you
21       took cover on the floor next to the nightstand?
22  A.   I was thinking and praying, thought I was counting
23       rounds.  Just a habit.  And then the shooting
24       stopped.
25  Q.   How many rounds do you think you counted?  Any idea?

Page 36

1   A.   I thought I only heard six or seven.
2   Q.   And could you tell what type of weapon it was coming
3        from?
4   A.   No.
5   Q.   Okay.  When was it that you realized that you had
6        been struck by a bullet or bullets?
7   A.   When the yelling started and I woke up, I felt the
8        pain in my foot.  But I totally didn't think about
9        anything other than taking cover, getting out of that
10       bed.
11  Q.   Which foot did you feel the pain in?
12  A.   I couldn't tell you.
13  Q.   So do you think that you were shot when you were in
14       bed still?
15  A.   Yes.
16  Q.   Okay.  And I apologize.  Were you, to your knowledge,
17       shot by more than one bullet?
18  A.   To my knowledge, it was one bullet that passed
19       through both feet.
20  Q.   Okay.  All right.  And so then once you are on the
21       ground, how long do you think it was before the
22       shooting stopped?
23  A.   Of course, it seems long.  But I would say one
24       minute.
25  Q.   Okay.  And did you hear anything else during that

Page 37

1        time, any people yelling, anything other than
2        gunshots?
3   A.   More yelling.
4   Q.   And could you tell how many people were yelling?
5   A.   No.
6   Q.   Could you tell whether or not it was a man or a
7        woman?
8   A.   If I remember right, it was a male voice.  But I am
9        not a hundred percent certain.
10  Q.   Okay.  And with respect to any of the voices that you
11       heard, were you able to pick up any type of accent,
12       anything like that?
13  A.   Not particularly.
14  Q.   Okay.  Were they speaking in English?
15  A.   I believe so.
16  Q.   Okay.  All right.  So back to you're on the ground.
17       What happens at that point?
18  A.   The shooting had stopped.  And then I was realizing
19       that there was a pain in my foot.  So I looked down.
20       And there was blood all over the carpet.  So I
21       thought, Oh, I've been shot.
22  Q.   Okay.  And what did you do then?
23  A.   I crawled over to the sink and got a hand towel and
24       tried to wrap it around.  Crawled back to my
25       nightstand and got my phone and tried to remember how

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                                    5/4/2021

Page 38

1   to call 911.
2   Q.   Okay.  And were you able to successfully do that?
3   A.   After a minute or two of trying.
4   Q.   Do you know if at any point you lost consciousness?
5   A.   I do not believe I did.
6   Q.   Okay.  Do you recall being in pain when you were
7        still in the room?
8   A.   Yes.
9   Q.   And the reason I ask you is, sometimes people say
10       they're in shock and they don't remember it.  You
11       remember being in pain?
12  A.   I was in shock.  But I was in pain.
13  Q.   Okay.  And can you describe what the pain was like?
14  A.   It felt like a hot poker had been jabbed through my
15       foot.
16  Q.   Through which foot?
17  A.   Well, really through both feet.
18  Q.   Okay.  All right.  And so were you able to actually
19       wrap your foot or both feet with towels?
20  A.   No.
21  Q.   Okay.  Do you recall what you told 911?
22  A.   I remember telling them I'd been shot.  And I
23       couldn't remember my room number.  I couldn't
24       remember what hotel.  But they were receiving other
25       calls reporting the shooting.  So they just kept

Page 39

1   telling me Stay on the line.
2   Q.   Okay.  How long do you think it was before someone
3        came to assist you?
4   A.   It seemed like a long time.
5   Q.   Who was the first person -- oh, I'm sorry.
6   A.   Ten or 15, maybe 20 minutes.
7   Q.   Okay.  And who was it that came to help you?
8   A.   I couldn't remember my room number.  So the 911
9        operator said, They are on site.  Are they there?
10       And I kept saying No.  So I crawled over to the door
11       to open my door.  And the fire -- I'm sure it's fire
12       -- was out in the hallway.
13  Q.   Okay.
14  A.   So they came into my room.
15  Q.   Well, we'll just go through this, I guess,
16       chronologically.  What happened then after that
17       point?
18  A.   They -- they took care of the injury.  The police
19       came and located a round in my bed.  Police were
20       coming in and out of the room.  Sorry.  I'm trying to
21       plug my --
22  Q.   That's okay.
23  A.   And the firemen were just there, bandaging it and
24       preparing me to transport to the hospital.
25  Q.   Okay.  During the time that you were in the room

Page 40

1   while the police and EMS were there, did anyone that
2   was on the hotel staff come into the room at all?
3   A.   No.
4   Q.   Okay.  After you had been shot, did you at any point
5        call the front desk or call out for help from any of
6        the staff?
7   A.   No.
8   Q.   Okay.
9   A.   I stayed on the line with 911.
10  Q.   Okay.  Did anyone apart from the police or EMS come
11       into your room between the time of the shooting and
12       the time that you left for the hospital?
13  A.   No.
14  Q.   Have you ever spoken with anyone at the hotel about
15       the incident?
16  A.   Only when I returned from the hospital in order to
17       pack up my things and leave.
18  Q.   Okay.  Let's do this real quick before we get into
19       that.  At some point you were transferred to the
20       hospital by EMS, correct?
21  A.   Yes.
22  Q.   How did they get you out to the ambulance?  Did you
23       walk, did they carry you, or how did that work?
24  A.   Gurney.
25  Q.   Okay.  And how did you get from the floor on to the

Page 41

1   gurney?
2   A.   I crawled as best I could.  And they assisted me up
3        on to the gurney.
4   Q.   Okay.
5   A.   It was right there in the room.
6   Q.   All right.  So then what hospital did you go to?  If
7        you don't remember, don't worry about it.
8   A.   It's in the records.  But I don't remember.
9   Q.   Okay.  You said at some point you returned from the
10       hospital.  How soon after the shooting did you return
11       to the hotel from the hospital?
12  A.   I want to say it was eight, nine o'clock in the
13       morning.
14  Q.   Okay.  And what approximate time did the shooting
15       happen?
16  A.   Three a.m.
17  Q.   Okay.  So about five hours later you went back to the
18       hotel?
19  A.   Yes.
20  Q.   Okay.  And what type of treatment did they give you
21       at the hospital?
22  A.   They gave me something for the pain.  And then they
23       -- as I understand it, they cleaned -- cleaned the wound
24       and bandaged it.
25  Q.   Okay.  And then how did you get from the hospital

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                5/4/2021

Page 42

1   back to the hotel?
2  A.  The hospital called --
3  Q.  I'm not going to believe -- I'm teasing you.
4  A.  The hospital called a taxi.
5  Q.  Okay.  All right.  And so then you said that when you
6      got back there, you went to pack up your things and
7      leave, correct?
8  A.  Correct.
9  Q.  Okay.  And you said you recall having a conversation
10     with somebody that was an employee at that point?
11 A.  They let me out at the front doors.  And I tried to
12     heel walk in, but really almost fell.  And so an
13     employee got me one of the rolling chairs, and they
14     rolled me back to my room.  And one of the maids
15     helped me pack my things.  And they rolled me out to
16     my car.
17 Q.  Okay.  And did anybody say anything to you during
18     this time?
19 A.  I think they said, We're so sorry this happened to
20     you.
21 Q.  Anything else?
22 A.  That's really all I remember.  There were other
23     guests of the hotel out inspecting cars.  And there
24     was the usual chitchat of Holy cow, your car got hit,
25     your room got hit.  But I really wanted to get out of

Page 43

1      there.  And so I really didn't pay much attention to
2      it.  I just said, Yes, I got shot and left.
3  Q.  Who did you tell that to?
4  A.  I think the -- again, the people at the office -- or
5      at the desk, as I walked in.  I said -- I know I
6      said, I'm the lady that got shot.
7  Q.  Do you recall if that person was a man or a woman?
8  A.  I think it was a man.  But I think there were women
9      there too.
10 Q.  Uh-huh.  And when you said, I'm the one that got
11     shot, what did they say?
12 A.  I think that's when they said, Oh, I'm so sorry.
13 Q.  Okay.  Did any of your property get damaged during
14     the shooting?
15 A.  Yes.  My car.
16 Q.  Okay.  What happened to your car?
17 A.  The rear window was shattered.  There were -- one of
18     the bullets passed through and out the frame next to
19     the -- my granddaughter's car seat on the door.  And
20     then there was a ricochet off the other side.
21 Q.  Okay.
22 A.  Where there -- near the license plate there was a
23     ricochet.
24 Q.  And so did you get that damage repaired?
25 A.  Yes.

Page 44

1  Q.  Okay.  And who paid for the repairs?
2  A.  I had to pay the deductible.  And my insurance
3      company, USAA, paid for their share.
4  Q.  Okay.  And how much was your deductible?
5  A.  I believe it was 500.
6  Q.  Okay.  Any other property damage that you had?
7  A.  No.
8  Q.  Okay.  Did you drive back to Monett then that day?
9  A.  Yes.
10 Q.  Okay.  Did you talk to any of your family members
11     that day as to what had happened?
12 A.  Yes.  From the hospital.
13 Q.  Okay.  Who did you talk to from the hospital?
14 A.  My daughter Heidi.
15 Q.  What about your brother?  Did you talk to him at all
16     about the shooting?
17 A.  I can't remember when I told him.
18 Q.  Okay.
19 A.  But I don't think it was until after I got home.
20 Q.  Okay.  And were you on pain medications on the drive
21     home?
22 A.  A nurse was very concerned about driving and told me
23     not to take the medication they had prescribed for me
24     at the hospital, to simply use Extra Strength
25     Tylenol.

Page 45

1  Q.  Is that what you did, then?
2  A.  Yes.
3  Q.  Okay.  How long was the trip back to Monett, then?
4  A.  An hour, hour and a half.
5  Q.  All right.  And then what medical treatment did you
6      receive after that point for your injuries?
7  A.  Monday a friend drove me to see Dr. Bravin, the
8      orthopedic specialist in Springfield.
9  Q.  And who was that friend?
10 A.  Rod Anderson.
11 Q.  And where does Mr. Anderson live?
12 A.  Monett, Missouri.
13         MS. RICKE:  If you need to take a break, we can
14     take a break, if you need to get something.
15         THE WITNESS:  It's all right.
16 Q.  (By Ms. Ricke) Okay.  All right.  And then what
17     treatment did Dr. Bravin give you?
18 A.  Took x-rays and gave me a special medicated bandage,
19     told me how to wrap it correctly --
20 Q.  And then -- I'm sorry.
21 A.  -- and then made follow-up appointments.
22 Q.  Okay.  Do you have any idea of how many follow-up
23     appointments you have had with him altogether?
24 A.  And it's a she.
25 Q.  Oh, she.  Sorry.

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                                5/4/2021

Page 46

1  A.  I think I was seen two more times in Springfield and
2      then once at the orthopedic center in Monett.
3  Q.  And what did she do during the follow-up visits?
4  A.  Took x-rays and continued to see how the opening was
5      closing and if the bones were growing.
6  Q.  Okay.  And did the opening close?
7  A.  Eventually.
8  Q.  How long did that take?
9  A.  Approximately two months.
10 Q.  Okay.  And then I'm assuming you did some at-home
11     treatment while it was still closing.
12 A.  We changed the bandage daily.
13 Q.  Okay.  For how long of a period of time?
14 A.  As long as it was open.
15 Q.  Okay.  And when you say "we," who is we?
16 A.  In the beginning, Heidi came and changed the bandage
17     because I couldn't see the ones on the bottom of my
18     feet.
19 Q.  Okay.
20 A.  Then I was able to do it myself.
21 Q.  How long of a period of time did Heidi come to change
22     it?
23 A.  A week or two.
24 Q.  And did she come once a day?
25 A.  Yes.

Page 47

1  Q.  Did you have to have home health help you out or
2      anybody come in and help you out with anything other
3      than Heidi?
4  A.  No.
5  Q.  Were you able to cook and clean during that time?
6  A.  Limited, but yes.
7  Q.  When you say "limited," what type of activities did
8      you do?
9  A.  I'm -- I want to understand the question.  What type
10     of activities did I do during that time?
11 Q.  Yes.  What type of household activities did you do
12     during that time?  You said you were able to do
13     limited things.
14 A.  I could go to the refrigerator and get something out
15     to eat.  I could go to the bathroom.  But the rest of
16     the time I was lying in bed or seated in a chair.
17 Q.  What about getting yourself dressed?  Were you able
18     to dress yourself during that time?
19 A.  Yes.
20 Q.  And were you able to take a shower or a bath during
21     that time?
22 A.  No bathing.  Shower in -- sitting in a kitchen chair
23     so that I could keep my feet dry.
24 Q.  Okay.  And you did that yourself as opposed to anyone
25     helping you with it?

Page 48

1  A.  Yes.
2  Q.  Okay.  What about laundry?  Did you do your laundry?
3  A.  Yes.
4  Q.  What about any type of outside chores?  Did you do
5      any outside chores in, let's say, the months
6      following the shooting?
7  A.  No.
8  Q.  Do you do any outside chores now?
9  A.  Yes.
10 Q.  What type of chores do you do?
11 A.  I mow.  I garden.
12 Q.  How soon after the shooting were you able to mow
13     again?
14 A.  Probably a month.
15 Q.  Okay.  And did you have to hire anyone to do your
16     mowing in the meantime?
17 A.  No.
18 Q.  How soon after your -- after the shooting were you
19     able to garden again?
20 A.  I would say a month.
21 Q.  This is -- I think I know the answer to this
22     question.  I'm just going to throw it out there.  Had
23     you ever been shot before?
24 A.  No.
25 Q.  Okay.  I just wanted to make sure.  Have you ever

Page 49

1      been diagnosed with anxiety or depression?
2  A.  Yes.
3  Q.  Who diagnosed -- well, which one?
4  A.  Depression.
5  Q.  Who diagnosed you with depression?
6  A.  A counselor when I was in graduate school.
7  Q.  Where would that have been, in Indiana?
8  A.  Yes.
9  Q.  Okay.  And were you on any medications for
10     depression?
11 A.  No.
12 Q.  Okay.  Do you remember the name of the counselor?
13 A.  No.
14 Q.  Okay.  How long did you receive counseling for
15     depression?
16 A.  Four months.
17 Q.  Okay.  And have you ever received any counseling
18     since that time?
19 A.  Yes.
20 Q.  Where?
21 A.  In Carthage, Missouri --
22 Q.  Okay.
23 A.  -- or Webb City.  I think it's Webb City, Missouri.
24 Q.  Okay.  Do you remember the name of the counselor?
25 A.  It was through, I believe, Mount Zion Counseling.

Maella Blalock
BLALOCK vs SRKBS HOTEL                                          5/4/2021

Page 50

1  Q.  And what was the -- I'm sorry.
2  A.  I was going to say my pastor recommended them.
3  Q.  What was the reason for the counseling, just
4      generally?
5  A.  My daughter that was living with me was creating
6      problems for me.
7  Q.  How many times did you see the counselor, to your
8      estimation?
9  A.  Five or six.
10 Q.  Have you received counseling any other time?
11 A.  No.
12 Q.  Okay.  Has anyone told you that they think you need
13     counseling as a result of the shooting?
14 A.  No.
15 Q.  Do you think you do?
16 A.  I do have some PTSD.  But I'm -- I try to handle it.
17 Q.  Do you have any plans to see a counselor in the
18     future?
19 A.  No exact plans.
20 Q.  Okay.  Can you describe -- when you say you have
21     PTSD, can you describe what type of symptoms you're
22     having?
23 A.  Originally I woke up at 3 a.m. every morning.  The
24     shooting was on June 20th.  And July the 4th was
25     extremely traumatic.  I had to go home and turn my

Page 51

1      television volume on full blast.  Getting out of my
2      car, I hid in my garage and could barely make it in
3      the house.  That was the first day.
4  Q.  And that would have been in 2021?
5  A.  No.  This is 2021.  It would have been 2020.
6  Q.  2020.  Okay.
7  A.  So July of 2020.
8  Q.  Oh, okay.  Got you.
9  A.  Right after the shooting.
10 Q.  Okay.
11 A.  Recently there was some gunfire that I heard near my
12     house.  And the second -- the second blast, I called
13     911 and was relieved that my neighbor had also called
14     911.
15 Q.  Okay.
16 A.  So I --
17 Q.  Go ahead.
18 A.  I think 4th of July or any loud occurrence like that
19     will let me know if I need counseling.
20 Q.  Okay.  So in other words, if you continue to react to
21     fireworks on the 4th of July, you may go get
22     counseling?
23 A.  Yes.
24 Q.  Okay.  When is the last time that you fired a gun?
25 A.  I taught marksmanship as part of the Junior ROTC

Page 52

1      program.  We fired air rifles only.  I have fired a
2      BB gun at a squirrel in my back yard.  But the last
3      time I fired a weapon would have been a pistol at the
4      Bass Pro firing range 2010, 2012, 2013, something
5      like that.
6  Q.  Okay.  You said on the 4th of July you had to go
7      home.  Where had you been?
8  A.  Was working a booth at our local Freedom Festival.
9  Q.  Okay.  And with respect to what you indicated are
10     PTSD symptoms, who apart from yourself has witnessed
11     those?
12 A.  My daughter is aware of them.  Both daughters,
13     actually.  Witnessing them, I really couldn't say.
14 Q.  What about any type of friends?  Have you told any
15     friends that you have issues relating to fireworks or
16     gunshots?
17 A.  Yes.  My friends know I had a rough time on last 4th
18     of July.
19 Q.  What are your friends' names?
20 A.  Darla Bennett would be probably my closest friend.
21     Not Lucinda.  Amy -- I need to think of her last
22     name.  She's my daughter's preschool teacher.
23 Q.  Your granddaughter's preschool teacher or --
24 A.  Yes.  Sorry.  My granddaughter.
25 Q.  No.  That's okay.  That's all right.  Anyone else

Page 53

1      that you can think of?
2  A.  Well, Karen Dyson, although she -- we don't talk very
3      regularly.  She is someone I would tell --
4  Q.  All right.
5  A.  -- and have told.
6  Q.  And where does Darla live?
7  A.  Darla lives in Monett.
8  Q.  Okay.  And where does Karen Dyson live?
9  A.  Florida.
10 Q.  Do you have any idea what town?
11 A.  Can I look at my phone?
12 Q.  Don't worry about it.  If we feel like we need to,
13     you know, talk to her or reach out to her, I'll talk
14     to your attorney and get that information later.
15 A.  She has a home in upstate New York and a condo in
16     Florida.  So ...
17 Q.  Okay.  And then do you know where your granddaughter
18     goes to preschool at?
19 A.  Yes.
20 Q.  What is the name of the preschool?
21 A.  Berean Christian Academy.
22 Q.  And where is that located?
23 A.  Monett.
24 Q.  Okay.  All right.  I forgot to ask you.  During the
25     time that the police officers were at the hotel after

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                                              5/4/2021

Page 54

1  you had been shot, did you overhear any of them
2  discussing any type of criticisms about the hotel at
3  all?
4  A.  No.
5  Q.  Okay.  Since the shooting, apart from your attorney
6      -- I don't want to know what you may have discussed
7      with your attorney -- has anyone criticized the
8      hotel?
9  A.  No.
10 Q.  Do you have any criticisms of the hotel?
11 A.  Yes.
12 Q.  What are they?
13 A.  I feel that they could have possibly prevented this
14     from getting as far out of hand as it did.
15 Q.  And what do you think that they could have possibly
16     done?
17 A.  Called the police.
18 Q.  Anything else?
19 A.  No.
20 Q.  Okay.  Do you -- I'm sorry.  I'm skipping subjects
21     here.  But do you have any type of exercise program?
22     You froze.  Could you please repeat --
23 Q.  Oh.
24 A.  -- the question?
25 Q.  Yes.  Do you currently have any type of exercise

Page 55

1  program?
2  A.  I exercise regularly.
3  Q.  What do you do for exercise?
4  A.  Now I ride a recumbent bike.  I -- occasionally I try
5      yoga.  I play golf.  This summer I plan to do more
6      swimming.
7  Q.  Are -- oh, I'm sorry.  Go ahead.
8  A.  I love to walk and hike.  So I'm hoping to do more.
9  Q.  Have you been unable to walk and hike since the
10     shooting?
11 A.  Yes.  It's been very limited.
12 Q.  And when you say "very limited," what does the term
13     "very limited" mean to you?
14 A.  I used to walk 2 miles two or three times a week.  I
15     cannot walk 1 mile without pain afterwards.
16 Q.  When is the last time that you walked a mile?
17 A.  A mile?  Probably before the shooting.
18 Q.  Okay.  Are you a member of a gym or some type of
19     fitness center?
20 A.  I belong to the local YMCA.
21 Q.  How long have you been a member?
22 A.  Four or five -- since retiring.
23 Q.  So is that when you take your classes, like yoga and
24     ride the recumbent bike?
25 A.  I used to.  After the shooting I bought a home

Page 56

1  recumbent bike.
2  Q.  Okay.
3  A.  Partly to exercise without stress on my feet and
4      partly for COVID.
5  Q.  How often do you ride your recumbent bike?
6  A.  Once or twice a week.
7  Q.  All right.  And then was there a particular place
8      that you'd play golf at?
9  A.  Yes.
10 Q.  Is it the Monett Country Club?
11 A.  Yes.
12 Q.  I just guessed that.  All right.  Are you a member
13     there?
14 A.  I am on the women's league.
15 Q.  Okay.
16 A.  But not a member of the club.
17 Q.  What is the women's league?
18 A.  Tuesday Morning Ladies.
19 Q.  Okay.  So you have Tuesday morning golfing outings?
20 A.  Yes.
21 Q.  Okay.  Was there a period of time after the shooting
22     that you were unable to do that?
23 A.  Yes.
24 Q.  How long of a period of time?
25 A.  The entire summer season in the beginning, after I

Page 57

1  was able to get out, I rode with them and putted a
2  little.  By the end of the summer I could play nine
3  holes.  But I tried once to play 18, and it hurt too
4  much.
5  Q.  Okay.  And when does the summer season end?
6  A.  September -- September or October.  September, I
7      believe.
8  Q.  So that would have also been during COVID?
9  A.  Yes.
10 Q.  Okay.  And I say during COVID.  I realize we're still
11     in the COVID phase right now.  But that -- it was the
12     summer of 2020?
13 A.  Yes.
14 Q.  Okay.  All right.  And do you have plans this year to
15     be in the summer league?
16 A.  Yes.
17 Q.  All right.  I was looking at your interrogatories.
18     And it said that at some point you had to stop giving
19     piano lessons.  Is that correct?
20 A.  Yes.
21 Q.  How long of a period of time did you have to stop
22     giving piano lessons?
23 A.  Only a couple of weeks.
24 Q.  Okay.  And for how many students?
25 A.  Right now I have five students.

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                5/4/2021

Page 58

1  Q.  During the time that you weren't able to teach them,
2      did you have five students?
3  A.  Maybe four.
4  Q.  Okay.
5  A.  Three or four.
6  Q.  Were they paying students?
7  A.  Yes.
8  Q.  How much money did you miss out on by not giving
9      piano lessons for that couple weeks?
10 A.  I charge each student $12 a lesson.
11 Q.  Okay.  So twelve times four times two.  Would that be
12     fair?
13 A.  Approximately.
14 Q.  All right.  What are your four students' names?
15 A.  Zoe.  Courtney is her last name.  Zoe Courtney,
16     Serenity -- I'm going to have to look at my phone for
17     her last name.  And I'm thinking at that time -- I
18     don't think I still had the boys.  That's the
19     question.  So I may have only -- I had students that
20     quit during COVID.  I had students that I took when
21     their teachers didn't teach as a result of COVID.  So
22     it's been a revolving door.  Those would be the two I
23     know I was teaching during the summer.
24 Q.  Okay.  And then I saw that you are a volunteer at a
25     food pantry.

Page 59

1  A.  Correct.
2  Q.  What food pantry?
3  A.  Monett Food Pantry.  I don't know that it has a
4      formal name.
5  Q.  How often do you volunteer there?
6  A.  Every Monday.
7  Q.  Okay.  How much time did you miss from volunteering
8      at the food pantry that you attribute to the
9      shooting?
10 A.  Approximately a month.
11 Q.  Okay.  Who is the head of that program?
12 A.  You could ask the pastor for their name.  His name is
13     Brian Smith.
14 Q.  Okay.
15 A.  Melissa -- I don't know her last -- Melissa Priest
16     is, I believe, the name of the lady in charge of the
17     food pantry.
18 Q.  Okay.  And I'm assuming that as a volunteer, you are
19     not getting paid anything for your services to them.
20     Is that correct?
21 A.  Correct.
22 Q.  Okay.  How long of a period of time, if at all, were
23     you unable to drive after the shooting?
24 A.  As long as I was on the medication.
25 Q.  Okay.

Page 60

1  A.  So a couple weeks.
2  Q.  And the medication, you mean the pain medication?
3  A.  The prescribed pain medication, yes.
4  Q.  Okay.  When is the last time that you stayed in a
5      hotel or a motel?
6  A.  That was it.
7  Q.  Okay.  Prior to the shooting, how often on a monthly
8      basis would you stay at a hotel or motel?
9  A.  Two, three times a year.
10 Q.  Okay.  And are you attributing not staying at a hotel
11     since the shooting to the shooting or is it COVID, or
12     what's the reason why you haven't stayed in a hotel
13     or a motel since then?
14 A.  It is both the shooting and COVID.
15 Q.  Okay.  Did you have anything to drink in the 12 hours
16     before the shooting?
17 A.  Are you asking about alcohol?
18 Q.  Well, yeah.  Yes.
19 A.  No, I did not.
20 Q.  Okay.  And did you take any type of medications or
21     drugs in the 12 hours prior to the shooting?
22 A.  Only my prescribed medications, my regular prescribed
23     medications.
24 Q.  Okay.  And without getting into what those
25     prescriptions are, were they medications that would

Page 61

1      in any way affect your ability to remember events of
2      that night?
3  A.  No.
4  Q.  Okay.  There are some pictures that were produced of
5      your foot that were taken in the hospital.  Who took
6      those pictures, if you know?
7  A.  I believe it was a nurse, using my cell phone.
8  Q.  Did you ask her to take the pictures?
9  A.  Yes.
10 Q.  What reason?  For what reason?  Excuse me.
11 A.  To send to my daughter.
12 Q.  Okay.  Any other reason?
13 A.  I couldn't see the bottom of my foot.  So I wondered
14     what it looked like.
15 Q.  All right.  Are you a smoker?
16 A.  No.
17 Q.  All right.  I apologize if I've asked you this
18     before.  Had you ever stayed at this particular
19     Motel 6 before?
20 A.  No.
21 Q.  Okay.  Was there any period of time after the
22     shooting that you were unable to attend church?
23 A.  Yes.
24 Q.  How long of a period of time?
25 A.  A couple of weeks.  And I also play piano for the

Maella Blalock
BLALOCK vs SRKBS HOTEL                                                5/4/2021

Page 62

1   church.
2   Q.   Okay.
3   A.   I couldn't do that either.
4   Q.   So do you normally go to church every week, then?
5   A.   Yes.
6   Q.   Are you the only pianist for the church?
7   A.   No.  I play for the contemporary service.  And
8        another lady plays for the traditional service.
9   Q.   Okay.  So did she fill in for you on the contemporary
10       service side, or they just didn't have any music?
11  A.   They just had guitars.
12  Q.   All right.  Any other activities that you can think
13       of that you weren't able to do after the shooting?
14  A.   I could not swim.  I couldn't take my granddaughter
15       to the pool.  I couldn't do my yoga classes.  I
16       believe that's --
17  Q.   How long of a break did you have from yoga, then,
18       after the shooting?
19  A.   I tried some chair yoga.  So again, probably three
20       months.
21  Q.   Prior to the shooting, how often did you take yoga
22       classes?
23  A.   I tried once a week.
24            MS. RICKE:  Okay.  All right.  Well, I think,
25       believe it or not, that that's all the questions that

Page 63

1   I have for you.  I appreciate your patience.  I know
2   we've been here for a while.  And you've been very
3   patient in listening and answering all this stuff.
4        Jeff has the opportunity, if he wants, to ask
5   you any questions.  Otherwise, I think we're done
6   with you.
7        MR. WILSON:  Let me just take a look at my
8   notes.
9        MS. RICKE:  Sure.
10       MR. WILSON:  I don't know if I have any
11  follow-ups.  I'll see.
12       MS. RICKE:  Okay.  Do you want to go off the
13  record, Jeff, or do you want to --
14       MR. WILSON:  No.  It'll only take me a few
15  seconds here.  No.  I don't have any follow-up.
16       MS. RICKE:  Okay.
17       MR. WILSON:  So, Maella -- Maella's going to
18  read and sign.  I don't know if you've given your
19  address yet today.  But go ahead and give your
20  address to the court reporter.  What she's going to
21  do is send you a copy of the transcript she types up.
22  And you just let us know whenever you get that.  Let
23  me know whenever you get that copy of that
24  transcript.
25       THE WITNESS:  All right.  I did give my address

Page 64

1   in the very beginning.
2        MR. WILSON:  Okay.
3        (Discussion off the record.)
4        THE REPORTER:  Okay.  Kelly, did you want a copy
5   of the transcript?
6        MS. RICKE:  Please.
7        THE REPORTER:  What kind of copy would you like?
8        MS. RICKE:  Give me an e-tran.  And then
9   obviously, the original too.  That would be great.
10       THE REPORTER:  Sure.  Okay.  Thank you.
11  Mr. Wilson, would you like a copy of the transcript?
12       MR. WILSON:  Not at this time.  We may order one
13  later, if it comes to it.
14       THE REPORTER:  Okay.  All right.
15       (The deposition concluded at 12:57 p.m.)
16       (Witness excused.)
17
18
19
20
21
22
23
24
25

Page 65

1              DEPONENT'S SIGNATURE PAGE
2
3   In Re:  Blalock vs. SRKBS Hotel
             Sedgwick County, Kansas, No. 2020-CV-001430-TP
4
    Taken:  May 4, 2021
5
6              - - - - -
7
8              _____
                 MAELLA BLALOCK
9
10
11  Subscribed and sworn to before me this
    day of          , 20   .
12
13
14             _____
                 Notary Public
15
16
    My commission expires:
17
18
19
20
21
22
23
24
25

Maella Blalock

BLALOCK vs SRKBS HOTEL                                              5/4/2021

Page 66

```
 1                    REPORTER'S CERTIFICATE
 2
        STATE OF KANSAS      )
 3                           )  ss
        COUNTY OF CRAWFORD   )
 4
 5      I, VICKIE L. SALMONS, Certified Court Reporter
     No. 1704, do hereby certify that the witness was duly
 6   sworn by me; that the facts stated by me in the
     caption hereof are true; that the said witness did
 7   make the above and foregoing answers in response to
     questions propounded as shown; that I did, in
 8   stenotype, report said proceedings; and that the
     above and foregoing typewritten pages contain a full,
 9   true, and correct transcription of my shorthand notes
     taken on such occasion.  That presentment by me to
10   the witness for signature was waived; that the
     deposition will be thereafter by the witness read
11   over, signed, and sworn to on or before the date of
     trial; that said deposition is now herewith returned.
12
        I further certify that I am neither attorney
13   for, nor counsel for, nor related to, nor employed by
     any of the parties to the action in which this
14   deposition was taken; and, further, that I am not a
     relative or employee of any attorney or counsel
15   employed by the parties hereto, or financially
     interested in the action.
16
17
18              VICKIE L. SALMONS, CCR
                CCR No. 1704
19
20
21
22
23         ALPHA REPORTING & VIDEO
           1911 South National, Suite 405
24         Springfield, Missouri  65804
                417/887-4110
25
```

Maella Blalock

BLALOCK vs SRKBS HOTEL                                    5/4/2021 Index: $12..bathing

**$**

**$12** 58:10

**1**

**1** 55:15
**11:00** 3:2
**12** 60:15,21
**12:57** 64:15
**14** 4:5
**15** 39:6
**18** 57:3
**1975** 25:25
**1980** 18:12
**1989** 19:8
**1995** 19:8

**2**

**2** 55:14
**2-inch-diameter** 13:16
**20** 27:15 39:6
**2003** 28:9
**2009** 17:8
**2010** 17:8 52:4
**2011** 17:8
**2012** 52:4
**2013** 17:9 52:4
**2016** 4:9 26:5
**2018** 7:2
**2019** 7:2
**2020** 51:5,6,7 57:12
**2021** 3:1 51:4,5
**20th** 50:24
**21** 17:21

**3**

**3** 50:23
**3/4** 23:21
**30** 9:5
**36** 34:17

**4**

**4th** 3:1 50:24 51:18, 21 52:6,17

**5**

**500** 44:5
**5th** 16:10

**6**

**6** 30:17,25 31:14 61:19
**60** 9:6
**65** 7:15
**66** 7:9
**6:30** 32:3

**7**

**70** 30:7
**7:00** 32:3

**8**

**89** 27:5
**8th** 16:10

**9**

**90** 26:20
**91** 26:20
**911** 38:1,21 39:8 40:9 51:13,14

**A**

**a.m.** 3:2 41:16 50:23
**Abigale** 19:2
**ability** 61:1
**abnormal** 31:11
**Academy** 53:21
**accent** 37:11
**accommodate** 4:19
**accurately** 6:18
**ache** 11:24 12:9
**Acres** 4:5
**active** 21:12 27:15, 21
**active-duty** 27:14
**activities** 47:7,10, 11 62:12
**activity** 31:10 32:7
**address** 4:4,11 17:3,4 19:14,15 24:2 63:19,20,25
**advanced** 26:11 27:2
**Advil** 11:20
**affect** 61:1
**affecting** 29:18
**ahead** 5:25 6:14 51:17 55:7 63:19
**air** 52:1
**Alaska** 27:23
**alcohol** 60:17
**Alexandria** 18:14
**Allen** 18:16
**Alpha** 3:4,17
**altogether** 45:23
**ambulance** 40:22
**amount** 12:10

**Amy** 6:25 7:1 18:10,13 52:21
**Anderson** 45:10, 11
**answering** 63:3
**answers** 7:6
**anxiety** 49:1
**apologize** 13:12 25:6 34:24 36:16 61:17
**appointment** 16:6, 15,21
**appointments** 16:22 45:21,23
**approximate** 41:14
**approximately** 4:6 18:11 21:4 25:24 28:8 32:1 33:16 46:9 58:13 59:10
**area** 13:14,15 19:25 30:24 31:18 32:15
**arms** 14:13
**Army** 27:1 28:2 34:7,12
**arrived** 31:7,11
**arts** 26:13,19
**asleep** 35:7,16
**assist** 39:3
**assisted** 41:2
**assume** 6:14
**assuming** 20:7 22:13 28:6 30:12 46:10 59:18
**astray** 17:1
**at-home** 46:10
**ate** 31:24 32:23
**attend** 25:9 61:22
**attended** 25:10,18
**attention** 43:1
**attorney** 3:9 53:14 54:5,7

**attribute** 13:23 15:6,20 59:8
**attributing** 60:10
**Atwell** 4:5
**audio** 3:6
**average** 31:15
**aware** 52:12

**B**

**B-R-A-V-E-N** 16:2
**B-R-A-V-I-N** 16:3
**B.m.ed.** 26:2
**baby** 29:14
**baby-sit** 20:11
**baby-sitting** 20:13,17
**bachelor** 26:2
**back** 13:22 16:25 17:1 19:5 23:17 25:5 26:6 30:9,13 31:22,24 32:1,6,22 33:12 35:14 37:16, 24 41:17 42:1,6,14 44:8 45:3 52:2
**background** 7:7
**bad** 23:7
**balance** 22:18
**ball** 24:24
**Banahan** 3:11
**bandage** 45:18 46:12,16
**bandaged** 41:24
**bandaging** 39:23
**barely** 51:2
**Barry** 19:24
**basis** 8:19 60:8
**Bass** 52:4
**bath** 47:20
**bathing** 47:22

Maella Blalock

BLALOCK vs SRKBS HOTEL

5/4/2021Index: bathroom..day

bathroom 47:15

BB 52:2

bed 33:15 35:7,10, 13 36:10,14 39:19 47:16

beginning 46:16 56:25 64:1

behalf 3:13

Belgium 27:22

belong 55:20

Ben 27:23

benefits 8:1,3

Bennett 52:20

Berean 53:21

Berlin 27:24,25

big 13:14,15,21 23:6

bike 55:4,24 56:1,5

birth 18:20

bit 4:17,22 6:6,20 7:7 23:11 28:10

Blalock 3:3,14,20 4:1 18:19,21

blast 51:1,12

blood 37:20

Bloomington 26:14

bones 46:5

booth 52:8

born 18:12 19:8 25:8

bottom 13:17 23:1, 4,9,22 33:5,6 46:17 61:13

bought 55:25

boys 58:18

Bravin 9:14 16:1,4, 7,11,13,16,21 45:7, 17

break 4:17 45:13, 14 62:17

Brian 59:13

broad 14:20

brother 30:7 44:15

Bruner's 8:12 9:8, 9

bullet 22:14 36:6, 17,18

bullets 33:21,22 34:6,9 35:4 36:6 43:18

business 26:15 27:4,9

**C**

California 26:16

call 3:15 22:11 38:1 40:5

called 42:2,4 51:12, 13 54:17

calls 38:25

camps 29:23

cane 21:21,25 22:8

capture 5:14

car 31:23,24 42:16, 24 43:15,16,19 51:2

care 14:22,25 15:5 16:12,22 21:1,8,11 39:18

career 26:5 28:11

Carol 19:2,8,9 26:20

carpet 37:20

carriers 4:23

carry 40:23

cars 42:23

Carthage 49:21

case 3:3 6:10 12:16

caused 31:17

causing 11:22

cell 61:7

center 46:2 55:19

chair 47:16,22 62:19

chairman 28:22

chairs 42:13

Chancellor 6:25 17:23,24 18:5,8,10

change 46:21

changed 24:21 46:12,16

charge 58:10 59:16

checked 32:9,10

child 21:8

children 18:5,23 20:8

children's 19:1

chitchat 42:24

chores 48:4,5,8,10

Christian 53:21

chronologically 39:16

church 18:1 25:2,3 61:22 62:1,4,6

circle 13:16

City 20:2 49:23

clarification 9:2

class 28:5

classes 55:23 62:15,22

clean 47:5

cleaned 41:23

close 20:2 46:6

closest 52:20

closing 46:5,11

club 56:10,16

coaches 29:22

college 25:15,17, 21,23 26:7

colonel 28:3

combat 34:13

combined 29:1

company 7:24 44:3

computer 33:13

concern 31:17

concerned 44:22

concluded 64:15

condo 53:15

connection 17:13

consciousness 38:4

contemporary 62:7,9

continue 12:16 14:18,23 15:1 51:20

continued 46:4

conversation 5:15 42:9

conversations 14:17,21,25

cook 47:5

copy 63:21,23 64:4, 7,11

correct 7:4,12,21 10:8 13:9,10 14:4,6, 10 17:5,6 18:24 20:8 22:15,16,23 29:10,11 30:12,15 35:4,5,16,17 40:20 42:7,8 57:19 59:1, 20,21

correctly 45:19

counsel 3:7 4:16 5:13

counseling 49:14, 17,25 50:3,10,13 51:19,22

counselor 49:6,12, 24 50:7,17

counted 35:25

counties 20:1

counting 35:22

Country 56:10

county 19:23 30:3

couple 4:15 7:8 57:23 58:9 60:1 61:25

courses 26:7

court 3:16 5:8,12, 13,20 63:20

Courtney 58:15

cover 35:9,21 36:9

covers 35:12

COVID 31:24 56:4 57:8,10,11 58:20,21 60:11,14

cow 42:24

Cox 16:5

crawled 37:23,24 39:10 41:2

creating 50:5

criticisms 54:2,10

criticized 54:7

crutches 21:17,20, 25 22:4

curious 32:12

cut 5:3

**D**

daily 46:12

damage 43:24 44:6

damaged 43:13

Darla 52:20 53:6,7

daughter 6:23 17:8 18:8 19:9 20:21 29:13 44:14 50:5 52:12 61:11

daughter's 6:24 18:9 52:22

daughters 52:12

day 10:19 20:20 30:6 44:8,11 46:24

51:3

**days** 9:5,6

**December** 7:2
25:25 29:14

**decide** 29:12 30:17

**deductible** 44:2,4

**defendant** 3:11

**degree** 26:1,19,25
27:2,7,10

**degrees** 26:11

**Denver** 30:8,13

**depended** 10:16

**depending** 4:23

**deposition** 3:2
4:13 5:10,21 6:3
64:15

**depression** 49:1,4,
5,10,15

**describe** 12:12,23
13:11 21:10 23:2,6,
18 38:13 50:20,21

**description** 31:3

**desk** 40:5 43:5

**diabetes** 8:14,17
14:9 29:19

**diabetic** 14:4 15:7,
8

**diagnosed** 49:1,3,
5

**difference** 29:15

**difficulties** 19:3

**difficulty** 23:12,14

**dinnertime** 31:9,
21

**discharge** 28:6

**discovered** 15:10

**discovery** 7:11

**discuss** 16:18

**discussed** 32:20
54:6

**discussing** 54:2

**discussion** 12:8
17:14 19:3 64:3

**districts** 29:1

**disturbance** 35:14

**divorced** 17:4,7

**Dixon** 3:10

**doctor** 8:18,21
15:7,8,16 24:9

**doctors** 14:17
15:19

**door** 39:10,11
43:19 58:22

**doors** 31:23 42:11

**downsized** 29:1

**dress** 47:18

**dressed** 47:17

**drink** 60:15

**drive** 44:8,20 59:23

**driving** 44:22

**drove** 30:8 31:16,
23 45:7

**drugs** 11:5 60:21

**dry** 47:23

**dull** 11:24 12:9

**duty** 27:15,21

**Dylan** 3:4

**Dyson** 53:2,8

___

**E**

**e-tran** 64:8

**eat** 47:15

**education** 26:2,7
27:9

**effectively** 5:14

**Elizabeth** 19:2

**emergency** 9:16

**employee** 42:10,
13

**EMS** 40:1,10,20

**end** 57:2,5

**ended** 27:20

**English** 37:14

**enlisted** 27:19

**entire** 56:25

**entrance** 33:1,4

**Eric** 17:23

**estimate** 11:15

**estimation** 10:13
11:8 50:8

**European** 26:24

**Evangel** 25:21,23
26:8

**Evans** 3:10

**events** 61:1

**Eventually** 46:7

**exact** 11:14 50:19

**exacts** 26:17

**EXAMINATION**
3:23

**examined** 3:21

**excuse** 11:23
31:20 61:10

**excused** 64:16

**exercise** 54:21,25
55:2,3 56:3

**expect** 14:18 32:12
33:18

**Expedia** 30:19

**experiencing** 24:2

**explain** 11:21

**Express** 8:10,13
9:8

**Extra** 44:24

**extremely** 50:25

___

**F**

**facing** 35:10

**fair** 7:16 14:16 33:3
58:12

**Fairbanks** 27:23

**Falls** 18:1

**familiar** 14:14 34:9

**family** 44:10

**fast** 31:23

**feel** 36:11 53:12
54:13

**feeling** 11:22

**feet** 11:25 12:2,4
13:4,13,25 14:8
23:23 24:24 33:9
36:19 38:17,19
46:18 47:23 56:3

**fell** 42:12

**felt** 29:18 31:18
36:7 38:14

**female** 34:3,4,19

**Festival** 52:8

**fill** 8:7 62:9

**filled** 9:7

**final** 26:5 28:11

**finance** 27:8

**financially** 29:15

**fine** 21:24

**finish** 5:4

**fire** 39:11

**fired** 34:16 51:24
52:1,3

**firemen** 39:23

**fireworks** 51:21
52:15

**firing** 52:4

**firm** 3:12

**fitness** 55:19

**floor** 33:5,6 35:12,
21 40:25

**Florida** 53:9,16

**follow-up** 16:17,19

**follow-ups** 63:11

**food** 31:23 58:25
59:2,3,8,17

**foot** 12:3 13:7,17
14:18,23 15:2 22:15
23:1,4,5,21 36:8,11
37:19 38:15,16,19
61:5,13

**forgot** 53:24

**form** 26:18

**formal** 59:4

**Fort** 27:22,23 28:1

**four-year-old**
21:12

**frame** 43:18

**Frankfurt** 27:20

**Freedom** 52:8

**Friday** 20:20

**friend** 45:7,9 52:20

**friends** 21:6 52:14,
15,17

**friends'** 52:19

**front** 40:5 42:11

**froze** 54:22

**full** 51:1

**full-time** 28:17
29:8

**fully** 6:17

**future** 15:16 16:21
50:18

___

**G**

**garage** 51:2

**garden** 48:11,19

**gave** 15:22 41:22
45:18

**generally** 50:4

**Germany** 27:20,25

**Girl** 28:17

45:21,22 46:3 63:15

Maella Blalock

BLALOCK vs SRKBS HOTEL

**give** 12:10 32:18,19 41:20 45:17 63:19, 25 64:8

**giving** 57:18,22 58:8

**Gold** 27:11

**golf** 55:5 56:8

**golfing** 56:19

**good** 6:3,9 9:4 15:22 19:16

**grade** 25:11

**graduate** 25:13,22 49:6

**graduated** 17:9 25:23 26:8

**grandchild** 21:1,5

**grandchildren** 20:5,17

**granddaughter** 52:24 53:17 62:14

**granddaughter's** 43:19 52:23

**grandmother** 29:13

**great** 64:9

**Green** 27:11

**Greenwood** 25:10

**ground** 4:15 36:21 37:16

**grow** 25:6,7

**growing** 46:5

**guess** 14:20 39:15

**guessed** 56:12

**guests** 42:23

**guitars** 62:11

**gun** 51:24 52:2

**gunfire** 51:11

**gunshots** 37:2 52:16

**gurney** 40:24 41:1, 3

**gym** 55:18

---

**H**

**habit** 35:23

**half** 45:4

**hallway** 33:8,10 34:1 39:12

**hand** 37:23 54:14

**handle** 50:16

**happen** 34:5 41:15

**happened** 33:14 35:20 39:16 42:19 43:16 44:11

**happening** 33:20

**Harrison** 27:23

**head** 5:15,18,22,23 6:1 59:11

**Headquarters** 27:22

**health** 7:23 14:22, 25 15:5 16:12,22 47:1

**hear** 36:25

**heard** 33:21 34:4, 18,19 35:6,15 36:1 37:11 51:11

**hearing** 35:4

**heel** 22:11 24:22 42:12

**heels** 21:18 22:1 25:1

**Heidelberg** 27:25

**Heidi** 19:2,5,8,21 20:13,24 21:6 44:14 46:16,21 47:3

**Heidi's** 19:19 20:8

**helped** 42:15

**helping** 47:25

**hid** 51:2

**high** 17:9,11 25:9, 11,13

**hike** 55:8,9

**hire** 29:2 48:15

**hit** 42:24,25

**hold** 11:14

**holes** 22:14 57:3

**Holy** 42:24

**home** 30:9 44:19, 21 47:1 50:25 52:7 53:15 55:25

**honestly** 24:8 32:14

**honorable** 28:6

**Hood** 28:1

**hoping** 55:8

**hospital** 9:15 39:24 40:12,16,20 41:6, 10,11,21,25 42:2,4 44:12,13,24 61:5

**hot** 38:14

**hotel** 3:4 31:3,5,8, 25 32:2,6,9,16,22 33:5,12 38:24 40:2, 14 41:11,18 42:1,23 53:25 54:2,8,10 60:5,8,10,12

**hour** 12:17 45:4

**hours** 10:2 29:21 41:17 60:15,21

**house** 51:3,12

**household** 47:11

**hundred** 37:9

**hurt** 57:3

**husband** 18:15

---

**I**

**idea** 12:10 17:24 26:18 35:25 45:22 53:10

**immediately** 9:15 16:14

**important** 6:5,9

**inch** 23:8,20,21

**incident** 40:15

**Indiana** 26:14 49:7

**Indianapolis** 27:22

**information** 7:7 53:14

**injuries** 9:1 15:5, 17,20 24:5 45:6

**injury** 39:18

**inserts** 23:15,23 24:8,14

**inspecting** 42:23

**instructions** 15:23

**insurance** 7:20,23 44:2

**International** 26:22

**internet** 4:23 17:13

**interrogatories** 57:17

**interrogatory** 7:6

**issues** 14:7 52:15

---

**J**

**jabbed** 38:14

**Jeff** 5:17 15:22 63:4,13

**Jeffrey** 3:13

**job** 28:15,16 29:5,9, 18,20

**July** 9:5 50:24 51:7, 18,21 52:6,18

**June** 16:10 26:5 50:24

**Junior** 29:4,21 51:25

---

**K**

**Kansas** 29:25 30:3, 5

**Karen** 53:2,8

**Kelly** 3:10 64:4

**Kerry** 3:11

**Kevin** 18:16

**kicked** 35:11

**kids** 18:7

**kind** 4:24 23:9 64:7

**kindergarten** 25:10

**kitchen** 47:22

**knew** 35:9

**knot** 23:22

**knots** 24:2

**knowledge** 30:3, 24 36:16,18

---

**L**

**L-O-H-M-A-N** 18:18

**L-O-M-A-N** 18:17

**La** 26:15

**Ladies** 56:18

**lady** 43:6 59:16 62:8

**lag** 4:22

**laptop** 31:25

**laundry** 48:2

**Lawrence** 19:24

**lawyer** 11:9

**league** 56:14,17 57:15

**leave** 20:24 28:25 40:17 42:7

**led** 31:4 35:11

**left** 5:19 12:3 14:18, 23 23:1,5 29:9 40:12 43:2

**lesson** 58:10

**lessons** 57:19,22

58:9

**license** 43:22

**lieutenant** 28:3

**light** 32:4

**limited** 47:6,7,13 55:11,12,13

**limp** 22:20

**listening** 63:3

**Lithuania** 27:25

**live** 4:2,3 7:1 18:13 19:12,21 30:2 45:11 53:6,8

**lived** 4:6,7,8 6:22 17:3 29:24

**lives** 4:10 17:24 19:10,13,22 53:7

**living** 6:21 50:5

**lobby** 32:23,24

**local** 8:12 20:7 52:8 55:20

**locally** 16:13

**located** 22:25 30:25 39:19 53:22

**location** 29:7

**Lohman** 18:16,23 19:2,17,18,19

**long** 4:6 7:14 8:24 9:22 12:15,25 14:17,22 15:1 17:7 21:3,19 22:3,6,8 23:8 36:21,23 39:2, 4 45:3 46:8,13,14, 21 49:14 55:21 56:24 57:21 59:22, 24 61:24 62:17

**looked** 31:4,18 37:19 61:14

**lost** 38:4

**lot** 29:23 31:11 34:2 35:15

**loud** 33:21,22 51:18

**love** 55:8

**Lucinda** 52:21

**lying** 47:16

**M**

**M-16** 34:16

**M-45** 34:16

**M.S.** 27:3

**made** 16:6 45:21

**Maella** 3:3,14,20 4:1 63:17

**Maella's** 63:17

**maiden** 18:21,22

**maids** 42:14

**make** 4:24 29:15 30:18 48:25 51:2

**male** 34:3,20 37:8

**man** 32:13 37:6 43:7,8

**marketing** 28:21

**marksmanship** 51:25

**marriage** 17:20

**married** 17:16,18, 22 19:17,18

**massaging** 23:25

**master** 26:13,14,19

**materials** 32:19

**maternity** 20:24

**meantime** 48:16

**medical** 13:2 14:3 45:5

**Medicare** 7:11,14, 17 8:4

**medicated** 45:18

**medication** 8:25 9:19,23 11:23 44:23 59:24 60:2,3

**medications** 8:7, 13,14,17 9:7,12,17 15:11 44:20 49:9 60:20,22,23,25

**meds** 10:14,15

**Melissa** 59:15

**member** 55:18,21 56:12,16

**members** 44:10

**membership** 28:21

**memory** 14:12

**mention** 7:10

**Methodist** 25:4

**Michelle** 18:10

**Michigan** 19:10,12, 13 28:19 29:10

**mile** 55:15,16,17

**miles** 55:14

**military** 27:8,14 34:17

**minute** 36:24 38:3

**minutes** 39:6

**Missouri** 4:3 19:22 20:2,3 25:8,18,19 45:12 49:21,23

**MODERATOR** 3:1, 16

**Monday** 45:7 59:6

**Monett** 4:3,4 8:12 20:3 25:4,7 29:4 44:8 45:3,12 46:2 53:7,23 56:10 59:3

**money** 11:4 21:7 58:8

**monitoring** 3:5

**Mons** 27:22

**month** 7:15 10:18 21:4,11 22:9 48:14, 20 59:10

**monthly** 60:7

**months** 22:12 46:9 48:5 49:16 62:20

**morning** 41:13 50:23 56:18,19

**motel** 30:17,25 31:14 60:5,8,13 61:19

**Mount** 49:25

**move** 28:11

**moved** 4:8

**mow** 48:11,12

**mowing** 48:16

**Munich** 27:20,24

**music** 26:2,21 27:10 62:10

**Muskegon** 19:13

**Muskegon's** 19:16

**N**

**names** 19:1 52:19 58:14

**needed** 10:11,20

**neighbor** 51:13

**nice** 31:18

**night** 30:14 61:2

**nightstand** 35:13, 21 37:25

**Nine-ish** 33:17

**nodding** 6:1

**nods** 5:15

**noise** 35:11

**noises** 33:21,22

**nonetheless** 29:8

**nonprescription** 11:5

**normal** 5:15

**notes** 63:8

**notice** 6:7 32:6,23

**number** 38:23 39:8

**numbness** 13:3, 11,13,25 14:13 15:2,10

**nurse** 44:22 61:7

**O**

**occasion** 11:12,13

**occasionally** 55:4

**occupation** 18:2

**occupational** 24:1,5

**occurrence** 51:18

**October** 57:6

**office** 43:4

**officer** 27:8

**officers** 53:25

**one-year** 16:19

**online** 30:18

**open** 39:11 46:14

**opening** 46:4,6

**operator** 39:9

**opportunity** 63:4

**opposed** 6:1 47:24

**order** 40:16 64:12

**original** 18:20 64:9

**Originally** 50:23

**orthopedic** 16:5 45:8 46:2

**outings** 56:19

**over-the-counter** 9:3 10:12,14

**overhear** 54:1

**P**

**p.m.** 64:15

**pack** 40:17 42:6,15

**pad** 13:19 23:9,21

**padded** 24:18

**paid** 44:1,3 59:19

**pain** 9:12,17,23 10:14,19 11:10,21, 22,25 12:3,10,18,22

Maella Blalock

BLALOCK vs SRKBS HOTEL

13:8 14:18,23 36:8,
11 37:19 38:6,11,
12,13 41:22 44:20
55:15 60:2,3

**pantry** 58:25 59:2,
3,8,17

**parking** 31:10 34:2
35:15

**Parkview** 25:11

**part** 12:21 13:17,18
16:10 27:11 51:25

**particulars** 33:19

**partly** 56:3,4

**passed** 36:18
43:18

**pastor** 50:2 59:12

**patience** 63:1

**patient** 63:3

**pause** 4:24

**pay** 20:13 21:7 43:1
44:2

**paying** 58:6

**pensions** 29:16

**people** 32:23 34:22
37:1,4 38:9 43:4

**people's** 4:23

**percent** 37:9

**period** 9:22 20:25
21:3,19 22:3 46:13,
21 56:21,24 57:21
59:22 61:21,24

**person** 6:21 32:10
39:5 43:7

**personality** 28:24

**persons** 3:8

**pharmacy** 8:6,12

**phase** 57:11

**phone** 37:25 53:11
58:16 61:7

**physical** 24:1,4

**pianist** 62:6

**piano** 57:19,22
58:9 61:25

**pick** 37:11

**pictures** 22:22
61:4,6,8

**Pierce** 20:2

**pill** 10:2,19

**pills** 10:7,22 11:18

**pistol** 52:3

**place** 31:23 56:7

**Plaintiff** 3:14

**plan** 15:25 55:5

**plans** 15:19 50:17,
19 57:14

**plate** 43:22

**play** 55:5 56:8 57:2,
3 61:25 62:7

**plays** 62:8

**plug** 39:21

**point** 9:4 14:14
21:5 28:12 29:14
31:20 34:20 35:8
37:17 38:4 39:17
40:4,19 41:9 42:10
45:6 57:18

**poker** 38:14

**police** 39:18,19
40:1,10 53:25 54:17

**pool** 62:15

**poor** 13:12

**position** 28:25

**possibly** 54:13,15

**post** 27:21

**praying** 35:22

**preparing** 39:24

**preschool** 20:18
52:22,23 53:18,20

**prescribe** 24:10

**prescribed** 8:21
9:2,4,13,20,23 10:1,
7 44:23 60:3,22

**prescribes** 8:18

**prescription** 8:1,3
10:1,19 24:8

**prescriptions** 9:10
60:25

**present** 3:8,11,14

**pressure** 22:14
24:24

**prevented** 54:13

**Priest** 59:15

**prior** 14:6 24:25
35:14 60:7,21 62:21

**private** 28:5

**Pro** 52:4

**problems** 17:13
22:18 50:6

**proceedings** 3:5

**produced** 3:21
61:4

**program** 27:2,12
30:18 52:1 54:21
55:1 59:11

**property** 43:13
44:6

**provider** 15:5
16:12

**providers** 14:22
15:1

**PTSD** 50:16,21
52:10

**put** 22:14

**puts** 24:24

**putted** 57:1

**Q**

**qualification**
34:16

**question** 4:25 5:25
6:11,15 13:12 47:9
48:22 54:24 58:19

**questions** 21:14
32:15 62:25 63:5

**quick** 26:6 40:18

**quit** 58:20

**R**

**raised** 23:11

**range** 52:4

**rank** 28:2

**reach** 53:13

**react** 51:20

**read** 7:6 63:18

**real** 26:6 40:18

**realize** 57:10

**realized** 36:5

**realizing** 37:18

**rear** 43:17

**reason** 5:3,24 11:3
35:18 38:9 50:3
60:12 61:10,12

**recall** 7:16 10:22
11:1 31:6,7 32:9,14
33:16,20 34:25
38:6,21 42:9 43:7

**receive** 45:6 49:14

**received** 9:1 15:4
28:6 49:17 50:10

**receiving** 38:24

**recent** 29:2

**Recently** 51:11

**recipient** 7:12,14

**recommended**
15:16 50:2

**record** 6:9 12:8
17:14 19:4 63:13
64:3

**recording** 3:6 5:7

**records** 11:4 13:3
14:3 20:5 41:8

**recumbent** 55:4,
24 56:1,5

**refer** 11:9

**referred** 16:11

**refrigerator** 47:14

**regular** 8:19 60:22

**regularly** 15:7 53:3
55:2

**related** 8:21,25
11:11 14:8 15:9,17
16:23 24:6

**relating** 14:8 52:15

**relations** 26:22

**relatives** 30:2

**relieved** 51:13

**remain** 29:5

**remember** 9:17
14:12 30:23 33:11,
18 34:25 37:8,25
38:10,11,22,23,24
39:8 41:7,8 42:22
44:17 49:12,24 61:1

**remote** 3:2

**repaired** 43:24

**repairs** 44:1

**repeat** 54:22

**rephrase** 6:16

**reporter** 3:17 5:8,
12,13,20 19:7 63:20
64:4,7,10,14

**reporting** 3:4,17
38:25

**represent** 3:8

**reservation** 30:18

**Reserve** 27:24

**Reserves** 27:16,18

**respect** 23:5 37:10
52:9

**responses** 7:11

**rest** 47:15

**restate** 6:15

**result** 11:6 50:13
58:21

**retire** 26:4 29:12

**retired** 18:4 26:3,5 28:3 29:6,10

**retiring** 55:22

**return** 41:10

**returned** 40:16 41:9

**revolving** 58:22

**Richard** 17:23

**Ricke** 3:10,24 12:9 17:12,15 19:5,9 45:13,16 62:24 63:9,12,16 64:6,8

**ricochet** 43:20,23

**ride** 55:4,24 56:5

**rifles** 52:1

**Rod** 45:10

**rode** 57:1

**rolled** 42:14,15

**rolling** 42:13

**room** 3:8 9:16 31:22 33:2,4,8,24, 25 38:7,23 39:8,14, 20,25 40:2,11 41:5 42:14,25

**ROTC** 29:4,9,21 51:25

**rough** 52:17

**round** 39:19

**rounds** 35:23,25

**routine** 16:17

**rude** 6:2

**rules** 4:15

**run** 29:22 33:10

**Russian** 34:17

— S —

**safety** 32:19,20

**Salmons** 3:17

**Saturday** 20:21

**scale** 12:11,23

**scar** 23:8,20

**scarring** 22:22,23, 25 23:2,6,19

**schedule** 20:23

**Scholl's** 24:14

**school** 17:9,11 20:20,21 25:9,11,13 49:6

**science** 26:15

**Scouts** 28:17

**Scripts** 8:10,14 9:8

**season** 56:25 57:5

**seat** 43:19

**seated** 47:16

**seconds** 13:1 63:15

**Sedgwick** 30:3

**selected** 27:1

**send** 61:11 63:21

**September** 57:6

**Serenity** 58:16

**served** 27:20

**service** 62:7,8,10

**services** 20:14 59:19

**serving** 27:1,8,15

**set** 16:18,22 31:22

**shakes** 5:14

**shaking** 5:18,22,23 6:1

**shape** 26:17 27:22

**share** 44:3

**sharp** 11:25 12:22

**shattered** 43:17

**shock** 38:10,12

**shoes** 23:15,16 24:18,20,21

**shooting** 7:4,17 8:22 9:1,6,15 11:6, 11 13:14,23 14:1,7

15:6,9,17,20 16:14, 23 20:16,25 22:18 24:6,21,25 30:6 35:23 36:22 37:18 38:25 40:11 41:10, 14 43:14 44:16 48:6,12,18 50:13,24 51:9 54:5 55:10,17, 25 56:21 59:9,23 60:7,11,14,16,21 61:22 62:13,18,21

**shot** 36:13,17 37:21 38:22 40:4 43:2,6,11 48:23 54:1

**shower** 47:20,22

**side** 13:8,19 23:4, 19,20 33:1,4 35:12 43:20 62:10

**sign** 63:18

**simply** 5:22 44:24

**simultaneously** 25:21 34:5 35:3

**sink** 37:23

**site** 39:9

**sitting** 12:1 47:22

**situations** 34:13

**size** 13:16

**skin** 23:22

**skipping** 54:20

**Smith** 59:13

**smoker** 61:15

**soft** 23:15 24:17

**soft-pad** 23:15

**someplace** 11:1,2

**sound** 14:14

**sounded** 33:24

**Southwest** 25:18

**speaking** 37:14

**special** 45:18

**specialist** 16:5 45:8

**specially** 16:18

**spend** 30:14

**spent** 11:5

**spoken** 40:14

**Springfield** 19:25 25:8 27:19 45:8 46:1

**squirrel** 52:2

**SRKBS** 3:3

**staff** 40:2,6

**start** 9:4 28:4

**started** 17:2 25:6 27:19 35:4 36:7

**starting** 3:9

**state** 3:7,25 25:18, 19

**stationed** 27:17

**stay** 30:17 39:1 60:8

**stayed** 30:22 40:9 60:4,12 61:18

**staying** 31:17 60:10

**stop** 57:18,21

**stopped** 10:6 30:14 35:24 36:22 37:18

**straight** 33:1

**Street** 4:5

**Strength** 44:24

**stress** 29:18 56:3

**stressful** 29:20

**struck** 36:6

**student** 58:10

**students** 57:24,25 58:2,6,19,20

**students'** 58:14

**studies** 26:24

**stuff** 63:3

**subjects** 54:20

**successfully** 38:2

**summer** 29:23 55:5 56:25 57:2,5, 12,15 58:23

**supplementary** 7:20

**swear** 3:18

**swelling** 12:4

**swim** 62:14

**swimming** 55:6

**sworn** 3:21

**symptoms** 50:21 52:10

— T —

**tablet** 31:25

**taking** 3:9 5:8 8:20 10:18,22 36:9

**talk** 6:5 44:10,13,15 53:2,13

**talked** 4:16 6:20 28:10

**talking** 6:7

**taught** 51:25

**taxi** 42:4

**teach** 29:4 58:1,21

**teacher** 52:22,23

**teachers** 29:22 58:21

**teaching** 29:9,16 58:23

**teasing** 42:3

**technique** 22:11

**television** 51:1

**telling** 38:22 39:1

**ten** 12:11,12,23 33:9 39:6

**tenth** 25:10

**term** 55:12

**terms** 23:6

Maella Blalock

BLALOCK vs SRKBS HOTEL

**testified** 3:21

**testimony's** 6:10

**Texas** 28:1

**therapy** 24:1,4,5

**thing** 5:1 24:9 33:19 34:11

**things** 7:8 8:18 40:17 42:6,15 47:13

**thinking** 35:22 58:17

**Thomas** 3:4

**thought** 31:11 34:18 35:22 36:1 37:21

**throw** 48:22

**time** 3:2 4:18 7:17 9:12 10:5,16,23,24 11:14 15:4 16:14 17:15 20:16,25 21:3,8,12,16,19 22:3 25:18 27:24 29:9 31:7 32:1 33:16 37:1 39:4,25 40:11,12 41:14 42:18 46:13,21 47:5,10,12,16,18,21 49:18 50:10 51:24 52:3,17 53:25 55:16 56:21,24 57:21 58:1,17 59:7,22 60:4 61:21,24 64:12

**times** 11:25 17:18 46:1 50:7 55:14 58:11 60:9

**tingling** 14:13

**tissue** 23:9

**today** 3:1,6,17 4:18,21 5:7 6:5,11 7:8 63:19

**toe** 13:14,21

**told** 5:13 14:22 15:13 38:21 44:17, 22 45:19 50:12 52:14 53:5

**top** 13:17 23:1

**totally** 36:8

**towel** 37:23

**towels** 38:19

**town** 53:10

**traditional** 62:8

**training** 34:7,15

**transcribes** 5:21

**transcript** 5:21 6:3 63:21,24 64:5,11

**transferred** 25:11 40:19

**transmission** 4:22

**transport** 39:24

**traumatic** 50:25

**Travelocity** 30:19

**treating** 15:8

**treatment** 15:4,13, 16 41:20 45:5,17 46:11

**TRICARE** 7:20 8:1

**trip** 45:3

**truthfully** 6:17

**Tuesday** 56:18,19

**turn** 50:25

**turned** 7:15

**turning** 30:7

**twelve** 58:11

**Tylenol** 10:20,21, 22,25 11:10,16,23 12:15 44:25

**type** 12:4 14:7 15:13 21:7 22:17 23:14,25 24:20,22 26:7 31:17 32:7,19 34:15 36:2 37:11 41:20 47:7,9,11 48:4,10 50:21 52:14 54:2,21,25 55:18 60:20

**types** 63:21

**U**

**Uh-huh** 29:17 43:10

**ultimately** 29:6

**unable** 5:14 21:1, 11 55:9 56:22 59:23 61:22

**underneath** 13:21

**understand** 5:10 6:11 41:23 47:9

**understanding** 17:4

**understood** 6:16

**United** 25:4

**University** 25:19 26:13,14,15

**unpacked** 31:22

**unstable** 17:13

**unusual** 32:7

**upcoming** 16:15, 20

**upstate** 53:15

**USAA** 44:3

**usual** 42:24

**V**

**Velnias** 27:25

**Verne** 26:15

**versus** 10:14

**Vickie** 3:17,18

**video** 3:5,18 5:7

**videos** 15:24

**Virginia** 18:1,14

**visit** 30:8

**visits** 46:3

**voice** 34:4,18,19 37:8

**voices** 34:3 37:10

**volume** 51:1

**volunteer** 58:24 59:5,18

**volunteering** 59:7

**W**

**Wainwright** 27:23

**wait** 27:24

**walk** 21:13,18 22:20 33:7 40:23 42:12 55:8,9,14,15

**walked** 43:5 55:16

**walker** 21:17,25 22:6

**walking** 22:1,11

**wall** 35:10

**Walmart** 10:25 11:2 24:13

**wanted** 27:9 30:7 42:25 48:25

**watch** 20:10

**watched** 21:5

**weapon** 36:2 52:3

**weapons** 34:7,15, 17

**wear** 23:15 24:21, 22 25:1

**wearing** 24:17

**Webb** 49:23

**website** 31:3

**week** 11:17,19 22:5 24:25 25:2 46:23 55:14 56:6 62:4,23

**weekly** 11:16

**weeks** 9:24 22:7 57:23 58:9 60:1 61:25

**well-kept** 31:14

**Wentworth** 19:22, 23

**western** 26:24

**wheelchair** 21:15

**Wichita** 29:24 30:5, 14,22

**Wilson** 3:13 63:7, 10,14,17 64:2,11,12

**window** 35:10 43:17

**witnessed** 52:10

**Witnessing** 52:13

**woke** 36:7 50:23

**woken** 35:18

**woman** 32:13 37:7 43:7

**women** 43:8

**women's** 56:14,17

**wondered** 61:13

**word** 18:19

**words** 10:1 51:20

**work** 20:22 21:6 40:23

**worked** 28:17 29:8 31:25 33:13

**working** 52:8

**worry** 41:7 53:12

**wound** 41:23

**wrap** 37:24 38:19 45:19

**wrong** 20:1 30:13

**X**

**x-rays** 45:18 46:4

**Y**

**yard** 52:2

**year** 28:8 57:14 60:9

**year-round** 29:22

**years** 4:8 25:12 27:14,15,16

Maella Blalock

BLALOCK vs SRKBS HOTEL

**yelling** 33:21 34:6, 22 36:7 37:1,3,4

**YMCA** 55:20

**yoga** 55:5,23 62:15, 17,19,21

**York** 53:15

**Youtube** 15:24

---

**Z**

---

**Zion** 49:25

**Zoe** 58:15

**zoom** 4:21 5:8,16, 18 19:3