For Clerks Use Only
17C047409-20C513690

MAELLA BLALOCK

Plaintiff

VS

SRKBS HOTEL, LLC ET.AL

Respondent

CASE NO. **21-CV-02552-DDC-GEB**

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

I, RITA THOMPSON #V1151, being first duly sworn, an oath, depose and say that:

I am a duly authorized custodian of the business records of **THE WICHITA POLICE DEPARTMENT,** and have the authority to certify those records.

The copy of the records attached to this affidavit is a true copy of the records described in the subpoena.

The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

*Rita Thompson*
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

*Victoria Malter*
(Notary Public)

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

My Appointment Expires 9-17-24

### CERTIFICATE OF MAILING

I hereby certify that on FEBRUARY 8TH, 2023, I mailed a copy of the above affidavit to: JEFFREY WILSON at 3241 N. TOBEN. WICHITA, KS 67226 by depositing it with the United States Postal Service for delivery with postage prepaid.

*Rita Thompson*
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

*Victoria Malter*
(Notary Public)

My Appointment Expires 9-17-24

ATTORNEY FOR: PLAINTIFF

(Name and address) JEFFREY WILSON #26527

3241 N. TOBEN WICHITA, KS 67226

316-888-8888

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

**EXHIBIT 20**

# KANSAS STANDARD OFFENSE REPORT
## FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 1

☒ INITIAL  ☐ DELETE
☐ MODIFY  ☐ ADD

☐ ON VIEW  ☐ DISPATCHED
☒ CITIZEN  ☐ DICTATED

**NAME OF AGENCY:** WICHITA POLICE DEPARTMENT
**KS AGENCY ORI NUMBER:** KS0870300
**CASE NUMBER:** 18C053858

### INCIDENT

| DATE OF REPORT (MMDDCCYY) | TIME REPORTED | DATE OFFENSE STARTED (MMDDCCYY) | TIME | DATE OFFENSE ENDED (MMDDCCYY) | TIME |
|---|---|---|---|---|---|
| 8/18/18 | 1555 | 8/18/18 | 1530 | 8/18/18 | 1555 |

**EXCEPTIONAL CLEARANCE DATE (MMDDCCYY):**
**EXCEPTIONAL CLEARANCE:** A ☐ DEATH OF OFFENDER  B ☐ PROSECUTION DENIED  C ☐ EXTRADITION DENIED  D ☐ VICTIM REFUSES TO TESTIFY  E ☐ JUVENILE-NO CUSTODY  N ☐ NOT APPLICABLE

**LOCATION OF OFFENSE:** 3741 N Rock Rd #212
**REPORT AREA:**
**ADDITIONAL OFFICER:**
**CONNECTING CASES:**

### OFFENSE #1

| CHAPTER | SECTION | SUB1 | SUB2 |
|---|---|---|---|
| 21 | 5413 | | |

☐ ATTEMPTED  ☐ COMPLETED
☐ AID/ABET  ☐ CONSPIRACY  ☐ SOLICITATION

**DESCRIPTION:** Agg Battery: DV

| PREMISE | # OF PREM | HATE/BIAS | CAMPUS CODE | METHOD OF ENTRY |
|---|---|---|---|---|
| 33 | 1 | 88 | n/a | F ☐ FORCE  N ☐ NO FORCE |

**TYPE OF THEFT:**
M ☐ COIN MACHINE   E ☐ EMBEZZLEMENT
B ☐ FROM BUILDING   T ☐ POSS. STOLEN PROP
A ☐ M V PARTS & ACC.   V ☐ MOTOR VEHICLE
L ☐ SHOPLIFTING   F ☐ THEFT FROM M V
P ☐ POCKET-PICKING   O ☐ ALL OTHER
S ☐ PURSE SNATCHING   N ☒ NOT APPLICABLE

**TYPE OF FORCE/WEAPON:**
11. ☐ FIREARM   ☐ AUTO
12. ☐ HANDGUN   ☐ AUTO
13. ☐ RIFLE   ☐ AUTO
14. ☐ SHOTGUN   ☐ AUTO
15. ☐ OTHER FIREARM   ☐ AUTO

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3):**
A ☐ ALCOHOL   D ☐ DRUGS/NARC.
C ☐ COMPUTER EQUIP.   N ☒ NOT APPLICABLE

20. ☒ KNIFE / CUT INSTR.
30. ☐ BLUNT OBJECT
35. ☐ MOTOR VEHICLE
40. ☐ PERSONAL WEAPON
50. ☐ POISON
60. ☐ EXPLOSIVE
65. ☐ FIRE / INCID / DEVICE
70. ☐ DRUGS/ NARCOTICS
85. ☐ ASPHYXIATION
90. ☐ OTHER
95. ☐ UNKNOWN
99. ☐ NONE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3):**
B ☐ BUYING / RECEIVE   T ☐ TRANS / TRANSMIT / IMPORT
C ☐ CULT / MANU / PUBL
D ☐ DIST / SELLING   U ☐ USING / CONSUMING
E ☐ EXPLOIT. CHILDREN   J ☐ JUVENILE GANG
O ☐ OPER / PROMOTE / ASSIST   G ☐ OTHER GANG   N ☒ NO GANG INVOLVEMENT
P ☐ POSSESS / CONCEAL.

**LOCAL CODE (CLASSIFICATION):** 0411

### OFFENSE #2
(blank)

### VICTIM #1

**TYPE OF VICTIM:**
I ☒ INDIVIDUAL   S ☐ SOCIETY/PUBLIC   R ☐ RELIGIOUS ORGANIZATION   O ☐ OTHER
B ☐ BUSINESS   F ☐ FINANCIAL INSTITUTION   G ☐ GOVERNMENT   U ☐ UNKNOWN

**VICTIM OF OFFENSE NUMBER (CIRCLE):** 1. ☒  2. ☐  3. ☐  4. ☐  5. ☐  6. ☐  7. ☐  8. ☐  9. ☐  10. ☐

**NAME (LAST FIRST MIDDLE):** (RV1) Smith Bruce M
**ADDRESS:** 3741 N Rock Rd #212  Wichita  KS  67226

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES./N-RES | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| 9184070359 | B | M | N | R | 48 | @@@@ | | | Bal | Bro |

**DRIVERS LICENSE NUMBER:**  **DL STATE:**  **E-MAIL ADDRESS:**  **EMPLOYER/SCHOOL:**
**TELEPHONE NUMBER (WORK / SCHOOL):**  **ADDRESS:**

**CIRCUM. AGG ASLT/BATTERY (MAX 2):** 01
**VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER:** 1. BG  2.  3.  4.  5.  6.  7.  8.  9.  10.
**TYPE OF INJURY (MAX 5):** 1.  2.  3.  4.  5.

### RP / W / O
(blank)

### PROP. DESCRIPTION

TYPE PROPERTY LOSS  1=NONE  2=BURNED  3=COUNTERFEIT/FORGERY  4=DESTROYED/DAMAGED/VANDALIZED  5=RECOVERED  6=SEIZED  7=STOLEN  8=UNKNOWN

| TYPE LOSS | PROPERTY/DRUG CODE | DESCRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | RECOVERY DATE |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |

**REPORTING OFFICER:** J Levasseur
**BADGE/ID:** 2482
**DATE:** 8/18/18
**COPIES TO:** Sex
**PROPERTY TOTAL:** $0

## CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD

| AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT | PAGE |
|---|---|---|---|
| KS0870300 | 18C053858 | 8/18/18 | 1 OF 1 |

**METHOD OF OPERATION**

INSTRUMENT USED FOR ENTRY:
1. ☐ KEY   5. ☐ BOLT CUTTER   9. ☐ THROWN OBJECT
2. ☐ PRY TOOL   6. ☐ CHOPPING TOOL   10. ☐ OTHER
3. ☐ SAW / DRIL   7. ☐ VISE GRIPS   11. ☒ NOT APPLICABLE
4. ☐ HAMMER   8. ☐ PHYSICAL FORCE

POINT OF ENTRY:
9. ☒ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE   4. ☐ ROOF

POINT OF EXIT:
9. ☒ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE   4. ☐ ROOF

PREMISE NEIGHBORHOOD:
R. ☐ RURAL / FARM / AGRICULTURE
S. ☒ SUBURBAN / RESIDENCE
B. ☐ URBAN / BUSINESS / COMMERCIAL
U. ☐ UNINHABITED

SAFE ENTERED:
1. ☐ YES   3. ☐ ATTEMPTED   5. ☐ PEELED   7. ☐ COMBINATION KNOWN
2. ☐ NO   4. ☐ REMOVED   6. ☐ EXPLODED   9. ☒ NOT APPLICABLE

INCIDENT ACTIVITY:
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT
D. ☒ DOMESTIC VIOLENCE
J. ☐ CAR JACKING
N. ☐ NOT APPLICABLE

**SUSPECT #**

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| (A1) Darkis | Francis | Marion |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 1316 N Estelle | Wichita | KS | 67214 |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | F | N | R | 36 | @1@81@ | 509 | 160 | Blk | Bro |

| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| 515848595 | | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | | | | |

**SUSPECT #**

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| | | |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| | | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| | | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | | | | |

EVIDENCE INFORMATION: ☐ NONE ☒ SUBMITTED ☐ RETAINED BY VICTIM ☐ RETAINED BY OFFICER ☐ RETAINED BY INVESTIGATIVE AGENCY

EVIDENCE OBTAINED: ☐ LATENT PRINTS ☐ WEAPONS / TOOLS ☐ SEXUAL ASSAULT KIT ☐ STAINS ☐ SEMEN ☐ DRUGS ☐ OTHER PRINTS ☒ PHOTOS
☐ HAIR ☐ BLOOD ☐ DOCUMENTS ☐ ALCOHOL ☒ OTHER Taped Interview, Clothing

SSN OF VICTIM:

SSN OF RP/W/O:

**SYNOPSIS:** RV1 reports his wife A1 attacking him with a knife during an argument. RV1 had a cut shirt and scratches on his stomach. A1 Mirandized and interviewed. A1 transported and booked to ADF for Aggravated Battery-DV, and 3 City of Wichita bench warrants authority Sgt Crouch. Photos taken. Evidence submitted. AXON available. Taped interview conducted.

**NARRATIVE:**

On 8/18/2018, I was originally dispatched to the QuikTrip in the area of 37th and Rock as a wireless position only for an unknown call for police. Dispatch advised that a male at that time said that he had been fighting with his girlfriend and she accidentally cut him. The male wanted to know what would happen to the female. He then hung up shortly afterwards. The same phone number called dispatch again and advised someone had cut his shirt at the Rock Rd QuikTrip. The male then did not answer the phone several times when dispatch attempted call back. The male then called back again and advised dispatch that he was at Arbys and had been in an argument with his girlfriend earlier and she threatened him with a knife. He said that his girlfriend cut him but he did not need EMS. He said he did not know where the knife was at this time. The calling party said he was at the Presto gas station on Rock Rd at K96 and Rock. Upon arrival Officer Williams detained the female on scene, who was identified as (A1) Francis Darkis. The male on scene, later identified as Bruce Smith, pointed out Francis as the suspect in the parking lot.

I then spoke with Bruce. Bruce explained that he has been in a dating relationship with Francis for sixteen years. He said today he went to pick Francis up from 13th and Grove where she had been at the liquor store after seeing her sister. They then went to his hotel, Super 8, located at 3741 N Rock Rd. After arriving there, Francis asked if he was cheating on him with a female in the lobby, and Bruce told her that he did not even know the woman. Bruce

said while in the hotel room #212 he and Francis began to argue with him about him not giving money to her and refusing her his debit card. He said that Francis has been using drugs and he is tired of giving her money and feeding her addiction. Bruce said that Francis began to get louder and louder during the argument because of his refusal to give in to her request for money, and Francis then put her arm behind her back and made a slashing motion at him with a knife in her had. Bruce said he barely saw the knife out of the corner of his eye. He said that he sucked in his stomach and tried to avoid the knife. The knife caused a tear in his shirt and a scratch on the left side of his torso. Bruce said they then went to QuikTrip to get Francis cigarettes and then went to Arby's. Francis started walking off from Arby's to the Presto, so Bruce said he followed her. Bruce told me that he was within 3 feet of Francis when she tried to attack him with the knife and stated he was in fear for his life. He told me that he really just wanted Francis to calm down, but she would not calm down. He said that he tried to keep her calmed down so he took her to QuikTrip and Arby's in hope that she would not leave before police arrived. He told me that he called 911 several times, but his phone kept dying. I asked Bruce if he would allow me to search his hotel room and he did not allow me to search for the knife. He did allow me to search his vehicle, but I was unable to find the knife used or any knife. I never located the knife used in the argument. Bruce did give me his shirt to submit as evidence.

I read Miranda to Francis at 1647 hours and she agreed to speak with me and said she understood her rights. Francis said she was with her sister at 1316 N Estelle. Her boyfriend of sixteen years, Bruce, came and picked her up. Francis said she didn't really want to be around him because they had a domestic violence incident a week ago. She decided to go with him for a little while and he drove all the way out to Rock Rd. Francis said they went to the Super 8 and he spoke about getting back together, but Francis told him she didn't want to do that. They then walked to QuikTrip for cigarettes and then went to Arby's. She said she never put a hand on Bruce and did not have a knife in her possession.

Officer Williams checked SPIDER and found that Francis had three bench warrants .Francis was arrested and booked HFSW for Aggravated Battery-DV, City of Wichita Bench Warrant under court case 17DR001845 and police case number 17C079585 for Possession of Drug Paraphernalia with $2,500 bond, City of Wichita Bench Warrant under court case 17CM003190 and police case number 17C079579 for Petit Theft with $2,500 and City of Wichita Bench Warrant under court case 17TM035875 and police case 17C086470 for Drive on Suspended and Fail to Signal Turn with $2,500 bond. Authority Sgt. Crouch. Axon available. Photos of Bruce submitted. Bruce's t-shirt submitted.

| SIGNATURE: J Levasseur 2482 | CASE NUMBER: 18C053858 | DATE: 8/18/18 |
|---|---|---|