| | For Clerks Use Only |
|---|---|
| MAELLA BLALOCK | 17C047409-20C513690 |
| Plaintiff | |
| VS | |
| SRKBS HOTEL, LLC ET.AL | |
| Respondent | |

CASE NO. **21-CV-02552-DDC-GEB**

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

I, RITA THOMPSON #V1151, being first duly sworn, an oath, depose and say that:

I am a duly authorized custodian of the business records of **THE WICHITA POLICE DEPARTMENT,** and have the authority to certify those records.

The copy of the records attached to this affidavit is a true copy of the records described in the subpoena.

The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

*Rita Thompson*
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

*(Notary Public)*

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

My Appointment Expires 9-17-24

### CERTIFICATE OF MAILING

I hereby certify that on FEBRUARY 8TH, 2023, I mailed a copy of the above affidavit to: JEFFREY WILSON at 3241 N. TOBEN. WICHITA, KS 67226 by depositing it with the United States Postal Service for delivery with postage prepaid.

*Rita Thompson*
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

*(Notary Public)*

My Appointment Expires 9-17-24

| | |
|---|---|
| ATTORNEY FOR: PLAINTIFF | VICTORIA MALTER |
| (Name and address) JEFFREY WILSON #26527 | NOTARY PUBLIC |
| 3241 N. TOBEN  WICHITA, KS 67226 | STATE OF KANSAS |
| 316-888-8888 | My Appt. Exp. 9-17-24 |

**EXHIBIT 21**

# KANSAS STANDARD OFFENSE REPORT
## FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 2

- ☒ INITIAL
- ☐ MODIFY
- ☐ DELETE
- ☐ ADD
- ☐ ON VIEW
- ☐ CITIZEN
- ☒ DISPATCHED
- ☐ DICTATED

**NAME OF AGENCY:** WICHITA POLICE DEPARTMENT
**KS AGENCY ORI NUMBER:** KS0870300
**CASE NUMBER:** 18C062612

**DATE OF REPORT (MMDDCCYY):** 9/23/2018
**TIME REPORTED:** 1856 HRS
**DATE OFFENSE STARTED (MMDDCCYY):** 9/23/2018
**TIME:** 1850 HRS
**DATE OFFENSE ENDED (MMDDCCYY):** 9/23/2018
**TIME:** 1856 HRS

**EXCEPTIONAL CLEARANCE DATE (MMDDCCYY):**
**EXCEPTIONAL CLEARANCE:**
- A ☐ DEATH OF OFFENDER
- B ☐ PROSECUTION DENIED
- C ☐ EXTRADITION DENIED
- D ☐ VICTIM REFUSES TO TESTIFY
- E ☐ JUVENILE-NO CUSTODY
- N ☒ NOT APPLICABLE

**LOCATION OF OFFENSE:** 3741 N. ROCK RD
**REPORT AREA:** 46
**ADDITIONAL OFFICER:**
**CONNECTING CASES:**

## OFFENSE #1

**CHAPTER:** 21  **SECTION:** 5413  **SUB1:**  **SUB2:**
- ☐ ATTEMPTED
- ☒ COMPLETED
- ☐ AID / ABET
- ☐ CONSPIRACY
- ☐ SOLICITATION

**DESCRIPTION:** SIMPLE BATTERY

**PREMISE:** 33  **# OF PREM:** 1  **HATE/BIAS:** NA  **CAMPUS CODE:** 88
**METHOD OF ENTRY:**
- F ☐ FORCE
- N ☒ NO FORCE

### TYPE OF THEFT
- M ☐ COIN MACHINE
- B ☐ FROM BUILDING
- A ☐ M V PARTS & ACC
- L ☐ SHOPLIFTING
- P ☐ POCKET-PICKING
- S ☐ PURSE SNATCHING
- E ☐ EMBEZZLEMENT
- T ☐ POSS. STOLEN PROP
- V ☐ MOTOR VEHICLE
- F ☐ THEFT FROM M V
- O ☐ ALL OTHER
- N ☒ NOT APPLICABLE

### TYPE OF FORCE / WEAPON
- 11. ☐ FIREARM ☐ AUTO
- 12. ☐ HANDGUN ☐ AUTO
- 13. ☐ RIFLE ☐ AUTO
- 14. ☐ SHOTGUN ☐ AUTO
- 15. ☐ OTHER FIREARM ☐ AUTO
- 20. ☐ KNIFE / CUT INSTR
- 30. ☐ BLUNT OBJECT
- 35. ☐ MOTOR VEHICLE
- 40. ☐ PERSONAL WEAPON
- 50. ☐ POISON
- 60. ☐ EXPLOSIVE
- 65. ☐ FIRE / INCID / DEVICE
- 70. ☐ DRUGS / NARCOTICS
- 85. ☐ ASPHYXIATION
- 90. ☒ OTHER
- 95. ☐ UNKNOWN
- 99. ☐ NONE

### OFFENDER SUSPECTED OF USING (SELECT UP TO 3)
- A ☐ ALCOHOL
- C ☐ COMPUTER EQUIP
- D ☒ DRUGS / NARC
- N ☐ NOT APPLICABLE

### TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3)
- B ☐ BUYING / RECEIVING
- C ☐ CULT / MANU / PUBL
- D ☐ DIST / SELLING
- E ☐ EXPLOIT. CHILDREN
- O ☐ OPER / PROMOTE / ASSIST
- P ☐ POSSESS / CONCEAL
- T ☐ TRANS / TRANSMIT / IMPORT
- U ☐ USING / CONSUMING
- J ☐ JUVENILE GANG
- G ☐ OTHER GANG
- N ☒ NO GANG INVOLVEMENT

**LOCAL CODE (CLASSIFICATION):** 0810

## OFFENSE #2 (blank)

## VICTIM #V1

**TYPE OF VICTIM:**
- I ☒ INDIVIDUAL
- B ☐ BUSINESS
- S ☐ SOCIETY/PUBLIC
- F ☐ FINANCIAL INSTITUTION
- R ☐ RELIGIOUS ORGANIZATION
- G ☐ GOVERNMENT
- O ☐ OTHER
- U ☐ UNKNOWN

**VICTIM OF OFFENSE NUMBER (CIRCLE):** 1. ☒ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☐ 8. ☐ 9. ☐ 10. ☐

**NAME (LAST, FIRST, MIDDLE):** V-1 REYNOLDS DERECK C
**ADDRESS (STREET, CITY, STATE, ZIP):** 11315 GRANDVIEW  KANSAS CITY  MO
**TELEPHONE NUMBER (HOME):** (267)266-1917
**RACE:** B  **SEX:** M  **ETHNICITY:** N  **RES./N-RES:** N  **AGE:** 30
**DATE OF BIRTH (MMDDCCYY):** @/@/@@
**HEIGHT:** XXX  **WEIGHT:** XXX  **HAIR:** XXX  **EYES:** XXX

**DRIVERS LICENSE NUMBER:**  **DL STATE:**  **E-MAIL ADDRESS:**  **EMPLOYER/SCHOOL:**
**TELEPHONE NUMBER (WORK/SCHOOL):**  **ADDRESS:**

**CIRCUM. AGG ASLT/BATTERY (MAX 2):**
**VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER (INDICATE ALL SUSPECTS):** 1. AQ  2.  3.  4.  5.  6.  7.  8.  9.  10.
**TYPE OF INJURY (MAX 5):** 1. M  2.  3.  4.  5.

## RP / W / O

**NAME (LAST, FIRST, MIDDLE):** W-1 NUNLEY ANDRE L
**ADDRESS (STREET, CITY, STATE, ZIP):** 8 BONNETERRE DR  COLLINSVILLE  IL
**TELEPHONE NUMBER (HOME):** (618)570-0207
**RACE:** B  **SEX:** M  **ETHNICITY:** N  **RES/N-RES:** N  **AGE:** 22
**DATE OF BIRTH (MMDDCCYY):** @/@/@@
**HEIGHT:** XXX  **WEIGHT:** XXX  **HAIR:** XXX  **EYES:** XXX
**EMPLOYER/SCHOOL:**

## PROP. DESCRIPTION

**TYPE PROPERTY LOSS:** 1=NONE 2=BURNED 8 3=COUNTERFEIT/FORGERY 4=DESTROYED/DAMAGED/VANDALIZED 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN

| TYPE LOSS | PROPERTY/DRUG CODE | DESCRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | RECOVERY DATE |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

**REPORTING OFFICER:** D. NOLL
**BADGE / ID:** 2224
**DATE OF REPORT (MMDDCCYY):** 9/23/2018
**COPIES TO:** ROBB
**PROPERTY TOTAL:** $0

Revised 03/2015

# CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD

| AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | PAGE 1 OF 2 |
|---|---|---|---|
| KS0870300 | 18C062612 | 9/23/2018 | |

**METHOD OF OPERATION**

INSTRUMENT USED FOR ENTRY:
1. ☐ KEY  5. ☐ BOLT CUTTER  9. ☐ THROWN OBJECT
2. ☐ PRY TOOL  6. ☐ CHOPPING TOOL  10. ☐ OTHER
3. ☐ SAW/DRILL  7. ☐ VISE GRIPS  11. ☒ NOT APPLICABLE
4. ☐ HAMMER  8. ☐ PHYSICAL FORCE

POINT OF ENTRY:
9. ☒ NOT APPLICABLE
1. ☐ FRONT  2. ☐ REAR
3. ☐ SIDE  4. ☐ ROOF

POINT OF EXIT:
9. ☒ NOT APPLICABLE
1. ☐ FRONT  2. ☐ REAR
3. ☐ SIDE  4. ☐ ROOF

PREMISE NEIGHBORHOOD:
R. ☐ RURAL / FARM / AGRICULTURE
S. ☐ SUBURBAN / RESIDENCE
B. ☒ URBAN / BUSINESS / COMMERCIAL
U. ☐ UNINHABITED

SAFE ENTERED:
1. ☐ YES  3. ☐ ATTEMPTED  5. ☐ PEELED  7. ☐ COMBINATION KNOWN
2. ☐ NO  4. ☐ REMOVED  6. ☐ EXPLODED  9. ☒ NOT APPLICABLE

INCIDENT ACTIVITY:
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT  J. ☐ CAR JACKING
D. ☐ DOMESTIC VIOLENCE  N. ☒ NOT APPLICABLE

## SUSPECT #S-1

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| S-1 MOORE | ROBIN | D |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 2203 W. COLUMBINE | WICHITA | KS | 67214 |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| (316)722-9088 | B | F | N | R | 54 | 10/@1@6@ | 5'2" | 200 | BLK | BRO |

| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| 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 | | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | MO/YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | / | | | |

## SUSPECT #O-1

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| O-1 WOODARD | KARON | R |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 2203 W. COLUMBINE | WICHITA | KS | 67214 |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| (316)305-1284 | B | F | N | R | 331 | @2@/1@8@ | 5'10 | 275 | BLK | BRO |

| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| 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 | | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| | | | | |

| LICENSE NUMBER | MO/YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| | / | | | |

EVIDENCE INFORMATION: ☐ NONE ☒ SUBMITTED ☐ RETAINED BY VICTIM ☐ RETAINED BY OFFICER ☐ RETAINED BY INVESTIGATIVE AGENCY

EVIDENCE OBTAINED: ☐ LATENT PRINTS ☐ WEAPONS/TOOLS ☐ SEXUAL ASSAULT KIT ☐ STAINS ☐ SEMEN ☐ DRUGS ☐ OTHER PRINTS ☒ PHOTOS ☐ HAIR ☐ BLOOD ☐ DOCUMENTS ☐ ALCOHOL ☐ OTHER

| SSN OF VICTIM | SSN OF RP/W/O |
|---|---|
| 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 | |

**SYNOPSIS:** V-1 REPORTS S-1 SPRAYING HIM IN FACE WITH PEPPER SPRAY AFTER HE HAD ARGUMENT WITH O-1 OVER O-2, ABOVE DATE, TIME AND LOCATION. MEDIC 34 ONSCENE AND REFUSED. V-1 DESIRES PROSECTION. S-1 NOT ON SCENE. AXON.

**NARRATIVE:**
Off. D. Noll#2224, 9/23/18, 1856hrs, while riding 44B, dispatched to 3741 N. Rock (Super 8) in reference to a unknown disturbance, possible DV. Upon arrival contacted V-1 Dereck Reynolds who was rubbing his eyes and appeared to have pepper spray stains on the front of his shirt. Dereck stated he and his ex-girl friend O-1 Karon Woodard were meeting at the Super 8 to exhange a child Kaishaun Woodard as he had a court order stating he had visitation. Dereck stated Karon got upset and began demanding that he tell her what room number he was going to be in and he did not want her to know the room number. He states he had ahold of the child and Karon began trying to pull the kid away from him while out in the parking lot. He states he did not want the child to get hurt so he let go of him. He states he and Karon had calmed down after a few minutes and they were out in the parking lot when S-1 Robin Moore arrived with several other people and she began yelling at him about the issue with the child. He states he was just leaning up against a car when Robin walked up to him and sprayed him in the face with pepper spray. He stated as Robin pulled up, Karon started yelling at him again and after robin sprayed him he could hear

multiple other people yelling at him about the child, he could not see them because of the pepper spray. Dereck states they all got into vehicles and left the area. Dereck requested EMS and Medic 34 arrived. Dereck then refused treatment.

I contacted W-1 Andre Nunley in the parking lot. He stated he was outside when he saw Dereck and Karon yelling at each other about the child. He states several other people showed up in a gold car and began trying to get Dereck to fight them. He looked away briefly and when he looked back he saw that Dereck ahd been pepper sprayed in the face and cars began leaving the parking lot. Andre did not see who sprayed Dereck, only heard him say he had been sprayed in the face. Employees of the Hotel were contacted. No video is available for the parking lot area.

Dereck stated he and Robin had never resided together. He initially did not advise if he wanted to press charges, later called back stating he did wish to press charges on Robin. Dereck stated he also believed the other folks that had arrived were possibly Karon's dad and brother. Dereck stated he did not know names or addresses for them. Photos taken, see AXON.

| SIGNATURE: | CASE NUMBER | DATE |
|---|---|---|
| | 18C062612 | 9/23/2018 |

Revised 03/2015

# KANSAS OFFENSE REPORT SUPPLEMENTAL NAMES / FRONT PAGE OPEN PUBLIC RECORD

| NAME OF AGENCY | AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | PAGE |
|---|---|---|---|---|
| WICHITA POLICE DEPARTMENT | KS0870300 | 18C062612 | 9/23/2018 | 2 of 2 |

## VICTIM # O-2

TYPE OF VICTIM: I ☐ INDIVIDUAL   S ☐ SOCIETY/PUBLIC   R ☐ RELIGIOUS ORGANIZATION   O ☐ OTHER
B ☐ BUSINESS   F ☐ FINANCIAL INSTITUTION   G ☐ GOVERNMENT   U ☐ UNKNOWN

VICTIM OF OFFENSE NUMBER (CHECK): 1.☐ 2.☐ 3.☐ 4.☐ 5.☐ 6.☐ 7.☐ 8.☐ 9.☐ 10.☐

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| @@@@@@@@@@@@@@@@@ | | |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 2203 W. COLUMBINE | WICHITA | KS | |

| TELEPHONE (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| (316)305-1284 | B | M | N | R | 0 | @@@@@@ | XXX | XXX | XXX | XXX |

DRIVERS LICENSE NUMBER | DL STATE | E-MAIL ADDRESS | EMPLOYER/SCHOOL

TELEPHONE NUMBER (WORK/SCHOOL) | ADDRESS STREET | CITY | STATE | ZIP

CIRCUM AGG ASLT/BATTERY (MAX 2) | VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER | TYPE OF INJURY (MAX 5)

---

## VICTIM # (blank)

TYPE OF VICTIM: I ☐ INDIVIDUAL   S ☐ SOCIETY/PUBLIC   R ☐ RELIGIOUS ORGANIZATION   O ☐ OTHER
B ☐ BUSINESS   F ☐ FINANCIAL INSTITUTION   G ☐ GOVERNMENT   U ☐ UNKNOWN

VICTIM OF OFFENSE NUMBER (CHECK): 1.☐ 2.☐ 3.☐ 4.☐ 5.☐ 6.☐ 7.☐ 8.☐ 9.☐ 10.☐

(blank fields)

---

## VICTIM # (blank)

TYPE OF VICTIM: I ☐ INDIVIDUAL   S ☐ SOCIETY/PUBLIC   R ☐ RELIGIOUS ORGANIZATION   O ☐ OTHER
B ☐ BUSINESS   F ☐ FINANCIAL INSTITUTION   G ☐ GOVERNMENT   U ☐ UNKNOWN

(blank fields)

---

## VICTIM # (blank)

TYPE OF VICTIM: I ☐ INDIVIDUAL   S ☐ SOCIETY/PUBLIC   R ☐ RELIGIOUS ORGANIZATION   O ☐ OTHER
B ☐ BUSINESS   F ☐ FINANCIAL INSTITUTION   G ☐ GOVERNMENT   U ☐ UNKNOWN

(blank fields)

---

| REPORTING OFFICER | BADGE/ID | DATE OF REPORT (MMDDCCYY) | COPIES TO |
|---|---|---|---|
| D. NOLL | 2224 | 9/23/2018 | ROBB |

Revised 03/2015

| CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD ||||||
|---|---|---|---|---|---|
| NAME OF AGENCY<br>WICHITA POLICE DEPARTMENT | AGENCY ORI NUMBER<br>KS0870300 | CASE NUMBER<br>18C062612 | DATE OF REPORT (MMDDCCYY)<br>9/23/2018 || PAGE 2 OF 2 |

**SUSPECT #**

| NAME | LAST | | | FIRST | | | MIDDLE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | | | CITY | | | | STATE | | ZIP | |
| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES | |
| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | | | ADDRESS | | | | TELEPHONE NUMBER (WORK/SCHOOL) | | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| LICENSE NUMBER | MO / YEAR / | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |

**SUSPECT #**

| NAME | LAST | | | FIRST | | | MIDDLE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | | | CITY | | | | STATE | | ZIP | |
| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES | |
| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | | | ADDRESS | | | | TELEPHONE NUMBER (WORK/SCHOOL) | | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| LICENSE NUMBER | MO / YEAR / | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |

**SUSPECT #**

| NAME | LAST | | | FIRST | | | MIDDLE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | STREET | | | CITY | | | | STATE | | ZIP | |
| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES / N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES | |
| SOCIAL SECURITY NUMBER | EMPLOYER / SCHOOL | | | ADDRESS | | | | TELEPHONE NUMBER (WORK/SCHOOL) | | | |

MONIKERS / ALIAS

ADDITIONAL SUSPECT DESCRIPTORS

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| LICENSE NUMBER | MO / YEAR / | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |

| SSN OF V/W/O: | SSN OF V/W/O: | SSN OF V/W/O: | SSN OF V/W/O: |
|---|---|---|---|
| SIGNATURE: *[signature]* || CASE NUMBER:<br>18C062612 | DATE OF REPORT (MMDDCCYY):<br>9/23/2018 |

Revised 03/2015