| | For Clerks Use Only |
|---|---|
| MAELLA BLALOCK | 17C047409-20C513690 |
| Plaintiff | |
| VS | |
| SRKBS HOTEL, LLC ET.AL | |
| Respondent | |

CASE NO. **21-CV-02552-DDC-GEB**

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

I, RITA THOMPSON #V1151, being first duly sworn, an oath, depose and say that:

I am a duly authorized custodian of the business records of **THE WICHITA POLICE DEPARTMENT**, and have the authority to certify those records.

The copy of the records attached to this affidavit is a true copy of the records described in the subpoena.

The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

_Rita Thompson_
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

_(Notary Public)_

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

My Appointment Expires 9-17-24

### CERTIFICATE OF MAILING

I hereby certify that on FEBRUARY 8TH, 2023, I mailed a copy of the above affidavit to: JEFFREY WILSON at 3241 N. TOBEN. WICHITA, KS 67226 by depositing it with the United States Postal Service for delivery with postage prepaid.

_Rita Thompson_
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

_(Notary Public)_

My Appointment Expires 9-17-24

ATTORNEY FOR: PLAINTIFF

(Name and address) JEFFREY WILSON #26527

3241 N. TOBEN  WICHITA, KS 67226

316-888-8888

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

**EXHIBIT 22**

# Wichita Police Department

## Incident: 18C063284

### Incident details:

| | |
|---|---|
| **Incident Type:** | 0811 SIMPLE BATTERY/DV |
| **Incident time:** | 09/26/2018 15:00 - 09/26/2018 15:11 |
| **Reported time:** | 09/26/2018 15:11 |
| **Incident location:** | 3741 N ROCK Road, WICHITA, Kansas USA 67226 (Beat: 46, SubBeat: 188) 67226 |
| **Incident status:** | 31-Pending |
| **Summary:** | V1 REPORTS BATTERY BY S1. V1 HAS NO VISIBLE INJURIES. S1 GONE PRIOR TO ARRIVAL. UNKNOWN WITNESSES LEFT THE SCENE PRIOR TO ARRIVAL. AXON AVAILABLE. WRITTEN. |

### Offenses:

- 0811 SIMPLE BATTERY/DV

### Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | WILLIAMS, JORDAN TAYLOR | **Gender:** | Male |
| **Classification:** | Suspect | **DOB:** | @/@/@@[@] |
| **DL:** | | **SSN:** | @@@@@ |
| **Address:** | 1120 N BRIARWOOD, DERBY, KS USA 67037 [Residence] | | |
| **Telephone:** | (Cell phone) (316) 350-4955 [Residence]<br>(Landline) (316) 366-1092 [Residence] | | |
| **Height:** 6'0" | | **Weight:** 160lb | **Build:** |
| **Race:** White | | **Hair Color:** Brown | **Eye Color:** Brown |

| | | | |
|---|---|---|---|
| **Name:** | TYLSKI, BRYNE T | **Gender:** | Female |
| **Classification:** | Victim | **DOB:** | @/@/@@[@] |
| **DL:** | | | |
| **Address:** | 1718 S BEECH Court, WICHITA, Kansas USA 67207 [Residence] | | |
| **Telephone:** | (Cell phone) (316) 644-1394 [Residence] | | |

| | | | |
|---|---|---|---|
| **Name:** | , SKY | **Gender:** | Female |
| **Classification:** | Other | **DOB:** | [] |
| **DL:** | | | |
| **Address:** | WICHITA, Kansas USA [Residence] | | |

**Telephone:**

## Involved Officers:

- Reporting officer / 9 / BOWKER, R. / #C1526 / Wichita / Sworn
- Records; Supervisor / 9 / COOLEY, M. / #V1349 / Wichita / Inactive employee; Non sworn

## Reports:

### General report:

| | | | |
|---|---|---|---|
| **Author:** | #C1526 BOWKER, R. | **Report time:** | 09/29/2018 16:22 |
| **Entered by:** | | **Entered time:** | |

**Narrative:**

V1/b.tylski REPORTS BATTERY BY S1/j.williams. V1 HAS NO VISIBLE INJURIES. S1 GONE PRIOR TO ARRIVAL. UNKNOWN WITNESSES LEFT THE SCENE PRIOR TO ARRIVAL. AXON AVAILABLE. WRITTEN.

### Victim report:

**Subject:** TYLSKI, BRYNE T / Victim / DOB: 10/29/2000 (22) Gender: Female (1718 S BEECH Court, WICHITA, Kansas USA 67207 (Cell phone) (316) 644-1394 )

| | | | |
|---|---|---|---|
| **Author:** | | **Report time:** | |
| **Entered by:** | | **Entered time:** | |
| **Event time:** | | **Sexual assault kit:** No | **Time:** |

**Violation against victim:**

**Attempted/completed:**

**Weapon causing injury:**                **Level of injury:**

**Accused is:**

**Occupancy:**                **Living together:**

**Officer status:**

**Victim services notified:**                **Victim services accepted:**

**Victim services notified by:**

**Victim notified:**

**Narrative:**