| | For Clerks Use Only |
|---|---|
| MAELLA BLALOCK | 17C047409-20C513690 |
| Plaintiff | |
| VS | |
| SRKBS HOTEL, LLC ET.AL | |
| Respondent | |

CASE NO. **21-CV-02552-DDC-GEB**

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

I, RITA THOMPSON #V1151, being first duly sworn, an oath, depose and say that:

I am a duly authorized custodian of the business records of **THE WICHITA POLICE DEPARTMENT,** and have the authority to certify those records.

The copy of the records attached to this affidavit is a true copy of the records described in the subpoena.

The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

*Rita Thompson*
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

*Victoria Malter*
(Notary Public)

[STAMP: VICTORIA MALTER NOTARY PUBLIC STATE OF KANSAS My Appt. Exp. 9-17-24]

My Appointment Expires 9-17-24

### CERTIFICATE OF MAILING

I hereby certify that on FEBRUARY 8TH, 2023, I mailed a copy of the above affidavit to: JEFFREY WILSON at 3241 N. TOBEN. WICHITA, KS 67226 by depositing it with the United States Postal Service for delivery with postage prepaid.

*Rita Thompson*
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

*Victoria Malter*
(Notary Public)

My Appointment Expires 9-17-24

ATTORNEY FOR: PLAINTIFF
(Name and address) JEFFREY WILSON #26527
3241 N. TOBEN WICHITA, KS 67226
316-888-8888

[STAMP: VICTORIA MALTER NOTARY PUBLIC STATE OF KANSAS My Appt. Exp. 9-17-24]

**EXHIBIT 23**

# KANSAS STANDARD ARREST REPORT

☒ INITIAL ☐ ADD ☐ MODIFY ☐ DELETE         PAGE 2 OF 2

☒ ADULT ☐ JUVENILE ☒ DOMESTIC VIOLENCE ☐ RUNAWAY

## ARREST

| NAME OF AGENCY | KS AGENCY ORI NUMBER | CASE NUMBER | DATE AND TIME OF ARREST |
|---|---|---|---|
| WICHITA POLICE DEPARTMENT | KS0870300 | 19C005518 | 1/26/19, 1605 |

| ARREST TRANSACTION NUMBER | KBI NUMBER | MUG NUMBER / CHECKED BY | | | CAMPUS CODE |
|---|---|---|---|---|---|
| | | Levasseur / 227624 | ☐ NEW ☐ RETAKE ☐ NONE NEEDED | ☐ REGULARS ☐ MOD MAJ ☐ MAJORS | |

TYPE OF ARREST: ☐ ON-VIEW ☒ TAKEN INTO CUSTODY ☐ SUMMONED/CITED - NOT TAKEN INTO CUSTODY ☐ RUNAWAY

DISPOSITION OF JUVENILE ARREST OR RUNAWAY: ☐ HANDLED IN DEPARTMENT ☐ REFERRED TO OTHER AUTHORITIES

ARREST / CONTACT LOCATION: 3741 N Rock Rd

WARRANT NUMBER:     DATE:

## ARRESTEE #1

ARRESTEE / RUNAWAY NAME — LAST, FIRST, MIDDLE: (A1) Sweeney, Daniel Keith

ALIASES/MONIKERS:

ADDRESS: 8405 W Central Ave #1815   CITY: Wichita   STATE: KS   ZIP: 67212

TELEPHONE NUMBER (HOME): 3168218853

| HEIGHT | WEIGHT | HAIR | EYES | RACE | SEX | ETHNICITY | RES/NON-RES | AGE | DOB | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|---|---|---|
| 601 | 230 | Blo | Blu | W | M | N | R | 28 | 6/25/90 | Salina / KS |

| HAIR LENGTH | HAIR STYLE | FACIAL HAIR | GLASSES | TEETH | EYE APPEARANCE | COMPLEXION | BUILD | R-L HANDED | SPEECH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Fair | Larg | | |

SCARS-MARKS-TATTOOS:

DRIVERS LICENSE NUMBER:     DL STATE:     SOCIAL SECURITY NUMBER: 510047898     EMPLOYER / SCHOOL:

TELEPHONE NUMBER (WORK/SCHOOL):     ADDRESS:

| ARRESTEE INJURIES | MIRANDA DATE/TIME | BY: | ARREST APPROVED BY |
|---|---|---|---|
| None | 1/26/19 / 1601 | Seang #1856 | Lt Oldridge |

ARRESTEE ARMED WITH (MAX. 2): ☐ HANDGUN ☐ SHOTGUN ☐ RIFLE ☐ OTHER ☐ AUTO ☐ LETHAL CUTTING INST. ☐ CLUB/BLACKJACK/KNUCKS. ☒ UNARMED

ARRESTEE BEHAVIOR: ☐ DRUNK ☐ DRINKING ☐ PROFANE ☐ BIZARRE BEHAVIOR ☐ INJURED ☐ LOUD ☒ COOPERATIVE ☐ SUICIDAL REMARKS ☐ RESISTED ☐ OTHER

## ADDITIONAL INCIDENTS / CHARGES

| CASE NUMBER | DATE OF INCIDENT | STATE STATUTE VIOLATION | OFFENSE WAS | CLEARANCE INDICATOR |
|---|---|---|---|---|
| 19C005518 | 1/26/19 | 21-5413 | ☐ ATTEMPTED ☐ COMPLETED | ☐ COUNT ☐ MULTIPLE ☐ OUTSIDE AGENCY |

DESCRIPTION: Aggravated Battery-DV   LOCAL CODE: HFSW

TYPE OF THEFT: ☐ M COIN MACHINE ☐ B FROM BUILDING ☐ A MV PARTS & ACC ☐ F THEFT FROM MV ☐ V MOTOR VEHICLE ☐ P POCKET-PICKING ☐ S PURSE SNATCHING ☐ E EMBEZZLEMENT ☐ T POSS STOLEN PROP ☐ O ALL OTHER ☐ N NOT APPLICABLE

Additional Charges (UCC#, CIT# OR WRT#):   ☐ AID/ABET ☐ CONSPIRACY ☐ SOLICITATION

BOND AMOUNT: $

[Additional blank incident/charge sections follow]

REPORTING OFFICER: J Levasseur 2482   ID#:   DATE: 1/26/19   COPIES TO:   SUPERVISOR: SEX   ID#: 1853

| CASE NUMBER 19C005518 | **KANSAS STANDARD ARREST REPORT** | PAGE 2 OF 2 |

### PARENT / GUARDIAN

| PARENT / GUARDIAN NAME | ADDRESS (HOME) | CITY | ST | ZIP |
|---|---|---|---|---|
| EMPLOYER | ADDRESS (EMPLOYER) | CITY | ST | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | | TELEPHONE NUMBER (OTHER) |
| PARENT / GUARDIAN NAME | ADDRESS (HOME) | CITY | ST | ZIP |
| EMPLOYER | ADDRESS (EMPLOYER) | CITY | ST | ZIP |
| TELEPHONE NUMBER (HOME) | TELEPHONE NUMBER (WORK) | | | TELEPHONE NUMBER (OTHER) |

### NARRATIVE / AFFIDAVIT

State of Kansas; Sedgwick county, ss:

I, J Levasseur 2482 of lawful age, after first being duly sworn on oath, on information and belief states:

On 1/26/19 at 1527 in Wichita, Sedgwick County, Kansas, I, Officer J Levasseur 2482 Was dispatched to the Super 8 Motel room #113 located at 3741 N Rock Rd for a domestic violence disturbance. Dispatch advised that the calling that some children reported a disturbance between their mother and her boyfriend.

I arrived on scene and spoke with the female half who was identified as Stephanie Moren (V1). Stephanie told me that she and her boyfriend Daniel Sweeney (A1) got into a fight about some infidelity issues. Stephanie said that while she was in their room, Daniel came in and started to accuse her of cheating on him with a mutual friend named Raven. She said that she went into the bathroom and locked the door. She said that Daniel then told her, "Let me in. You know I can do it." She said that he was telling her that he could kick the door in. She said that Daniel then kicked the bathroom door and somehow unlocked the door with a knife or bobby pin. Stephanie said that when he came in, he hit her on the left side of her hand with his hand, and told her to be quiet and started to count from 1-3. She said that he told her he would hit her again. She said that Daniel then reached and grabbed her throat with both of his hands and squeezed. She said that he held her neck for 10-15 seconds, but it felt like forever. She said that while she was being choked, she felt tingling in her hands, she tried to yell out, but could not speak, and said that her throat is now sore. She told me that the only reason why Daniel stopped choking her was because the boys knocked on the door and he let go. Stephanie had a visible red mark on her hand, and scratches and redness of her neck. I took photos of her and of her injuries. I also conducted a taped interview with Stephanie. For more information, see Sedgwick County outside case 19S00812.

Officer Seang #1856 interviewed the calling party Logan Elliott (R1) who told him that he and his brother were in the lobby playing games when his brother left. He said that his brother left and came back telling him that their mother and Daniel were arguing so he had the front desk called 911. Officer Seang also placed Daniel into custody and attempted to Mirandize and interview Daniel. Daniel invoked when he was read his Miranda Rights and refused to speak anymore. See Office Seang's supplemental report for more.

Daniel was ran through SPIDER and they advised he had no warrants, but was on parole. His Triple I was checked for DV Battery and it came back negative. Daniel was transported and booked to ADF for Aggravated Battery-DV HFSW authority Lt Oldridge. Photos and taped interview submitted. AXON available.

NOTARY PUBLIC - State of Kansas
NATHAN W. HINSHAW
My Appt Expires 2-16-20

I VERIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed 26 Day Of January 2019x _____ (Signature)
J Levasseur 2482

### OTHER

**EVIDENCE:**
- ☐ LATENT PRINTS  ☐ STAINS  ☐ WEAPONS – TOOLS  ☐ DRUGS  ☐ SEXUAL ASSAULT KIT
- ☐ OTHER PRINTS  ☐ BLOOD  ☐ DOCUMENTS  ☐ ALCOHOL  ☐ NONE
- ☐ HAIR  ☐ SEMEN  ☐ PHOTOS  ☐ DNA  ☐ OTHER (LIST)

**SUPPORTING DOCUMENTS:**
- ☐ COMMITMENT ORDER  ☐ MEDICAL RELEASE  ☐ CUSTODY SLIP  ☐ INCIDENT REPORT  ☐ NONE
- ☐ COPY OF BOND  ☐ JUDGE'S NOTES  ☐ SIX-HOUR HOLD  ☐ EVIDENCE STORED  ☐ OTHER (LIST)
- ☐ BODY RECEIPT  ☐ NTA'S  ☐ PRINTS / PHOTO TAKEN

**TYPE OF RELEASE:**
- ☐ PAROLE  ☐ BOND  ☐ COURT ORDER  ☐ NOTICE TO APPEAR  ☐ NO CHARGE FILED  ☐ OTHER (LIST)

# Wichita Police Department

## Incident: 19C005518

### Incident details:

| | |
|---|---|
| **Incident Type:** | 0411 AGGRAVATED BATTERY/DV |
| **Incident time:** | 01/26/2019 15:00 - 01/26/2019 15:17 |
| **Reported time:** | 01/26/2019 15:17 |
| **Incident location:** | 3741 N ROCK Road, Apartment 113, WICHITA, Kansas USA 67226 (Beat: 46, SubBeat: 188) 67226 |
| **Incident status:** | 13-Clear DA den. pros. misd. wt drwn susp. not in cust. |
| **Summary:** | R-1 REPORTS A-1 BATTERING V-1. V-1 HAD VISIBLE INJURIES. EMS REFUSED. A-1 ARR/BKD ADF HFSW. AUTH LT OLDRIDGE. PHOTOS AND TAPED INTERVIEW CONDUCTED. AXON. *OFFICER PHONE* |

### Offenses:

- 0411 AGGRAVATED BATTERY/DV
- 2679 DESTRUCTION TO PROPERTY/OTHER

### Involved Persons:

| | |
|---|---|
| **Name:** | SWEENEY, DANIEL K |
| **Gender:** | Male |
| **Classification:** | Arrested |
| **DOB:** | @/@/@@[@] |
| **DL:** | |
| **SSN:** | @@@@@@ |
| **Address:** | 4133 E JONQUIL CT, SEDGWICK KS USA 67210 [Residence] |
| **Telephone:** | (Cell phone) (316) 778-8559 [Residence]<br>(316) 226-2874 [Residence]<br>(Cell phone) (316) 821-8853 [Other] |

| | |
|---|---|
| **Name:** | SUPER 8 MOTEL |
| **Gender:** | |
| **Classification:** | Victim |
| **DOB:** | [] |
| **DL:** | |
| **Address:** | 3741 N ROCK RD, WICHITA, SEDGWICK KS USA 67226 [Business] |
| **Telephone:** | (Landline) (316) 350-7261 [Business] |

| | |
|---|---|
| **Name:** | MOREN, STEPHANIE M |
| **Gender:** | Female |
| **Classification:** | Victim |
| **DOB:** | @/@/@@[@] |
| **DL:** | |
| **SSN:** | @@@@@@ |
| **Address:** | 4515 S HEMLOCK Avenue, WICHITA, KS USA 67216 [Residence] |
| **Telephone:** | (Cell phone) (316) 299-3669 [Residence] |

(Cell phone) (316) 371-0951 [Other]
(Landline) (316) 559-8702 [Residence]

| | | | |
|---|---|---|---|
| **Name:** | ELLIOTT, LOGAN | **Gender:** | Male |
| **Classification:** | Complainant/reporting party | **DOB:** | @/@@/@@@@ 07/22/2006 [12] |
| **DL:** | | | |
| **Address:** | 909 N ACADIA Avenue, WICHITA, Kansas USA 67212 (Beat: 199, SubBeat: 221) [Residence] | | |
| **Telephone:** | | | |

## Involved Property:

- Structures: 1203-Other commericial business / Destroy / [BATHROOM DOOR]

## Involved Officers:

- Supplemental reporting / 9 / SEANG, C. / #C1856 / Wichita / Sworn / PROPERTY AND EVIDENCE
- Supervisor / 9 / STEPHENS, J. / #C1897 / Wichita / Sworn / PATROL EAST BUREAU
- Arresting officer; Reporting officer / 9 / LEVASSEUR, J. / #C2482 / Wichita / Sworn / PATROL NORTH BUREAU
- Records; Supervisor / 9 / KALLENBACH (WILLIAMS), W. / #V1329X / Wichita / Non sworn
- Records; Supervisor / 9 / SOSA-GONZALEZ, L. / #V1350 / Wichita / Inactive employee; Non sworn
- Investigator; Supplemental reporting / 9 / TIEDE, T. / #C1702 / Wichita / Sworn / PROFESSIONAL STANDARDS BUREAU / 01/28/2019 / 20190128 --:--:--:---

## Reports:

### General report:

| | | | |
|---|---|---|---|
| **Author:** | #C2482 LEVASSEUR, J. | **Report time:** | 01/26/2019 21:55 |
| **Entered by:** | | **Entered time:** | |

**Narrative:**

 On 1/26/2019 at 1527 hours, I was dispatched to the Super 8 Motel room #113 located at 3741 N Rock Rd for a domestic violence disturbance. Dispatch advised that the calling that some children reported a disturbance between their mother and her boyfriend.
   I arrived on scene and spoke with the female half who was identified as Stephanie Moren (V1). Stephanie told me that she and her boyfriend Daniel Sweeney (A1) got into a fight about some infidelity issues. Stephanie said that while she was in their room, Daniel came in and started to accuse her of cheating on him with a mutual friend named Raven. She said that she went into the bathroom and locked the door. She said that Daniel then told her, "Let me in. You know I can do it." She said that he was telling her that he could kick the door in. She said that Daniel then kicked the bathroom door and somehow unlocked the door with a knife or bobby pin.          Stephanie said that when he came in, he hit her on the left side of her hand with his hand, and told her to be quiet and started to count from 1-3. She said that he told her he would hit her again. She said that Daniel then reached and grabbed her throat with both of his hands and squeezed. She said that he held her neck for 10-15 seconds, but it felt like forever. She said that while she was being choked, she felt tingling in her hands, she tried to yell out, but could not speak, and said that her throat is now sore. She told me that the only reason why Daniel stopped choking her was because the boys knocked on the door and he let go. Stephanie had a visible red mark on her hand, and scratches and redness of her neck. I took photos of her and of her injuries. I also conducted a taped interview with Stephanie. For more information, see Sedgwick County outside case 19S00812.
   Officer Seang #1856 interviewed the calling party Logan Elliott (R1) who told him that he and his brother were in the lobby playing games when his brother left. He said that his brother left and came back telling him that their mother and Daniel were arguing so he had the front desk called 911. Officer Seang also placed Daniel into custody and attempted to Mirandize and interview Daniel. Daniel invoked when he was read his Miranda Rights and refused

to speak anymore. See Office Seang's supplemental report for more.
    Daniel was ran through SPIDER and they advised he had no warrants, but was on parole. His Triple I was checked for DV Battery and it came back negative. Daniel was transported and booked to ADF for Aggravated Battery-DV HFSW authority Lt Oldridge. Photos and taped interview submitted. AXON available.

## Arrest report:

| | |
|---|---|
| **Subject:** | SWEENEY, DANIEL K / Arrested / DOB: 06/25/1990 (32) Gender: Male (4133 E JONQUIL CT, SEDGWICK KS USA 67210 (Cell phone) (316) 778-8559 ) |
| **Author:** | #C2482 LEVASSEUR, J. |
| **Report time:** | |
| **Entered by:** | |
| **Entered time:** | |
| **Charges:** | 19C005518 [1] AGGRAVATED BATTERY, DV Pending |
| **Narrative:** | |

## Victim report:

| | |
|---|---|
| **Subject:** | MOREN, STEPHANIE M / Victim / DOB: 04/29/1985 (37) Gender: Female (4515 S HEMLOCK Avenue, WICHITA, KS USA 67216 (Cell phone) (316) 299-3669 ) |
| **Author:** | |
| **Report time:** | |
| **Entered by:** | |
| **Entered time:** | |
| **Event time:** | |
| **Sexual assault kit:** | No |
| **Time:** | |
| **Violation against victim:** | |
| **Attempted/completed:** | |
| **Weapon causing injury:** | |
| **Level of injury:** | |
| **Accused is:** | |
| **Occupancy:** | |
| **Living together:** | |
| **Officer status:** | |
| **Victim services notified:** | |
| **Victim services accepted:** | |
| **Victim services notified by:** | |
| **Victim notified:** | |
| **Narrative:** | |

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C1856 SEANG, C. | **Report time:** | 01/28/2019 04:17 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |

**Narrative:**

Supplemental Information Report
Case #: 19C005518
Location: 3741 N. Rock Rd #113
Case Heading: Victim: Stehpanie Moran, w/f, 4-29-85, 909 N. Acadia
Arresting: Daniel K. Sweeney, w/m, 6-25-90, 8405 W. Central #1815, 316-821-8853
Other: Logan Elliott, w/m, 2-22-08, 909 N Acadia.
On 1-26-19 at 1517 hours I and Officer Lavesseur #2482 were dispatched to Super 8 motel locate at 3741 N. Rock Rd in reference to a domestic disturbance call. I arrived on scene before Officer Lavesseur arrive. I contacted a Deputy Sheriff who checked out on scene before arrived. SO advised that he is speaking to the female half of the disturbance and he pointed to an unknown white male, later identified as Daniel Sweeney, that was on phone and sitting on the couch in the main lobby of the motel. I approached Daniel and waved to me that he is the other half of the disturbance. Daniel got off the phone and spoke to me briefly. I asked for Daniel personal information. I asked Daniel "what's going on today and why were the Police get a call out here". Daniel pointed to two teenage boys who were playing on the computer in the lobby and said "These boys went through so much". Daniel refused to say anything else. Daniel said "Logan is the one that was calling the Police. I walked to Logan and asked Logan why were the Police were called out here.
Logan stated he and his brother have been staying at this hotel for three weeks now and it's not safe environment. He said he was in the hotel with his brother and Daniel and his mother, Stephanie, gone somewhere with her friend. She came back a few hours later and she got into an argument with Daniel. He and his brothers were in the lobby and they walked to the room. They just heard screaming and yelling by Daniel and Stephanie from inside the room. He ran to main receptionist desk and asked them to call 911. Logan said he did not see anything because they were outside the room when Daniel and Stephanie were fighting.
I contacted Officer Lavesseur who interview Stephanie in the hotel room and I learned Daniel and Stephanie were arguing in the room over infidelity reason. Stephanie ran into the bathroom and locked herself in there to get away from Daniel during the argument. Daniel kicked the bathroom door and came into the bathroom. Daniel began hitting Stephanie and choking Stephanie with both hands. The hotel staffs came into the room and escorted both Daniel and Stephanie into the hotel lobby.
Officer Lavesseur advised me that he have enough to book Daniel for aggravated battery-DV because the door was damaged and Stephanie have visible redness on her neck where Daniel supposedly squeezing her neck with his hands. I advised Officer Lavesseur that I will asked Daniel again about the incident under Miranda.
I re-contacted Daniel in the lobby and I advised Daniel that I will need to ask him about the incident. Daniel asked "am I under arrest" and I said "No not at this time but you are being detain for questioning". Daniel asked what is he being accused of. I advised Daniel that Stephanie said she was hit and choked by you during an argument. Daniel said it's a lied and she did this to her ex-husband too. At 1601 hours I read Daniel his Miranda rights and he understood all of his rights. After Miranda, I asked Daniel if he willing to speak to me about the incident. Daniel asked if he speak and answer my questions it is prevent him from going to jail. I advised Daniel if he speak to me or not, we have enough evidence to book him. Daniel said "then I don't want to talk". At this point I seized my conversation with Daniel and took Daniel into custody. I placed Daniel in Officer Lavesseur patrol car. I checked Daniel through SPIDER and he doesn't have any existing warrant but he is under probation. This is all the information I have at this time. See Officer Lavesseur report for detail.
Name & ID: C. Seang #1856
Bureau/Shift: Patrol North/ 1st Watch
Date: 1/27/2019

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #C1702 TIEDE, T. | **Report time:** | 02/04/2019 10:50 |
| **Entered by:** | | **Entered time:** | |
| **Remarks:** | Approved Report | | |

**Narrative:**

19c005518 - Sweeney
Officer TA Tiede #1702 Supplemental report
1-28-19 assigned case.
Attempted to call Stephanie the victim on 1-28, 29, and 30. Left messages to call back, nothing.
1-29-19 Called Super 8 spoke with Mark the manager he advised did not want to pursue charges for the damaged door.
1-30-19 spoke with Kelli who had been working front desk at the Super 8 when she was asked to call 9-1-1 by L@g@n. Kelli said she had been curious why the kids had been running in and out of the doors all day and they kept coming to the front desk asking for stuff. When the older boy eventually came to the desk and said he was scared and his mom was getting beat up could she please call 9-1-1. She asked if anyone was hurt and he said he thought so. She told them to stay in the lobby until police came.
2-1-19 I went to Wilbur Middle school and spoke with L@g@n about the incident. He said that him and his brother T@st@n had been running in and out of the room being boys. He said they had gone to the room and his mom Stephanie was in the bathroom and Daniel by the bathroom. He noticed the bathroom door had a big hole in it on both sides. Stephanie told him that Daniel had hurt him. Daniel said that everything was okay. L@g@n said he tried calling the cops from the room for some reason he couldn't so he went to the front desk and said we have a situation and asked to use the phone. L@g@n said he call 9-1-1 and he told them that the place was getting torn up and things were going to get out of hand. L@g@n said it was sad seeing Daniel getting arrested. L@g@n said his mom already had marks on her neck. Not even being asked about it. L@g@n said they really want out of their environment to much arguing occurring.
I went to Kensler Elementary where I spoke with T@st@n and asked him about the incident at the Super 8 Motel. T@st@n said that stuff got out of hand with his mom (Stephanie) and Daniel. He said that him and L@g@n had been messing around and had gone back to the room when he observed a hole in the bathroom door. He said him and L@g@n were trying to leave and his mom told them not to leave her. T@st@n said that his mom and Daniel were in the bathroom. Stephanie told the boys that Daniel had hit her, punched her, slapped her and she had a scratch on her neck that wasn't there before.
T@st@n proceeded to tell me that L@g@n does not like his mom and does not get along with her. L@g@n said that Stephanie made it all up and everything she says is a lie.
I then went to the residence at 909 N. Acadia where both the boys said a white mustang would be parked in drive. There were two other vehicles a red truck and a white truck. No one would answer the door. I also called and talked with child advocacy center to share information on kids with DCF, spoke with Delana and sent police case.
2-4-19 presented case to DA, Maggie Mcintire, refused to charge.
Presented to city prosecutor Maria Schrock UCC #11D08377 for DV battery
Case Cleared-DA Denied Prosecution/Misdemeanor Warrant Drawn/ Suspect not in Custody (13)
Officer Tricia A. Tiede #1702