| | |
|---|---|
| MAELLA BLALOCK | For Clerks Use Only |
| Plaintiff | 17C047409-20C513690 |
| VS | |
| SRKBS HOTEL, LLC ET.AL | |
| Respondent | |

CASE NO. **21-CV-02552-DDC-GEB**

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

I, RITA THOMPSON #V1151, being first duly sworn, an oath, depose and say that:

I am a duly authorized custodian of the business records of **THE WICHITA POLICE DEPARTMENT,** and have the authority to certify those records.

The copy of the records attached to this affidavit is a true copy of the records described in the subpoena.

The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

*Rita Thompson*
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

*[signature]*
(Notary Public)

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

My Appointment Expires 9-17-24

### CERTIFICATE OF MAILING

I hereby certify that on FEBRUARY 8TH, 2023, I mailed a copy of the above affidavit to: JEFFREY WILSON at 3241 N. TOBEN, WICHITA, KS 67226 by depositing it with the United States Postal Service for delivery with postage prepaid.

*Rita Thompson*
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH, 2023.

*[signature]*
(Notary Public)

My Appointment Expires 9-17-24

ATTORNEY FOR: PLAINTIFF
(Name and address) JEFFREY WILSON #26527
3241 N. TOBEN  WICHITA, KS 67226
316-888-8888

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

**EXHIBIT 24**

# KANSAS STANDARD OFFENSE REPORT
## FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 1

- ☒ INITIAL
- ☐ DELETE
- ☐ MODIFY
- ☐ ADD
- ☐ ON VIEW
- ☒ DISPATCHED
- ☐ CITIZEN
- ☐ DICTATED

**NAME OF AGENCY:** WICHITA POLICE
**KS AGENCY ORI NUMBER:** KS0870300
**CASE NUMBER:** 19C040349

### INCIDENT
- **DATE OF REPORT:** 6/26/2019
- **TIME REPORTED:** 1510 HRS
- **DATE OFFENSE STARTED:** 6/26/2019
- **TIME:** 1500 HRS
- **DATE OFFENSE ENDED:** 6/26/2019
- **TIME:** 1508 HRS
- **EXCEPTIONAL CLEARANCE DATE (MMDDCCYY):** -
- **EXCEPTIONAL CLEARANCE:**
  - A ☐ DEATH OF OFFENDER
  - B ☐ PROSECUTION DENIED
  - C ☐ EXTRADITION DENIED
  - D ☐ VICTIM REFUSES TO TESTIFY
  - E ☐ JUVENILE-NO CUSTODY N
  - ☒ NOT APPLICABLE
- **LOCATION OF OFFENSE:** 3741 N ROCK ROAD #225
- **REPORT AREA:** 46
- **ADDITIONAL OFFICER(S):** -
- **CONNECTING CASES:** -

### OFFENSE #1
- **CHAPTER:** 21
- **SECTION:** 5414
- **SUB1:** -
- **SUB2:** -
- ☐ ATTEMPTED  ☒ COMPLETED
- ☐ AID / ABET  ☐ CONSPIRACY  ☐ SOLICITATION
- **DESCRIPTION:** SIMPLE BATTER DV
- **PREMISE:** 33
- **# OF PREM:** 1
- **HATE / BIAS:** 88
- **CAMPUS CODE:** NA
- **METHOD OF ENTRY:** F ☐ FORCE   N ☒ NO FORCE

**TYPE OF THEFT:** (all unchecked)
M ☐ COIN MACHINE, E ☐ EMBEZZLEMENT, B ☐ FROM BUILDING, T ☐ POSS. STOLEN PROP, A ☐ M V PARTS & ACC., V ☐ MOTOR VEHICLE, L ☐ SHOPLIFTING, F ☐ THEFT FROM M V, P ☐ POCKET-PICKING, O ☐ ALL OTHER, S ☐ PURSE SNATCHING, N ☒ NOT APPLICABLE

**TYPE OF FORCE / WEAPON:**
- 11. ☐ FIREARM ☐ AUTO
- 12. ☐ HANDGUN ☐ AUTO
- 13. ☐ RIFLE ☐ AUTO
- 14. ☐ SHOTGUN ☐ AUTO
- 15. ☐ OTHER FIREARM ☐ AUTO
- 20. ☐ KNIFE / CUT INSTR.
- 30. ☐ BLUNT OBJECT
- 35. ☐ MOTOR VEHICLE
- 40. ☒ PERSONAL WEAPON
- 50. ☐ POISON
- 60. ☐ EXPLOSIVE
- 65. ☐ FIRE / INCID / DEVICE
- 70. ☐ DRUGS/ NARCOTICS
- 85. ☐ ASPHYXIATION
- 90. ☐ OTHER
- 95. ☐ UNKNOWN
- 99. ☐ NONE

**OFFENDER SUSPECTED OF USING (SELECT UP TO 3):**
A ☐ ALCOHOL, D ☐ DRUGS / NARC., C ☐ COMPUTER EQUIP., N ☒ NOT APPLICABLE

**TYPE OF CRIMINAL ACTIVITY (SELECT UP TO 3):**
B ☐ BUYING / RECEIVE, T ☐ TRANS / TRANSMIT / IMPORT, C ☐ CULT / MANU / PUBL, D ☐ DIST / SELLING, U ☐ USING / CONSUMING, E ☐ EXPLOIT. CHILDREN, J ☐ JUVENILE GANG, O ☐ OPER / PROMOTE / ASSIST, G ☐ OTHER GANG, N ☒ NO GANG INVOLVEMENT, P ☐ POSSESS / CONCEAL.

**LOCAL CODE (CLASSIFICATION):** 0811

### OFFENSE #2 (blank)
CHAPTER -, SECTION -, SUB1 -, SUB2 -
(all fields blank / unchecked)

### VICTIM #1
- **TYPE OF VICTIM:** I ☒ INDIVIDUAL, S ☐ SOCIETY/PUBLIC, R ☐ RELIGIOUS ORGANIZATION, O ☐ OTHER, B ☐ BUSINESS, F ☐ FINANCIAL INSTITUTION, G ☐ GOVERNMENT, U ☐ UNKNOWN
- **VICTIM OF OFFENSE NUMBER:** 1. ☒  2. ☐  3. ☐  4. ☐  5. ☐  6. ☐  7. ☐  8. ☐  9. ☐  10. ☐
- **NAME:** V1 CHEATHAM LARRY SCOTT
- **ADDRESS:** 3741 N ROCK ROAD #225 WICHITA KS 67226
- **TELEPHONE NUMBER (HOME):** (
- **RACE:** W
- **SEX:** M
- **ETHNICITY:** N
- **RES./N-RES:** R
- **AGE:** 42
- **DATE OF BIRTH (MMDDCCYY):** 10/05/1976
- **HEIGHT:** 600
- **WEIGHT:** 160
- **HAIR:** BRO
- **EYES:** BLU
- **DRIVERS LICENSE NUMBER:** -
- **DL STATE:** -
- **E-MAIL ADDRESS:** -
- **EMPLOYER/SCHOOL:** U/E
- **TELEPHONE NUMBER (WORK / SCHOOL):** (
- **ADDRESS:** -
- **CIRCUM. AGG ASLT/BATTERY (MAX 2):** -
- **VICTIMS RELATIONSHIP TO CORRESPONDING SUSPECT NUMBER:** 1. BG
- **TYPE OF INJURY (MAX 5):** 1. M

### RP / W / O
(all fields blank / -)

### PROP. DESCRIPTION
**TYPE PROPERTY LOSS:** 1=NONE  2=BURNED  3=COUNTERFEIT/FORGERY  4=DESTROYED/DAMAGED/VANDALIZED  5=RECOVERED  6=SEIZED  7=STOLEN  8=UNKNOWN

| TYPE LOSS | PROPERTY/ DRUG CODE | DESCRIPTION / SUSPECTED DRUG TYPE | ESTIMATED QUANTITY | FRACTION | TYPE DRUG MEASURE | VALUE | RECOVERY DATE |
|---|---|---|---|---|---|---|---|
| 01 | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |
| | | | | | | $ | |

- **REPORTING OFFICER:** T. R. BAIRD
- **BADGE / ID:** #2317
- **DATE OF REPORT:** 6/26/2019
- **COPIES TO:** SEX
- **PROPERTY TOTAL:** $0

Revised 09/01/2018

# CRIMINAL INVESTIGATION RECORD
**NOT AN OPEN PUBLIC RECORD**

| AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT | PAGE |
|---|---|---|---|
| KS0870300 | 19C040349 | 6/26/2019 | 1 OF 1 |

**METHOD OF OPERATION**

INSTRUMENT USED FOR ENTRY:
1. ☐ KEY  5. ☐ BOLT CUTTER  9. ☐ THROWN OBJECT
2. ☐ PRY TOOL  6. ☐ CHOPPING TOOL  10. ☐ OTHER
3. ☐ SAW/DRILL  7. ☐ VISE GRIPS  11. ☒ NOT APPLICABLE
4. ☐ HAMMER  8. ☐ PHYSICAL FORCE

POINT OF ENTRY: 9. ☒ NOT APPLICABLE  1. ☐ FRONT  2. ☐ REAR  3. ☐ SIDE  4. ☐ ROOF

POINT OF EXIT: 9. ☒ NOT APPLICABLE  1. ☐ FRONT  2. ☐ REAR  3. ☐ SIDE  4. ☐ ROOF

PREMISE NEIGHBORHOOD:
R. ☐ RURAL/FARM/AGRICULTURE
S. ☐ SUBURBAN/RESIDENCE
B. ☒ URBAN/BUSINESS/COMMERCIAL
U. ☐ UNINHABITED

SAFE ENTERED:
1. ☐ YES  3. ☐ ATTEMPTED  5. ☐ PEELED  7. ☐ COMBINATION KNOWN
2. ☐ NO  4. ☐ REMOVED  6. ☐ EXPLODED  9. ☒ NOT APPLICABLE

INCIDENT ACTIVITY:
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT
D. ☒ DOMESTIC VIOLENCE
J. ☐ CAR JACKING
N. ☐ NOT APPLICABLE

**SUSPECT # 1**

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| S1 TATE | ELIZABETH | |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| 3741 N ROCK ROAD #225 | WICHITA | KS | 67226 |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ( | W | F | N | R | 54 | @7@1965@ | 506 | 160 | BRO | BRO |

| SOCIAL SECURITY NUMBER | EMPLOYER/SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| 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 | U/E | - | ( |

MONIKERS / ALIAS: -

ADDITIONAL SUSPECT DESCRIPTORS: -

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| - | - | - | - | - |

| LICENSE NUMBER | MO/YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| - | / | - | - | - |

**SUSPECT #**

| NAME LAST | FIRST | MIDDLE |
|---|---|---|
| - | | |

| ADDRESS STREET | CITY | STATE | ZIP |
|---|---|---|---|
| - | | | |

| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| ( | - | - | - | - | | | - | - | - | - |

| SOCIAL SECURITY NUMBER | EMPLOYER/SCHOOL | ADDRESS | TELEPHONE NUMBER (WORK/SCHOOL) |
|---|---|---|---|
| | - | - | ( |

MONIKERS / ALIAS: -

ADDITIONAL SUSPECT DESCRIPTORS: -

VEHICLE: ☐ IMPOUNDED ☐ TARGET ☐ STOLEN ☐ EMBEZZLED ☐ RECOVERED ☐ SUSPECT ☐ ASSOCIATED ☐ OTHER ☐ HOLD FOR

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| - | - | - | - | - |

| LICENSE NUMBER | MO/YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |
|---|---|---|---|---|
| - | / | - | - | - |

EVIDENCE INFORMATION: ☐ NONE  ☒ SUBMITTED  ☐ RETAINED BY VICTIM  ☐ RETAINED BY OFFICER  ☐ RETAINED BY INVESTIGATIVE AGENCY

EVIDENCE OBTAINED: ☐ LATENT PRINTS  ☐ WEAPONS/TOOLS  ☐ SEXUAL ASSAULT KIT  ☐ STAINS  ☐ SEMEN  ☐ DRUGS  ☐ OTHER PRINTS  ☒ PHOTOS  ☐ HAIR  ☐ BLOOD  ☐ DOCUMENTS  ☐ ALCOHOL  ☐ OTHER

| SSN OF VICTIM: | SSN OF RP/W/O |
|---|---|
| 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 | |

**SYNOPSIS**: V1 reports his girlfriend, S1, punching and slapping him multiple times causing scratches and redness to his face and arms on above date, time and location. S1 not located. Negative Triple I, checked by Crystal. Pick-up issued auth. Sgt. Bray. UCC 11D06513. No witnesses. DV Lethality declined. Photos submitted.

**NARRATIVE**:
On 6/26/2019, at 1507 hrs, while patrolling 46 beat as a 1 officer unit, I was dispatched to the Super 8 Motel, 3741 N Rock Road, for a DV Disturbance. Management called at the request of a tenant concerning a DV argument. Upon arrival, I contacted V1 Larry Cheatham, who was standing outside of the motel. Larry said that he and his girlfriend, S1 Elizabeth Tate, live in room #225. Larry reported that Elizabeth saw him talking to one of the house keepers and got jealous. The two argued, alone, in their room, and Elizabeth became so angry that she started punching and slapping Larry in the head, face and arms. Larry said that he tried putting his arms out, to block the strikes, but that just caused scratches to his arm from the multiple rings that Elizabeth wears on both hands. Larry showed me scratches on his right arm along with scratches on his forehead.

    Larry told me that, during the ordeal, Elizabeth said that she was leaving him and she was throwing all of her clothes in the hall. Larry told me that he left the room to go tell management to call 911. When he went back to the room, Elizabeth was not

Revised 09/01/2018

| | | |
|---|---|---|
| there. He went outside and saw her loading up her bags on her bike. She left southbound, on her bike, about 2 minute before we arrived. | | |
|     I took photos of Larry's injuries and submitted them. A Triple I for DV battery was conducted on Elizabeth, by Crystal, and was negative. Misdemeanor pickup issued for her on UCC 11D06513, authority Sgt. Bray. | | |
| **SIGNATURE:** *[signature]* #2317 | **CASE NUMBER** 19C040349 | **DATE** 6/26/2019 |

*[handwritten: Sgt BCB 184]*

 

# WICHITA POLICE DEPARTMENT
## DOMESTIC VIOLENCE LETHALITY SCREEN FOR FIRST RESPONDERS

Officer: T. Baird #2317    Case #: 19C040349    Classification: 811    Date/Time: 6-26-19 / 1530

Victim: Larry Cheatham    Suspect: Elizabeth Tate

☒ Check here if victim did not answer any questions.

▶ A "Yes" answer to any of Questions 1-3 automatically triggers the protocol referral. (call the counselor)

| # | Question | Response |
|---|---|---|
| 1 | Has he/she ever used a weapon against you or threatened you with a weapon? | ☐ Yes ☐ No ☐ Not Ans. |
| 2 | Has he/she threatened to kill you or your children? | ☐ Yes ☐ No ☐ Not Ans. |
| 3 | Do you think he/she might try to kill you? | ☐ Yes ☐ No ☐ Not Ans. |

▶ Negative responses to Questions 1-3, but responses to at least SIX of Questions 4-17, trigger the protocol referral. (call the counselor)

| # | Question | Response |
|---|---|---|
| 4 | Does he/she own or have access to guns? | ☐ Yes ☐ No ☐ Not Ans. |
| 5 | Has he/she ever strangled or tried to strangle you? | ☐ Yes ☐ No ☐ Not Ans. |
| 6 | Is he/she violently or constantly jealous or does he/she control most of your daily activities? | ☐ Yes ☐ No ☐ Not Ans. |
| 7 | Have you ever attempted to leave him/her? Are you currently separated? | ☐ Yes ☐ No ☐ Not Ans. |
| 8 | Is he/she unemployed? | ☐ Yes ☐ No ☐ Not Ans. |
| 9 | Has he/she ever threatened to kill himself/herself? | ☐ Yes ☐ No ☐ Not Ans. |
| 10 | Does he/she follow or spy on you, leave threatening notes or messages on answering machine/voicemail or call after you've told him/her to stop? | ☐ Yes ☐ No ☐ Not Ans. |
| 11 | Does he/she have a drug or alcohol problem? | ☐ Yes ☐ No ☐ Not Ans. |
| 12 | Has the physical violence increased in severity or frequency? | ☐ Yes ☐ No ☐ Not Ans. |
| 13 | Are you pregnant? If not, has he ever hit you while you were pregnant? | ☐ Yes ☐ No ☐ Not Ans. |
| 14 | Has he/she ever destroyed your property? | ☐ Yes ☐ No ☐ Not Ans. |
| 15 | Has he/she ever abused an animal? | ☐ Yes ☐ No ☐ Not Ans. |
| 16 | Has he/she ever made you have sex with him/her or perform sexual acts on him/her when you didn't want to? | ☐ Yes ☐ No ☐ Not Ans. |
| 17 | Has he/she ever been arrested for domestic violence? | ☐ Yes ☐ No ☐ Not Ans. |

Check one: ☐ Victim screened in according to the protocol.    DV referral made: ☐ Suspect in custody.
☐ Victim screened in based on the belief of the officer.
☐ Victim did not screen in.

If high risk is established: Call the Crisis Hotline (316) 500-7850. Speak with the counselor; then repeat the following to the victim:

"I am very concerned with your safety, I have called a local advocacy group that can help you. (state the name of the advocate) is on the phone and would like to talk to you".

☐ Yes ☐ No

First Name of Counselor Contacted:    Date:    Time

Supervisor Signature:    Date/Time:

**Catholic Charities Harbor House Hotline & YWCA Wichita Women's Crisis Center Hotline**
## 316-500-7850