| | For Clerks Use Only |
|---|---|
| MAELLA BLALOCK | 17C047409-20C513690 |
| Plaintiff | |
| VS | |
| SRKBS HOTEL, LLC ET.AL | |
| Respondent | |

CASE NO. **21-CV-02552-DDC-GEB**

## AFFIDAVIT OF CUSTODIAN OF BUSINESS RECORDS

I, RITA THOMPSON #V1151 , being first duly sworn, an oath, depose and say that:

I am a duly authorized custodian of the business records of **THE WICHITA POLICE DEPARTMENT,** and have the authority to certify those records.

The copy of the records attached to this affidavit is a true copy of the records described in the subpoena.

The records were prepared by the personnel or staff of the business, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

_Rita Thompson_
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH , 2023.

_Victoria Malter_
(Notary Public)

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

My Appointment Expires 9-17-24

### CERTIFICATE OF MAILING

I hereby certify that on FEBRUARY 8TH , 2023 , I mailed a copy of the above affidavit to: JEFFREY WILSON at 3241 N. TOBEN. WICHITA, KS 67226 by depositing it with the United States Postal Service for delivery with postage prepaid.

_Rita Thompson_
(Signature of Custodian)

Subscribed and sworn to before the undersigned on FEBRUARY 8TH , 2023.

_Victoria Malter_
(Notary Public)

My Appointment Expires 9-17-24

ATTORNEY FOR: PLAINTIFF
(Name and address) JEFFREY WILSON #26527
3241 N. TOBEN  WICHITA, KS 67226
316-888-8888

VICTORIA MALTER
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 9-17-24

**EXHIBIT 25**

# KANSAS STANDARD OFFENSE REPORT
## FRONT PAGE OPEN PUBLIC RECORD

PAGE 1 OF 1

- ☒ INITIAL  ☐ DELETE
- ☐ MODIFY  ☐ ADD
- ☐ ON VIEW  ☒ DISPATCHED
- ☐ CITIZEN  ☐ DICTATED

**NAME OF AGENCY:** WICHITA POLICE DEPARTMENT
**KS AGENCY ORI NUMBER:** KS0870300
**CASE NUMBER:** 19C43297

**DATE OF REPORT:** 7/9/19
**TIME REPORTED:** 0001
**DATE OFFENSE STARTED:** 7/8/19
**TIME:** 2200
**DATE OFFENSE ENDED:** 7/8/19
**TIME:** 2230

**EXCEPTIONAL CLEARANCE DATE:** na
**EXCEPTIONAL CLEARANCE:** N ☒ NOT APPLICABLE

**LOCATION OF OFFENSE:** 3741 N. ROCK RD
**REPORT AREA:** 46

## OFFENSE #1

**CHAPTER:** 21  **SECTION:** 5414
☒ COMPLETED

**DESCRIPTION:** DV BATTERY
**PREMISE:** 1  **HATE/BIAS:** 88  **CAMPUS CODE:** na
**METHOD OF ENTRY:** N ☒ NO FORCE

**TYPE OF FORCE/WEAPON:** 40 ☒ PERSONAL WEAPON

**OFFENDER SUSPECTED OF USING:** N ☒ NOT APPLICABLE

**GANG:** N ☒ NO GANG INVOLVEMENT

**LOCAL CODE (CLASSIFICATION):** 0811

## VICTIM #1

**TYPE OF VICTIM:** 1 ☒ INDIVIDUAL
**VICTIM OF OFFENSE NUMBER:** 1. ☒

**NAME:** V1- HENRION, VANESSA S
**ADDRESS:** 3642 N. OLIVER #211 WICHITA Ks
**TELEPHONE (HOME):** (214) 426-4523
**RACE:** B  **SEX:** F  **ETHNICITY:** N  **RES/N-RES:** R  **AGE:** 20
**DATE OF BIRTH:** [redacted]

## RP/W/O

**NAME:** R1- DONLEY, DAWN
**ADDRESS:** 888 S. HYDRAULIC #149 WICHITA KS
**TELEPHONE (HOME):** (620) 757-2842
**RACE:** W  **SEX:** F  **ETHNICITY:** N  **RES/N-RES:** R  **AGE:** 48
**DATE OF BIRTH:** [redacted]

## REPORTING OFFICER

**REPORTING OFFICER:** C. STOKES
**BADGE/ID:** 2285
**DATE:** 7/9/19
**COPIES TO:** SEX/DV

BWS1832

## CRIMINAL INVESTIGATION RECORD / NOT AN OPEN PUBLIC RECORD

| AGENCY ORI NUMBER | CASE NUMBER | DATE OF REPORT (MMDDCCYY) | PAGE 1 OF 1 |
|---|---|---|---|
| KS0870300 | 19C43297 | 7/9/19 | |

**METHOD OF OPERATION**

INSTRUMENT USED FOR ENTRY:
1. ☐ KEY   5. ☐ BOLT CUTTER   9. ☐ THROWN OBJECT
2. ☐ PRY TOOL   6. ☐ CHOPPING TOOL   10. ☐ OTHER
3. ☐ SAW / DRILL   7. ☐ VISE GRIPS   11. ☒ NOT APPLICABLE
4. ☐ HAMMER   8. ☐ PHYSICAL FORCE

POINT OF ENTRY:
9. ☒ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE   4. ☐ ROOF

POINT OF EXIT:
9. ☒ NOT APPLICABLE
1. ☐ FRONT   2. ☐ REAR
3. ☐ SIDE   4. ☐ ROOF

PREMISE NEIGHBORHOOD:
R. ☐ RURAL / FARM / AGRICULTURE
S. ☒ SUBURBAN / RESIDENCE
B. ☐ URBAN / BUSINESS / COMMERCIAL
U. ☐ UNINHABITED

SAFE ENTERED:
1. ☐ YES   3. ☐ ATTEMPTED   5. ☐ PEELED   7. ☐ COMBINATION KNOWN
2. ☐ NO   4. ☐ REMOVED   6. ☐ EXPLODED   9. ☒ NOT APPLICABLE

INCIDENT ACTIVITY:
C. ☐ DOMESTIC VIOLENCE CHILDREN PRESENT   J. ☐ CAR JACKING
D. ☒ DOMESTIC VIOLENCE   N. ☐ NOT APPLICABLE

### SUSPECT #1

NAME: LAST: S1- "TERRANCE"   FIRST:   MIDDLE:
ADDRESS STREET:   CITY:   STATE:   ZIP:
TELEPHONE NUMBER (HOME):   RACE: B   SEX: M   ETHNICITY:   RES/N-RES:   AGE:   DATE OF BIRTH:   HEIGHT:   WEIGHT:   HAIR:   EYES:
SOCIAL SECURITY NUMBER:   EMPLOYER/SCHOOL:   ADDRESS:   TELEPHONE NUMBER (WORK/SCHOOL):
MONIKERS / ALIAS:
ADDITIONAL SUSPECT DESCRIPTORS:

VEHICLE: ☐ IMPOUNDED  ☐ TARGET  ☒ STOLEN  ☐ EMBEZZLED  ☐ RECOVERED  ☐ SUSPECT  ☐ ASSOCIATED  ☐ OTHER  ☐ HOLD FOR ____

| MAKE | YEAR | MODEL | COLOR | VEHICLE STYLE |
|---|---|---|---|---|
| LICENSE NUMBER | YEAR | STATE | VEHICLE IDENTIFICATION NUMBER | OTHER |

### SUSPECT #

NAME: LAST:   FIRST:   MIDDLE:
ADDRESS STREET:   CITY:   STATE:   ZIP:
TELEPHONE NUMBER (HOME):   RACE:   SEX:   ETHNICITY:   RES/N-RES:   AGE:   DATE OF BIRTH:   HEIGHT:   WEIGHT:   HAIR:   EYES:
SOCIAL SECURITY NUMBER:   EMPLOYER/SCHOOL:   ADDRESS:   TELEPHONE NUMBER (WORK/SCHOOL):
MONIKERS / ALIAS:
ADDITIONAL SUSPECT DESCRIPTORS:

VEHICLE: ☐ IMPOUNDED  ☐ TARGET  ☐ STOLEN  ☐ EMBEZZLED  ☐ RECOVERED  ☐ SUSPECT  ☐ ASSOCIATED  ☐ OTHER  ☐ HOLD FOR ____

EVIDENCE INFORMATION: ☐ NONE  ☒ SUBMITTED  ☐ RETAINED BY VICTIM  ☐ RETAINED BY OFFICER  ☐ RETAINED BY INVESTIGATIVE AGENCY

EVIDENCE OBTAINED: ☐ LATENT PRINTS  ☐ WEAPONS/TOOLS  ☐ SEXUAL ASSAULT KIT  ☐ STAINS  ☐ SEMEN  ☐ DRUGS  ☐ OTHER PRINTS  ☐ PHOTOS  ☐ HAIR  ☐ BLOOD  ☐ DOCUMENTS  ☐ ALCOHOL  ☒ OTHER AXON

SSN OF VICTIM:   SSN OF RP/W/O:

**SYNOPSIS:** On above date, time and location. R1 reports finding V1 with a busted mouth and bleeding. V1 was battered by S1. V1 later located in her room with another male who was booked on unrelated warrants. V1 was not cooperative. Axon available.

**NARRATIVE:** On 7/9/19 at 0001hrs officers were dispatched to a welfare check at 3741 N. Rock Rd. We arrived and R1-Dawn reported finding V1- Vanessa bleeding and battered in the hallway of the hotel. She helped Vanessa into her room and later called 911 to check on her. Dawn reported that Vanessa had a boyfriend at the hotel earlier that beat her up. We checked the room Vanessa was in and she did not answer. A room key was obtained from the front desk to check her welfare. Vanessa and an unknown B/M were in the room. Vanessa had a busted lip and blood on the front of her clothing. She refused to cooperate with officers and did not want to report anything. Vanessa stated that the B/M that was with her was not the person that battered her. She stated that her and her boyfriend S1-Terrance got into it earlier and he elbowed her in the mouth. She stated that he left and she was upset so she had her friend come to stay with her tonight. The male was arrested on unrelated warrants. Dawn also reported that the male that was arrested was not the same male that had battered Vanessa earlier in the evening.

SIGNATURE: /s/ VANDERDYKE #2285   CASE NUMBER: 19C43297   DATE: 7/9/19