**APPENDIX OF EXHIBITS**

*Defendants' Appendix of Exhibits reflects those exhibits submitted in conjunction with Defendants' Motion for Summary Judgment. Defendant has not resubmitted those exhibits for purposes of judicial economy. New exhibits used for purposes of Defendants' Response are reflected via 'bold' font, beginning with Exhibit 32.*

| | |
|---|---|
| Appendix of Exhibits | Exhibit 1 (Updated 9-25-23) |
| Affidavit of Samir Shura | Exhibit 2 |
| Deposition of Maella Blalock | Exhibit 3 |
| Deposition of Gregg Townsend | Exhibit 4 |
| Deposition of Glenn Whisby | Exhibit 5 |
| Deposition of Steven Abasolo | Exhibit 6 |
| Deposition of Paul Kimble | Exhibit 7 |
| Deposition of Brendon Penner | Exhibit 8 |
| Deposition of Brian Malcolm | Exhibit 9 |
| Deposition of Ryan Masethin | Exhibit 10 |
| Deposition of Mark Stark | Exhibit 11 |
| Deposition of Teresa Malone | Exhibit 12 |
| Deposition of Erika Luna | Exhibit 13 |
| Deposition of Ryan Snyder | Exhibit 14 |
| Deposition of Jordan Malone | Exhibit 15 |
| Deposition of James Wissinger | Exhibit 16 |
| Deposition of Maghaly Gonzalez | Exhibit 17 |
| Letter from Wichita Police Department | Exhibit 18 |
| Kansas Standard Offense Report 18C047107 | Exhibit 19 |
| Kansas Standard Offense Report 19C053858 | Exhibit 20 |
| Kansas Standard Offense Report 18C062612 | Exhibit 21 |
| Kansas Standard Offense Report 18C063284 | Exhibit 22 |
| Kansas Standard Offense Report 19C005518 | Exhibit 23 |

**EXHIBIT 1**

| | |
|---|---|
| Kansas Standard Offense Report 19C040349 | Exhibit 24 |
| Kansas Standard Offense Report 19C043297 | Exhibit 25 |
| Kansas Standard Offense Report 19C047611 | Exhibit 26 |
| Kansas Standard Offense Report 19C047770 | Exhibit 27 |
| Kansas Standard Offense Report 20C016209 | Exhibit 28 |
| Kansas Standard Offense Report 20C025932 | Exhibit 29 |
| Kansas Standard Offense Report 19C010527 | Exhibit 30 |
| Kansas Standard Offense Report 20C021639 | Exhibit 31 |
| **Report of Timothy Zehring** | **Exhibit 32** |
| Deposition of Surendrakumar (Sam) Bhakta, Vol. I | Exhibit 33 |
| Deposition of Surendrakumar (Sam) Bhakta, Vol. II | Exhibit 34 |
| Deposition of Akash Bhakta | Exhibit 35 |
| Deposition of Ninad (Nick) Sharma | Exhibit 36 |
| Deposition of Geeta V. Reddy | Exhibit 37 |
| Operating Agreement for SRKBS Hotel, LLC | Exhibit 38 |
| **Affidavit of Mark Stark – September 25, 2023** | **Exhibit 39** |
| **Deposition of Ryan Snyder** | **Exhibit 40** |
| **Deposition of Samir Shura** | **Exhibit 41** |
| **Deposition of James Wissinger** | **Exhibit 42** |
| **Affidavit of Samir Shura – September 22, 2023** | **Exhibit 43** |
| **Affidavit of Donald Decker – September 25, 2023** | **Exhibit 44** |
| **Report of Donald Decker** | **Exhibit 45** |
| **Deposition of Donald Decker** | **Exhibit 46** |

**EXHIBIT 1**