# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**MAELLA BLALOCK,**

                **Plaintiff,**

v.                                                              Case No. 21-2552-DDC

**SRKBS HOTEL, LLC,**
**NINAD SHARMA,**
**PARESH BHAKTA,**
**SURENDRAKUMAR BHAKTA,**
**GEETA V. REDDY,**
**RSD, LLC,**
**SEVJAYMAN, LLC,**

                **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐  Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒  Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**Plaintiff recovers nothing, the action is dismissed on the merits, and the defendants shall recover costs from plaintiff consistent with the Memorandum and Order (Doc. 152) filed on March 28, 2024.**

   03/28/2024                                          SKYLER B. O'HARA
      Date                                                CLERK OF THE DISTRICT COURT

                                                            by:   s/ Megan Garrett
                                                                   Deputy Clerk